CO-386-online
10/03

**FILED**

# United States District Court
# For the District of Columbia

JAN 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FRANKLIN MANAGED TRUST, ET AL., )
)
)
    Plaintiff )    Civil Action N
  vs )
)
FEDERAL NATIONAL MORTGAGE )
ASS'N, ET AL. )
)
    Defendant )

CASE NUMBER   1:06CV00139

JUDGE: Richard J. Leon

DECK TYPE: General Civil

DATE STAMP: 01/25/2006

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiffs__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Franklin Templeton Investment Funds__ which have any outstanding securities in the hands of the public:

Franklin Resources Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Stuart M. Grant_
Signature

450895
BAR IDENTIFICATION NO.

Stuart M. Grant
Print Name

Grant & Eisenhofer P.A., 1201 N. Market Street
Address

Wilmington, DE  19801
City   State   Zip Code

302-622-7000
Phone Number

3