CO-386-online

FILED
JAN 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

FRANKLIN MANAGED TRUST, ET AL.,

        Plaintiff

vs

FEDERAL NATIONAL MORTGAGE ASS'N, ET AL.

        Defendant

Civil Action

CASE NUMBER 1:06CV00139
JUDGE: Richard J. Leon
DECK TYPE: General Civil
DATE STAMP: 01/25/2006

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiffs__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Franklin Custodian Funds, Inc.__ which have any outstanding securities in the hands of the public:

Franklin Resources Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Stuart M. Grant_
Signature

450895
BAR IDENTIFICATION NO.

Stuart M. Grant
Print Name

Grant & Eisenhofer P.A., 1201 N. Market Street
Address

Wilmington, DE  19801
City    State    Zip Code

302-622-7000
Phone Number

4