CO-386-online
**FILED** 10/03

# United States District Court
# For the District of Columbia

JAN 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FRANKLIN MANAGED TRUST, ET )
AL., )
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　vs　　　　　Plaintiff　　)   Civil Act
　　　　　　　　　　　　　　　　)
FEDERAL NATIONAL MORTGAGE　　)
ASS'N, ET AL.　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant　　　)

CASE NUMBER   1:06CV00139

JUDGE: Richard J. Leon

DECK TYPE: General Civil

DATE STAMP: 01/25/2006

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **Plaintiffs** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Franklin Templeton Funds** which have any outstanding securities in the hands of the public:

Franklin Resources Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Stuart M. Grant_
Signature

450895
BAR IDENTIFICATION NO.

Stuart M. Grant
Print Name

Grant & Eisenhofer P.A., 1201 N. Market Street
Address

Wilmington, DE  19801
City　　　　State　　　Zip Code

302-622-7000
Phone Number