# EXHIBIT A

Case 1:06-cv-00139-RJL    Document 7-2    Filed 02/09/2006    Page 2 of 6
Case 1:06-cv-00139-RJL    Document 6    Filed 02/02/2006    Page 1 of 5

Case 1:05-cv-00620-RJL    Document 6    Filed 04/07/2005    Page 1 of 5

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| VINCENT VINCI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION (operating as FANNIE MAE), FRANKLIN RAINES, J. TIMOTHY HOWARD and LEANNE G. SPENCER,<br><br>Defendants. | CIVIL ACTION NO. 1:04-cv-01639<br><br>JUDGE RICHARD J. LEON |
| ANNE E. FLYNN and ROBERT L. GARBER, as Custodian for Michael Saul Garber, UTMA-PA, Individually and On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FANNIE MAE, F.N.A. FEDERAL NATIONAL MORTGAGE ASSOCIATION, J. TIMOTHY HOWARD, FRANKLIN D. RAINES AND DANIEL H. MUDD,<br><br>Defendants. | CIVIL ACTION NO. 1:04-cv-01843<br><br>JUDGE RICHARD J. LEON |

STIPULATED ORDER OF CONSOLIDATION

Subject to approval of the Court, the parties hereby stipulate to the following consolidation order:

IT IS HEREBY ORDERED THAT:

1.    The *Anne E. Flynn and Robert L. Garber* (Case No. 1:04-cv-01843) related securities class action is hereby consolidated into the first-filed action, *Vincent Vinci v. Federal*



Case 1:06-cv-00139-RJL    Document 7-2    Filed 02/09/2006    Page 3 of 6
Case 1:06-cv-00139-RJL    Document 6    Filed 02/02/2006    Page 2 of 5
Case 1:05-cv-00620-RJL    Document 6    Filed 04/07/2005    Page 2 of 5

*National Mortgage Association, et al.*, Case No. 1:04-cv-01639 (the "Consolidated Action"). All future pleadings in either of these cases shall be filed under Case No. 1:04-cv-01639 and shall have the following caption: *In re Fannie Mae Securities Litigation*, Consolidated Civil Action No. 1:04-cv-01639. The consolidation will be for all purposes through final judgment. The case docket for the *Anne E. Flynn and Robert L. Garber* (Case No. 1:04-cv-01843) shall be closed.

2.    The Clerk of the Court shall maintain a Master Docket and case file under the caption "*In re Fannie Mae Securities Litigation*, Master Civil Action No. 1:04CV01639." All orders, pleadings, motions and other documents shall, when filed and docketed in the master case file, be deemed filed and docketed in each constituent action to the extent applicable. When an order, pleading, motion or document is filed with a caption indicating that it is applicable to fewer than all of these consolidated actions, the Clerk should file such pleadings in the Master File and note such filing in the Master Docket and in the docket of each action referred.

3.    Any action involving substantially related questions of law and fact hereafter filed in or transferred to this Court, shall be consolidated under the master file number assigned to this case.

4.    The terms of this Order apply to any action hereafter filed in this District or transferred to this Court that involve claims on behalf of the purchasers of Fannie Mae securities and that arise out of the same facts and assert the same or substantially similar claims as alleged in the Consolidated Action, under the following procedures:

a.    When a case which relates to the subject matter of this Consolidated Action is hereafter filed in or transferred to this Court, the Clerk of the Court shall:

(i)    Mail a copy of this Order to the attorney(s) for the plaintiff(s) in the newly filed or transferred action and to the attorneys for any new defendant(s) in the newly filed or transferred action; and

2

    (ii)    Mail a copy of the Order of Assignment to counsel for Lead Plaintiffs and counsel for defendants in the Consolidated Action; and

    (iii)    Make an appropriate notation in the Master Docket.

b.    This Order will apply to each such case that arises out of or is related to the same common nucleus of fact, subsequently instituted in, removed to, or transferred to this Court unless a party objecting to the consolidation of such case or to any other provision of this Order files, within ten (10) days after the date upon which a copy of this Order is mailed to counsel for such party, an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

c.    This Court directs counsel to call to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated into the Consolidated Action.

5.    Defendants Fannie Mae, Franklin D. Raines, J. Timothy Howard, Leanne G. Spencer and Daniel H. Mudd have agreed to accept service of process through counsel and agree to waive any defenses with respect to sufficiency of service of process in the cases listed in Paragraph 1 above.

6.    The terms of this Order shall not have the effect of making any person, corporation or other entity a party to any action in which he, she or it has not been named, served or added as such, in accordance with the Federal Rules of Civil Procedure.

7.    No defendant is required to answer, move or otherwise respond to any of the initial complaints filed in the consolidated actions. When the Court appoints the lead plaintiff(s) in this Consolidated Action, the Court will set case management dates for the filing of a Consolidated Complaint and the responses thereto.

3

Case 1:06-cv-00139-RJL     Document 7-2     Filed 02/09/2006     Page 5 of 6
Case 1:06-cv-00139-RJL     Document 6     Filed 02/02/2006     Page 4 of 5
Case 1:05-cv-00620-RJL     Document 6     Filed 04/07/2005     Page 4 of 5

8. The Lead Plaintiff Movants, Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio, Ohio Bureau of Workers' Compensation, Cafco-Large Cap Funds, L.P., Jeff Pechan and Cominvest Asset Management GmbH, and Defendants Fannie Mae, Franklin D. Raines, Leanne G. Spencer, J. Timothy Howard, and Daniel H. Mudd have no objection to this consolidation order, however they do not waive any rights to raise any other objections or other matters in the Consolidated Action.

9. The requirements of Local Civil Rule 23.1(b) are waived. The motion for class certification shall be filed pursuant to further order of the Court.

*nunc pro tunc to* →

Dated: ~~Dec. 16~~, 2004    *April 7, 2005*

_____
Judge Richard J. Leon
United States District Court Judge

AGREED:
ON BEHALF OF ALL DEFENDANTS:

_____/s/_____
John Beisner, Esq. (DC Bar #320747)
Jeffrey W. Kilduff, Esq. (DC Bar #426632)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006

Seth Aronson, Esq.
O'Melveny & Myers LLP
400 South Hope Street, 15th Floor
Los Angeles, CA 90071-2899
*Counsel for Defendant Fannie Mae*

David S. Krakoff, Esq. (DC Bar #229641)
Mark W. Ryan, Esq. (DC Bar #359098)
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006-1101
*Counsel for Defendant Leanne G. Spencer*

_____/s/_____
Steven J. Toll, Esq. (DC Bar #225623)
Daniel S. Sommers, Esq. (DC Bar #416549)
Matthew K. Handley, Esq.
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
*Local Counsel for Plaintiffs Vincent Vinci and Anne E. Flynn and Robert L. Garber and Local Counsel for Movants Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio and Ohio Bureau of Workers' Compensation*

_____/s/_____
Janet K. DeCosta, Esq. (DC Bar #439674)
Janet K. DeCosta, P.C.
1919 Pennsylvania Avenue, N.W.
Suite 200
Washington, DC 20006
*Proposed Liaison Counsel for Cafco-Large Cap Funds, L.P. and Jeff Pechan*

4

Case 1:06-cv-00139-RJL    Document 7-2    Filed 02/09/2006    Page 6 of 6
Case 1:06-cv-00139-RJL    Document 6    Filed 02/02/2006    Page 5 of 5

Case 1:05-cv-00620-RJL    Document 6    Filed 04/07/2005    Page 5 of 5

Kevin M. Downey, Esq. (DC Bar #438547)
Joseph M. Terry, Esq. (DC Bar #473095)
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005-5901
*Counsel for Defendant Franklin D. Raines*

Edward B. Horahan III, Esq. (DC Bar #243022)
Dechert LLP
1775 Eye Street, N.W.
Washington, DC  20006-2401
*Counsel for Defendant J. Timothy Howard*

James D. Wareham, Esq. (DC Bar #411799)
Paul, Hastings, Janofsky & Walker LLP
1299 Pennsylvania Avenue, N.W., 10th Floor
Washington, DC  20004
*Counsel for Defendant Daniel H. Mudd*

_____/s/_____
Joe R. Reeder, Esq. (DC Bar #279786)
Robert P. Charrow, Esq. (DC Bar #261958)
Geoffrey J. Greeves, Esq. (DC Bar #463035)
Greenberg Traurig LLP
800 Connecticut Avenue, N.W.
Suite 500 Washington, DC  20006
*Proposed Liaison Counsel for Cominvest Asset
Management GmbH*

Richard S. Schiffrin, Esq.
Stuart L. Berman, Esq.
Darren J. Check, Esq.
Sean M. Handler, Esq.
Robin Winchester, Esq.
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004
*Counsel for Plaintiff Vincent Vinci and
Proposed Lead Counsel for Cominvest Asset
Management GmbH*

26565

Curtis V. Trinko, Esq.
Jeffrey B. Silverstein, Esq.
Law Office of Curtis V. Trinko, LLP
16 West 46th Street, Seventh Floor
New York, NY  10036

and

Alfred G. Yates, Jr., Esq.
Gerald L. Rutledge, Esq.
Law Office of Alfred G. Yates Jr., PC
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219-1649
*Counsel for Plaintiff Anne E. Flynn and Robert
L. Garber and Proposed Co-Lead Counsel for
Cafco-Large Cap Funds, L.P. and Jeff Pechan*

5