UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
---------------------------------------------------------X
FRANKLIN MANAGED TRUST, **ET AL.**,     CASE NO. 1:06-CV-00139
                Plaintiff(s),

  -against-                                                     **AFFIDAVIT OF SERVICE**

FEDERAL NATIONAL MORTGAGE ASSOCIATION,
ET AL.,
                Defendant(s).
---------------------------------------------------------X
STATE OF NEW YORK    )
                            :
COUNTY OF NEW YORK  )

    JASON AGEE, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
    That on the 2nd day of February, 2006, at approximately 5:00 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE; INITIAL ELECTRONIC CASE FILING ORDER; ECF ATTORNEY/PARTICIPANT REGISTRATION FORM and COMPLAINT** upon KPMG, LLP at 757 Third Avenue, New York New York by personally delivering and leaving the same with Barbara Weiss, Executive Administrative Assistant, who stated that she is authorized to accept.
    Barbara Weiss is a white female, approximately 65 years of age, is approximately 5 feet and 4 inches tall, weighs approximately 150 pounds, is balding with short blonde hair and dark eyes.


Sworn to before me this
3rd day of February, 2006
                                                          JASON AGEE #1196790

MICHAEL KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010