UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANKLIN MANAGED TRUST, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, FRANKLIN D. RAINES, TIMOTHY HOWARD, LEANNE G. SPENCER, THOMAS P. GERRITY, ANNE M. MULCAHY, FREDERICK V. MALEK, TAYLOR C. SEGUE, III, WILLIAM R. HARVEY, JOE PICKETT, VICTOR H. ASHE, STEPHEN B. ASHLEY, MOLLY H. BORDONARO, KENNETH M. DUBERSTEIN, JAMIE S. GORELICK, MANUEL J. JUSTIZ, ANN KOROLOGOS, DONALD B. MARRON, DANIEL H. MUDD, H. PATRICK SWYGERT, LESLIE RAHL, KPMG LLP, and JOHN DOE,<br><br>          Defendants. | Case No. 1:06CV00139<br><br>**ACCEPTANCE OF SERVICE ON BEHALF OF ANNE M. MULCAHEY AND FREDERICK V. MALEK** |

I, ~~Mark Sweet~~ *Barbara Van Gelder* of Wiley Rein & Fielding, LLP., on behalf of defendants Anne M. Mulcahey and Frederick V. Malek, hereby accept service of the Summonses and Complaint in the above-captioned action this 17th day of February, 2006, and acknowledge that I have been furnished with copies of the Summonses and Complaint.

*[Signature]*
~~Mark Sweet~~
BARBARA VAN GELDER