UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANKLIN MANAGED TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, FRANKLIN D. RAINES, TIMOTHY HOWARD, LEANNE G. SPENCER, THOMAS P. GERRITY, ANNE M. MULCAHY, FREDERICK V. MALEK, TAYLOR C. SEGUE, III, WILLIAM R. HARVEY, JOE PICKETT, VICTOR H. ASHE, STEPHEN B. ASHLEY, MOLLY H. BORDONARO, KENNETH M. DUBERSTEIN, JAMIE S. GORELICK, MANUEL J. JUSTIZ, ANN KOROLOGOS, DONALD B. MARRON, DANIEL H. MUDD, H. PATRICK SWYGERT, LESLIE RAHL, KPMG LLP, and JOHN DOE, <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 1:06CV00139 ) ) ) ) ) ) **ACCEPTANCE OF** ) **SERVICE ON BEHALF OF** ) **JAMIE S. GORELICK** ) ) ) ) ) ) ) |

I, Julia E. Guttman of Baker Botts L.L.P., on behalf of defendant Jamie S. Gorelick, hereby accept service of the Summons and Complaint in the above-captioned action this 21st day of February, 2006, and acknowledge that I have been furnished with copies of the Summons and Complaint.

_/s/ Julia E. Guttman_
Julia E. Guttman