# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER |
|  | ) |  |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of  _____ as counsel in this
                                  (Attorney's Name)

case for:_____
             (Name of party or parties)

_____          \_\_\_/s Andrew S. Tulumello_____
Date                                        Signature

                                             _____
_____            Print Name
BAR IDENTIFICATION
                                             _____
                                             Address

                                             _____
                                             City        State        Zip Code

                                             _____
                                             Phone Number