# **CERTIFICATE OF SERVICE**

I certify that on February 28, 2006, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Columbia using the CM/ECF system, which will notify of this filing the following counsel of record who are registered on the CM/ECF system:

Stuart M. Grant
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801

*Counsel for Plaintiff Franklin Templeton Trust*

Curtis V. Trinko
Jeffrey B. Silverstein
Law Offices of Curtis V. Trinko, LLP
16 West 46th Street, 7th Floor
New York, NY 10036

Alfred G. Yates, Jr.
Law Offices of Alfred G. Yates, Jr. P.C.
429 Forbes Ave.
Pittsburgh, PA

*Counsel for Plaintiffs Anne E. Flynn and Robert L. Garber, as Custodian for Michael Saul Garber*

Mark A. Topaz
Richard A. Maniskas
Richard S. Schiffrin
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

*Counsel for Plaintiffs Vincent Vinci*

Stanley M. Chesley
James R. Cummins
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

Jeffrey C. Block
Berman Devalerio Pease Tabacco Burt & Pucillo

One Liberty Square
Boston, MA 02169

Steven J. Toll
Daniel S. Sommers
Cohen, Millstein, Hausfield & Toll P.L.L.C.
1100 New York Ave., N.W.
Washington, D.C. 20005

*Counsel for Plaintiff Ohio Public Employees Retirement System*

John Beisner
Jeffrey W. Kilduff
Kimberly A. Newman
Robert M. Stern
Natasha Colton
Michael J. Walsh, Jr.
O'Melveny & Myers LLP
1625 Eye Street N.W.
Washington, D.C. 20006

Seth Aronson
O'Melveny & Myers LLP
400 South Hope Street 15th Floor
Los Angeles, CA 90071-2899

*Counsel for Defendant Federal National Mortgage Association*

Kevin M. Downey
Joseph M. Terry
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5091

*Counsel for Defendant Franklin D. Raines*

Steven M. Salky
Eric Delinsky
Zuckerman Spaeder LLP
1201 Connecticut Ave. N.W.
Washington, D.C. 20036-2638

*Counsel for Defendant Timothy J. Howard*

David S. Krakoff
Mark W. Ryan

Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

*Counsel for Defendant Leanne G. Spencer*

                                                       _____/s/_____
                                                       Andrew S. Tulumello

70342645_1.DOC