UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRANKLIN MANAGED TRUST, et al., Plaintiffs, v. FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al. Defendants. | ) ) ) ) ) ) ) ) ) | Case No. 1:06CV00139 **AFFIDAVIT OF MEGAN D. MCINTYRE IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

STATE OF DELAWARE )
) SS.
COUNTY OF NEW CASTLE )

Megan D. McIntyre, being duly sworn, hereby deposes and says as follows:

1. I am a director with the law firm of Grant & Eisenhofer P.A.

2. Grant & Eisenhofer P.A. is located at 1201 North Market Street, Wilmington, Delaware, 19801 and the main number is (302) 622-7000.

3. I submit this Affidavit in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter.

4. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Delaware. I am also admitted to practice and in good standing before the United States Courts of Appeals for the Third, Fourth, Sixth and Eleventh Circuits, and the United States District Courts for the District of Delaware and the Eastern District of Michigan.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. There are no pending disciplinary proceedings against me in any state or federal court.

WHEREFORE, your affiant respectfully submits that she be permitted to appear as counsel *pro hac vice* in this case.

Megan D. McIntyre

Sworn to and subscribed before me
This 3rd day of March, 2006.

Notary Public

CAROL E. WOODRING
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 23, 2007

# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Megan D. McIntyre** was admitted to practice as an attorney in the Courts of this State on December 15, 1994, and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.

IN TESTIMONY WHEREOF,
I have hereunto set my hand and affixed the seal of said Court at Dover this 23rd day of February 2006.



Cathy L. Howard
Clerk of the Supreme Court