## CERTIFICATE OF SERVICE

I, Megan D. McIntyre, Esquire, certify that I have caused one true and correct copy of Plaintiffs' Reply in Support of Objection to Consolidation to be electronically served by the CM/ECF system and/or by facsimile upon the parties listed below on this 10th day of March, 2006:

### CLASS PLAINTIFFS' COUNSEL

Joshoua S. Devore
Steven J. Toll
COHEN, MILSTEIN, HAUSFELD &
TOLL, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005

### DEFENSE COUNSEL

Robert M. Stern, Esquire
O'MELVENY & MYERS L.L.P.
1625 I Street, N.W.
Washington, D.C. 20006

James E. Anklam
Carolyn E. Morris
Jamie Wareham
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005

Julia E. Guttman, Esquire
BAKER BOTTS L.L.P
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400

Mark W. Ryan, Esquire
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, DC 20006

Eric R. Delinsky, Esquire
ZUCKERMAN SPAEDER, LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036

Michelle D. Schwartz, Esquire
WILLIAMS & CONNOLLY, LLP
725 12th Street, NW
Washington, DC 20005

David I. Ackerman
James Hamilton
SWIDLER BERLIN, LLP
3000 K Street, NW
Suite 300
Washington, DC 20007

Earl J. Silbert
Erica Lynne Salmon
DLA PIPER RUDNICK GRAY CARY US
LLP
1200 19th Street, NW
Suite 700
Washington, DC 20036

Fred Fisher Fielding
Barbara Ann Van Gelder
WILEY REIN & FIELDING, LLP
1776 K Street, NW
Washington, DC 20006

| | |
|---|---|
| Daniel John Healy<br>John H. Doyle, III<br>Rhonda D. Orin<br>ANDERSON KILL & OLICK, LLP<br>2100 M Street, NW<br>Suite 650<br>Washington, DC 20037 | Andrew S. Tulumello<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036 |
| Date: March 10, 2006 | */s/ Megan D. McIntyre*<br>Megan D. McIntyre |