AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| FRANKLIN MANAGED TRUST et al. | ) | |
| Plaintiff(s) | ) | **APPEARANCE** |
| | ) | |
| vs. | ) | CASE NUMBER 1:06-CV-00139 (RJL) |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION et al. | ) | |
| Defendant(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of __F. Joseph Warin__ as counsel in this
(Attorney's Name)

case for: __KPMG LLP__
(Name of party or parties)

April 20, 2006
_____
Date

/s/
_____
Signature

D.C. Bar No. 235978
_____
BAR IDENTIFICATION

F. Joseph Warin
Print Name

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Address

Washington     DC     20036
City           State  Zip Code

(202) 955-8500
Phone Number