UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Franklin Managed Trust, et al.        )
                                      )
                                      )
          v.                          )   No. 1:06-cv-00139 (RLJ)
                                      )
Federal National Mortgage Association, et al.,  )
                                      )

## WAIVER OF SERVICE OF SUMMONS

TO:   Megan D. McIntyre
      Grant & Eisenhofer P.A.
      Chase Manhattan Centre
      1201 N. Market Street
      Wilmington, DE 19801

     I acknowledge receipt of your request that I accept service of process on behalf of my clients, Fannie Mae, Franklin Raines, Thomas Gerrity, Taylor Segue, William Harvey, Joe Pickett, Kenneth Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl, and that my clients waive service of a summons in the action of *Franklin Managed Trust, et al. v. Federal National Mortgage Association, et al.*, which is case number 06-CV-00139 in the United States District Court for the District of Columbia. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

     I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the clients on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

     My clients will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against my clients if an answer or motion under Rule 12 is not served upon you on or before May 1, 2006, as previously agreed.

4/19/06
(DATE)

Robert M. Stern/NC
Robert M. Stern, Esquire
O'Melveny & Myers L.L.P.
1625 Eye Street, N.W.
Washington, D.C. 20006

Counsel for Fannie Mae, Franklin Raines, Thomas Gerrity, Taylor Segue, William Harvey, Joe Pickett, Kenneth Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl