UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANKLIN MANAGED TRUST, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, )<br>FRANKLIN D. RAINES, TIMOTHY HOWARD, )<br>LEANNE G. SPENCER, THOMAS P. GERRITY, ANNE )<br>M. MULCAHY, FREDERICK V. MALEK, TAYLOR C. )<br>SEGUE, III, WILLIAM R. HARVEY, JOE PICKETT, )<br>VICTOR H. ASHE, STEPHEN B. ASHLEY, MOLLY H. )<br>BORDONARO, KENNETH M. DUBERSTEIN, JAMIE )<br>S. GORELICK, MANUEL J. JUSTIZ, ANN )<br>KOROLOGOS, DONALD B. MARRON, DANIEL H. )<br>MUDD, H. PATRICK SWYGERT, LESLIE RAHL, )<br>KPMG LLP, and JOHN DOE, )<br>)<br>Defendants. )<br>) | Case No. 1:06CV00139<br><br>**ACCEPTANCE OF SERVICE ON BEHALF OF J. TIMOTHY HOWARD** |

I, Eric R. Delinsky of Zuckerman Spader, LLP, on behalf of defendant J. Timothy Howard, hereby accept service of the Summons and Complaint in the above-captioned action this 26 day of April [~~February~~], 2006, and acknowledge that I have been furnished with copies of the Summons and Complaint.

_____
Eric R. Delinsky