UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Fannie Mae Securities Litigation ) | Consolidated Civil Action. No. 1:04-cv-1639 (RJL) |
| Evergreen Equity Trust, et al. )<br>v. )<br>Federal National Mortgage Association, et al., ) | No. 1:06-cv-00082 (RJL) |
| Franklin Managed Trust, et al. )<br>v. )<br>Federal National Mortgage Association, et al., ) | No. 1:06-cv-00139 (RJL) |

## ORDER GRANTING PLAINTIFFS RELIEF FROM PSLRA DISCOVERY STAY

The Court having considered the motion and supporting memorandum of law filed by Plaintiffs in *Evergreen Equity Trust, et al. v. Federal National Mortgage Ass'n, et al.*, No. 1:06-cv-00082 (RJL) ("Evergreen Action") and *Franklin Managed Trust, et al. v. Federal National Mortgage Ass'n, et al.*, No. 1:06-cv-00139 (RJL) ("Franklin Action") seeking relief from the discovery stay imposed by Section 21D(b)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(b)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and for good cause shown,

2

IT IS HEREBY ORDERED THAT:

1. The stay of discovery pursuant to the PSLRA is hereby lifted in the Franklin Action and the Evergreen Action; and

2. Counsel for the Plaintiffs in the Franklin Action and the Evergreen Action shall use their best efforts to coordinate discovery with the Class Action, and to avoid unnecessary duplication, inefficiency, and inconvenience to the Court, other parties, other counsel, and witnesses; provided, however, that nothing herein shall require the plaintiffs to act in a way they believe would be unduly prejudicial to their interests.

Dated: _____, 2006    _____
　　　　　　　　　　　　　　　　　　Judge Richard J. Leon
　　　　　　　　　　　　　　　　　　United States District Court Judge