A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Franklin Managed Trust, et al.

        Plaintiff(s)

vs.

Federal National Mortgage Association, et al.

        Defendant(s)

**APPEARANCE**

CASE NUMBER   1:06cv00139

To the Clerk of this court and all parties of record:

Please enter the appearance of   Ellen D. Marcus   as counsel in this
                                  (Attorney's Name)

case for:   J. Timothy Howard
                (Name of party or parties)

May 1, 2006
Date

475045
BAR IDENTIFICATION

Signature

Ellen D. Marcus
Print Name

Zuckerman Spaeder, LLP 1800 M Street, N.W.
Address

Washington, D.C.   20036
City   State   Zip Code

202-778-1815
Phone Number