AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Franklin Managed Trust, et al.                )
                                              )
       Plaintiff(s)                     )    **APPEARANCE**
                                              )
                                              )
       vs.                              )    CASE NUMBER   1:06cv00139
Federal National Mortgage Association, et     )
al.                                           )
       Defendant(s)                    )


To the Clerk of this court and all parties of record:


Please enter the appearance of   Eric Delinsky   as counsel in this
                                        (Attorney's Name)

case for:   J. Timothy Howard
               (Name of party or parties)


| | |
|---|---|
| May 1, 2006 | *[signature]* |
| Date | Signature |
| | Eric Delinsky |
| 460958 | Print Name |
| BAR IDENTIFICATION | Zuckerman Spaeder LLP 1800 M Street, N.W. |
| | Address |
| | Washington, D.C.   20036 |
| | City         State         Zip Code |
| | 202-778-1831 |
| | Phone Number |