AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Franklin Managed Trust, et al.

        Plaintiff(s)    )  
                          )  **APPEARANCE**

           vs.      )   CASE NUMBER   1:06cv00139

Federal National Mortgage Association, et al.  
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Steven M. Salky  as counsel in this
                        (Attorney's Name)

case for:  J. Timothy Howard  
        (Name of party or parties)

May 1, 2006  
Date

_/s/ Steven M. Salky_  
Signature  
Steven M. Salky  
Print Name

360175  
BAR IDENTIFICATION

Zuckerman Spaeder LLP 1800 M Street, N.W.  
Address

Washington, D.C.  20036  
City     State     Zip Code

202-778-1828  
Phone Number