## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANKLIN MANAGED TRUST et al.,<br><br>                                  Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION et al.,<br><br>                                  Defendants. | No. 1:06-cv-00139 (RJL) |

### [PROPOSED] ORDER DENYING THE FRANKLIN TEMPLETON PLAINTIFFS' MOTION TO LIFT THE PSLRA DISCOVERY STAY

The Franklin Templeton Plaintiffs' motion to lift the PSLRA discovery stay is denied.

_____
Dated:                                                                      Richard J. Leon, U.S. District Judge

100000404_1.DOC