AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

FRANKLIN MANAGED TRUST et al.          )
           Plaintiff(s)          )     **APPEARANCE**
                                 )
                                 )
           vs.                   )     CASE NUMBER  1:06-CV-00139 (RJL)
FEDERAL NATIONAL MORTGAGE              )
ASSOCIATION et al.                     )
           Defendant(s)         )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Melanie L. Katsur__ as counsel in this
                                     (Attorney's Name)

case for: __KPMG LLP__
           (Name of party or parties)


__May 9, 2006__                              __/s/__
Date                                         Signature

                                             __Melanie L. Katsur__
__D.C. Bar No. 484969__                      Print Name
BAR IDENTIFICATION                           GIBSON, DUNN & CRUTCHER LLP
                                             __1050 Connecticut Avenue, N.W.__
                                             Address

                                             __Washington, D.C.    20036__
                                             City         State       Zip Code

                                             __(202) 955-8500__
                                             Phone Number

# CERTIFICATE OF SERVICE

I hereby certify that I caused electronic copies of the foregoing to be transmitted on May 9, 2006 to the following counsel who are registered on the CM/ECF system in the *Franklin Templeton* docket and by U.S. mail to those not so registered:

*Electronic Service*:

Stuart M. Grant
Megan D. McIntyre
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801

*Counsel for the Franklin Templeton Plaintiffs*

Michael J. Walsh
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006

*Counsel for Defendants Fannie Mae, Thomas P. Gerrity, Taylor C. Segue, III, William R. Harvey, Joe Pickett, Victor H. Ashe, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl*

Eldad Zvi Malamuth
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

*Counsel for Defendant Leanne G. Spencer*

Steven M. Salky
Eric R. Delinsky
Ellen D. Marcus
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, D.C. 20036-2638

*Counsel for Defendant Timothy J. Howard*

Erica Lynne Salmon
Piper, Rudnick, Gray & Carey LLP

1200 19th Street N.W. Suite 700
Washington, D.C. 20036

*Counsel for Defendants Stephen B. Ashley, Donald B. Marron, and Ann Korologos*

*Service by Mail*:

Julie A. Richmond
Kathleen M. Donovan-Maher
Jeffery C. Block
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02190

Joshua S. Devore
Steven J. Toll
Cohen, Milstein, Hausfeld & Toll P.L.L.C
West Tower, Suite 500
1100 New York Ave. N.W.
Washington, DC 20005

Stanley M. Chesley
James R. Cummins
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

*Counsel for Plaintiff Ohio Public Employees Retirement System*

Robert Romano
Bonnie Altro
Morgan, Lewis & Bockius
101 Park Avenue
New York, NY 10178-0060

*Counsel for Defendant Thomas P. Gerrity*

David I. Ackerman
James Hamilton
Swidler Berlin LLP
3000 K Street N.W. Suite 300
Washington, D.C. 20007

*Counsel for Defendant Joe Pickett*

Daniel John Healy
John H. Doyle, III
Rhonda D. Orin
Anderson Kill & Olick LLP
2100 M Street N.W. Suite 650
Washington, DC 20037

*Counsel for Defendant Leslie Rahl*

Kevin M. Downey
Joseph M. Terry
Michelle D. Schwartz
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5091

*Counsel for Defendant Franklin D. Raines*

Fred F. Fielding
Barbara Van Gelder
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, D.C. 20006

*Counsel for Defendants Anne M. Mulcahy and Frederic V. Malek*

Julie E. Guttman
Baker Botts LLP
The Warner
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400

*Counsel for Defendant Jamie S. Gorelick*

James E. Anklam
Jamie Wareham
Carolyn E. Morris
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005

*Counsel for Defendant Daniel H. Mudd*

Shannon Ratliff
Ratliff Law Firm

3

600 Congress Avenue
Suite 3100
Austin, TX 78701

*Counsel for Manuel Justiz*

          ___/s/_____
            Melanie L. Katsur