UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In re Fannie Mae Securities Litigation | Consol. Civil Action No. 1:04-cv-01639 (RJL) |
| Evergreen Equity Trust, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>Federal National Mortgage Association, et al.,<br><br>        Defendants. | Case No. 1:06-cv-00082 (RJL) |
| Franklin Managed Trust, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>Federal National Mortgage Association, et al.,<br><br>        Defendants. | Case No. 1:06-cv-00139 (RJL) |

## **NOTICE OF VOLUNTARY DISMISSAL**

Please take notice that plaintiffs Evergreen Equity Trust, Evergreen Select Equity Trust, Evergreen Variable Annuity Trust, Evergreen International Trust, Franklin Managed Trust, Institutional Fiduciary Trust, Franklin Investors Securities Trust, Franklin Value Investors Trust, Franklin Strategic Series, Franklin Capital Growth Fund, Franklin Templeton Investment Funds, Franklin Variable Insurance Products Trust, Franklin Custodian Funds, Inc., Franklin Templeton

International Trust, Templeton MPF Investment Funds, Franklin Flex Cap Growth Corporate Class, Franklin Templeton Funds, Franklin Templeton Global Fund, Bissett Canadian Equity Fund, Bissett Institutional Balanced Trust, Franklin Templeton U.S. Rising Dividends Fund, Franklin World Growth Corporate Class, Franklin Global Trust, Franklin MPF U.S. Equity Fund, Lyxor/Templeton Global Long Short Fund Limited, Templeton Global Long-Short Fund Plc, Templeton Global Long-Short Fund Ltd., University of Hong Kong General Endowment Fund, and University of Hong Kong Staff Provident Fund, pursuant to Fed. R. Civ. P. 41(a), hereby dismiss defendants Victor H. Ashe and Molly H. Bordonaro from the above-captioned actions, without prejudice and subject to the terms and conditions set forth in the parties' "Agreement to Toll Applicable Statutes of Limitation" dated May 11, 2006.

DATED: May 12, 2006                    Respectfully submitted,

**ON BEHALF OF PLAINTIFFS**

_____/s/ Stuart M. Grant_____
Stuart M. Grant
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE  19801
sgrant@gelaw.com