AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Franklin Managed Trust, et al.,

        Plaintiff(s)  )  **APPEARANCE**
              vs.  )  CASE NUMBER   1:06-CV-00139 (RJL)

Federal National Mortgage Association, et al.,
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Michelle D. Schwartz  as counsel in this
                        (Attorney's Name)

case for:  Franklin D. Raines
        (Name of party or parties)

May 15, 2005
Date

_/s/ Michelle D. Schwartz_
Signature

D.C. Bar No. 491662
BAR IDENTIFICATION

Michelle D. Schwartz
Print Name

725 12th Street, NW
Address

Washington, DC   20005
City      State      Zip Code

202-434-5000
Phone Number