## CERTIFICATE OF SERVICE

I hereby certify that the Reply Memorandum of Law in Support of Plaintiffs' Motion To Lift The PSLRA Discovery Stay was served by electronic service upon the parties listed below on this 15th day of May 2006:

## CLASS PLAINTIFFS' COUNSEL

Joshoua S. Devore
Steven J. Toll
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005

## DEFENSE COUNSEL

| | |
|---|---|
| Robert M. Stern, Esquire<br>O'MELVENY & MYERS L.L.P.<br>1625 I Street, N.W.<br>Washington, D.C. 20006<br><br>*Counsel for Fannie Mae, Thomas Gerrity, Taylor Segue, William Harvey, Joe Pickett, Victor Ashe, Kenneth Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl* | James E. Anklam<br>James Wareham<br>Carolyn E. Morris<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>875 15th Street, N.W.<br>Washington, D.C. 20005<br><br>*Counsel for Daniel Mudd* |
| Julia E. Guttman<br>BAKER BOTTS L.L.P.<br>The Warner<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2400<br><br>*Counsel for Jamie Gorelick* | Mark W. Ryan<br>MAYER, BROWN, ROWE & MAW LLP<br>1909 K Street, NW<br>Washington, DC 20006<br><br>*Counsel for Leanne Spencer* |

1

| | |
|---|---|
| Eric R. Delinsky<br>ZUCKERMAN SPAEDER, LLP<br>1800 M Street, NW Suite 1000<br>Washington, DC 20036<br><br>*Counsel for Timothy Howard* | Michelle D. Schwartz<br>WILLIAMS & CONNOLLY, LLP<br>725 12th Street, NW<br>Washington, DC 20005<br><br>*Counsel for Franklin Raines* |
| Fred Fisher Fielding<br>Barbara Ann Van Gelder<br>WILEY REIN & FIELDING, LLP<br>1776 K Street, NW<br>Washington, DC 20006<br><br>*Counsel for Anne Mulcahy and Frederic Malek* | Earl J. Silbert<br>Erica Lynne Salmon<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>1200 19th Street, NW, Suite 700<br>Washington, DC 20036<br><br>*Counsel for Stephen Ashley, Donald Marron, and Ann Korologos* |
| Daniel John Healy<br>John H. Doyle, III<br>Rhonda D. Orin<br>ANDERSON KILL & OLICK, LLP<br>2100 M Street, NW, Suite 650<br>Washington, DC 20037<br><br>*Counsel for Leslie Rahl* | David I. Ackerman<br>James Hamilton<br>SWIDLER BERLIN, LLP<br>3000 K Street, NW<br>Suite 300<br>Washington, DC 20007<br><br>*Counsel for Joe Pickett* |
| Andrew S. Tulumello<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br><br>*Counsel for KPMG LLP* | |

/s/ Stuart M. Grant

Stuart M. Grant
(D.C. Bar # 450895)