UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |

| | |
|---|---|
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639 |
| | Judge Richard J. Leon |
| Evergreen Equity Trust, *et al.*, v. Federal National Mortgage Association, *et al.* and | Case No. 1:06CV00082 |
| Franklin Managed Trust, *et al.*, v. Federal National Mortgage Association, *et al.* | Case No. 1:06CV00139 |

The Court, after considering the accompanying Memorandum of Law In Support of the Director Defendants' Motion to Dismiss Evergreen and Franklin Complaints, the Franklin and Evergreen Complaints, the accompanying Declaration of Robert M. Stern, executed on May 15, 2006, and exhibits thereto, Fannie Mae and the Director Defendants' Joint Request For Judicial Notice in Support of Motions to Dismiss the Evergreen and Franklin Complaints, and all prior pleadings and proceedings herein hereby **ORDERS** the Director Defendants' motion to dismiss the complaint is **GRANTED**.

IT IS SO **ORDERED** on this _____day of ____, 2006.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE