UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639<br>Judge Richard J. Leon |
| Evergreen Equity Trust, *et al.* v. Federal National Mortgage Association, *et al.*<br>and | Case No. 1:06CV00082 (RJL) |
| Franklin Managed Trust, *et al.* v. Federal National Mortgage Association, *et al.* | Case No. 1:06CV00139 (RJL) |

**FANNIE MAE AND THE DIRECTOR DEFENDANTS' JOINT REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTIONS TO DISMISS THE EVERGREEN AND FRANKLIN COMPLAINTS**

# I.
# INTRODUCTION

Pursuant to Federal Rule of Evidence 201, defendant Fannie Mae and director defendants Stephen B. Ashley, Kenneth M. Duberstein, Thomas P. Gerrity, Jamie S. Gorelick, William R. Harvey, Manuel J. Justiz, Ann Korologos, Frederick V. Malek, Donald B. Marron, Daniel H. Mudd, Anne M. Mulcahy, Joe K. Pickett, Leslie Rahl, Taylor C. Segue III, and H. Patrick Swygert (collectively "Director Defendants") respectfully request that this Court take judicial notice of each of the following documents, which are authenticated by and attached as exhibits to the Declaration of Robert M. Stern in Support of Fannie Mae and the Director Defendants' Joint Request for Judicial Notice and Appendix of Authorities ("Stern Declaration"), served and filed herewith:

1. Fannie Mae's filing on Form 8-K, filed September 29, 2004;

2. Fannie Mae's filing on Form 8-K, filed December 22, 2004;

3. Fannie Mae's filing on Form 10-12G, filed March 31, 2003;

4. SEC's No Action, Interpretive and/or Exemptive Letter: Federal National Mortgage Association, dated July 12, 2002;

5. Statement of Warren B. Rudman Before the Committee on Financial Services, dated March 14, 2006;

6. Office of Federal Housing Enterprise Oversight ("OFHEO") Report of Findings to Date, Special Examination of Fannie Mae, dated September 17, 2004 ("OFHEO Interim Report");

7. Fannie Mae's Filing on Form NT 10-Q for the period September 30, 2004, filed November 15, 2004; and

8. David S. Hilzenrath, *Fannie's Issues: Simple or Not?; 2 Agencies Differ*, Washington

Post, Oct. 23, 2004.

## II.
## ARGUMENT

Pursuant to Federal Rule of Evidence 201, a court may take judicial notice of "a fact not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Each of the submitted exhibits meets this standard and therefore should be judicially noticed.

### A.     SEC Documents

Exhibits 1 through 4 and 7 to the Stern Declaration are documents filed with or by the SEC. It is well-established that SEC documents and filings are proper subjects for judicial notice on a motion to dismiss. *See, e.g.*, *Kramer v. Time Warner*, 937 F.2d 767, 774 (2d Cir. 1991) (documents filed with the SEC are proper subjects for judicial notice because, among other things, "the documents are required by law to be filed with the SEC, and no serious question as to their authenticity can exist"); *Bryant v. Avado Brands, Inc.*, 187 F.3d 1271, 1277-278 (11th Cir. 1999) (same); *In re Silicon Graphics, Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999) (in ruling on a motion to dismiss, a court may consider documents referenced in the complaint that have been filed with the SEC); *In re Cree, Inc. Sec. Litig.*, 333 F. Supp. 2d 461, 469 n.6 (M.D.N.C. 2004); *In re Humphrey Hospitality Trust, Inc. Sec. Litig.*, 219 F. Supp. 2d 675, 684 n.5 (D. Md. 2002).

### B.     OFHEO Report

Exhibit 6 to the Stern Declaration is the OFHEO Interim Report, which the Court took judicial notice of in ruling on the Motion to Dismiss the Consolidated Class Action Complaint. Reports of federal agencies are public documents of which courts routinely take judicial notice.

*Savage v. Scales,* 310 F. Supp. 2d 122, 129 n.8 (D.D.C. 2004) ("the court may take judicial notice of public documents, 'even if they are not included in, or attached to the complaint.'") (quoting *Lipton v. MCI Worldcom, Inc.,* 135 F. Supp. 2d 182, 186 (D.D.C. 2001)); *see Kaempe v. Myers,* 367 F.3d 958, 965 (D.C. Cir. 2004) (documents from administrative agency are judicially noticeable).

The OFHEO Interim Report is referenced extensively throughout the Evergreen and Franklin Complaints and is the principal basis for plaintiffs' allegations. It may therefore be considered, even without the necessity of judicial notice. *Rochon v. Ashcroft,* 319 F. Supp. 2d 23, 28 (D.D.C. 2004) ("In deciding a 12(b)(6) motion to dismiss the Court will consider the facts alleged in the pleadings [and] documents attached as exhibits or incorporated by reference in the pleadings.") (quoting *EEOC v. St. Francis Xavier Parochial Sch.,* 117 F.3d 621, 624-25 (D.C. Cir. 1997)); *Savage,* 310 F. Supp. 2d at 129 n.8 ("where a document is referred to in the complaint and [is] central to plaintiff's claim, such a document attached to the motion papers may be considered without converting the motion [to dismiss] to one for summary judgment.").

C.    **News Articles**

Exhibit 8 to the Stern Declaration is a news article, which is an appropriate subject for judicial notice. News articles are matters of a general public nature, of which courts routinely take judicial notice. *Phillips v. Bureau of Prisons,* 591 F.2d 966, 969 (D.C. Cir. 1979) (taking judicial notice of newspaper article as "matters of a general public nature"); *Gov't of Rwanda v. Rwanda Working Group,* 227 F. Supp. 2d 45, 60 n.6 (D.D.C. 2002) (citing *Marshall County Auth. v. Shalala,* 998 F.2d 1221, 1226 (D.C. Cir. 1993)); *United States v. BCCI Holdings (Luxembourg), S.A.,* 961 F. Supp. 298, 290 n.2 (D.D.C. 1997) (taking judicial notice of newspaper articles reporting on bank's fraudulent practices) (citing *The Washington Post v. Robinson,* 935 F.2d 282, 291 (D.C. Cir. 1991)); *In re Guess?, Inc. Sec. Litig.,* 174 F. Supp. 2d

1067, 1068 n.1 (N.D. Cal. 2001) (taking judicial notice of news articles).

### D.    Committee of Financial Services Website Material

Exhibit 5 to the Stern Declaration is the Statement of Warren B. Rudman before the Committee of Financial Services, taken from the Committee of Financial Services' public website.  Because the Committee of Financial Services is a committee of the House of Representatives, its statements on its website are considered as part of the public record, and therefore proper subjects of judicial notice as public records.  *Savage,* 310 F. Supp. 2d at 129 n.8; *Lipton,* 135 F. Supp. 2d at 186 (taking judicial notice of public documents).

## III.
## CONCLUSION

For the foregoing reasons, Defendants respectfully requests that the Court take judicial notice of the documents attached as Exhibits 1 through 8 of the Stern Declaration.

-5-

| | |
|---|---|
| Dated: May 15, 2006 | Respectfully submitted, |

| | |
|---|---|
| /s/ Jeffrey W. Kilduff | /s/ Earl J. Silbert |
| John Beisner (D.C. Bar No. 320747) | Earl J. Silbert (D.C. Bar No. 053132) |
| Jeffrey W. Kilduff (D.C. Bar No. 426632) | Erica Salmon Byrne (D.C. Bar No. 480477) |
| Kimberly A. Newman (D.C. Bar. No. 430326) | DLA Piper Rudnick Gray Cary US LLP |
| Robert M. Stern (D.C. Bar No. 478742) | 1200 19th Street, NW |
| Michael J. Walsh, Jr. (D.C. Bar No. 483296) | Washington, DC  20036 |
| O'Melveny & Myers LLP | T:  202/861-3900 |
| 1625 Eye Street, N.W. | F:  202/223-2085 |
| Washington, DC  20006 | -and- |
| T:  202/383-5300 | John J. Clarke, Jr. |
| F:  202/383-5414 | DLA Piper Rudnick Gray Cary US LLP |
| -and- | 1251 Avenue of the Americas |
| Seth Aronson | New York, NY  10020-1104 |
| O'Melveny & Myers LLP | T:  212/835-6000 |
| 400 South Hope Street, 15th Floor | F:  212/884-8520 |
| Los Angeles, CA  90071-2899 | |
| T:  213/430-6000 | *Counsel for Defendants Stephen B. Ashley,* |
| F:  213/430-6407 | *Ann Korologos, and Donald B. Marron* |
| | |
| *Counsel for Defendants Kenneth Duberstein, William R. Harvey, Taylor C. Segue III, H. Patrick Swygert, and Manuel J. Justiz* | |

/s/ Christian J. Mixter
Christian J. Mixter (D.C. Bar No. 352238)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC  20004
T:  202/739-3000
F:  202/739-3001
-and-
Robert Romano
Rachelle Barstow
Bonnie Altro
Morgan, Lewis & Bockius
101 Park Avenue
New York, NY  10178-0060
T:  212/309-6000
F:  212/309-6001

***Counsel for Defendant Tom Gerrity in the Franklin Action***

/s/ Julia E. Guttman
Julia E. Guttman (D.C. Bar No. 412912)
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
T:  202/639-7700
F:  202/639-7890

***Counsel for Defendant Jamie S. Gorelick***

/s/ Fred F. Fielding
Fred F. Fielding (D.C. Bar No. 099296)
Barbara Van Gelder (D.C. Bar No. 265603)
Wiley Rein & Fielding LLP
1776 K Street, N.W.
Washington, D.C.  20006
T:  202/719-7000
F:  202/719-7207

***Counsel for Defendants Frederic V. Malek and Anne Mulcahy and for Defendant Tom Gerrity in the Evergreen Action***

/s/ James D. Wareham
James D. Wareham (D.C. Bar No. 411799)
James Anklam (D.C. Bar No. 414122)
Carolyn W. Morris (D.C. Bar No. 463865)
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, NW
Washington, DC 20005
T:  202/551-1700
F:  202/551-1705

***Counsel for Defendant Daniel H. Mudd***

/s/ James Hamilton
James Hamilton (D.C. Bar No. 108928)
David I. Ackerman (D.C. Bar No. 482075)
Bingham McCutcheon LLP
2020 K Street, NW
Washington, DC  20006
T:  202/373-6000
F:  202/373-6001

***Counsel for Defendant Joe K. Pickett***

-7-

<table>
<tr><td>

    /s/ Rhonda D. Orin
Rhonda D. Orin (D.C. Bar No. 439216)
Daniel J. Healy (D.C. Bar No. 476233)
Anderson Kill & Olick, P.C.
2100 M Street, NW
Suite 650
Washington, DC  20037
T:  202/218-0049
F:  202/218-0055
-and-
John H. Doyle, III
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020
T:  212/278-1000
F:  212/272-1733

*Counsel for Defendant Leslie Rahl*

</td><td>

*Of-Counsel for Defendant Manuel J. Justiz:*
Shannon H. Ratliff
Texas Bar No. 16573000
Michael L. Navarre
Texas Bar No. 00792711
Ratliff Law Firm, P.L.L.C.
600 Congress Avenue, Suite 3100
Austin, Texas  78701
T:  512/493-9600
F:  512/493-9625

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I certify that on May 15, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF.

Kevin M. Downey
Joseph M. Terry
Michelle D. Schwartz
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5091

*Counsel for Defendant Franklin D. Raines*

Steven M. Salky
Eric Delinsky
Ellen Marcus
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5802

*Counsel for Defendant J. Timothy Howard*

David S. Krakoff
Mark W. Ryan
Christopher F. Regan
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006-1101

*Counsel for Defendant Leanne G. Spencer*

Andrew Tulumello
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

*Counsel for Defendant KPMG*

Curtis V. Trinko
Jeffrey B. Silverstein
Law Office of Curtis V. Trinko, LLP
16 West 46th Street, 7th Floor
New York, NY  10036
-and-
Alfred G. Yates, Jr.
Law Offices of Alfred G. Yates, Jr., P.C.
429 Forbes Ave.
Pittsburgh, PA

*Counsel For Plaintiffs Anne E. Flynn and Robert L. Garber, as Custodian for Michael Saul Garber*

Mark A. Topaz
Richard A. Maniskas
Richard S. Schiffrin
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004

*Counsel for Plaintiffs Vincent Vinci*

Stanley M. Chesley
James R. Cummins
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH  45202
-and-
Jeffrey C. Block
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA  02169
-and
Steven J. Toll
Daniel S. Sommers
Cohen, Millstein, Hausfeld, & Toll P.L.L.C.
1100 New York Avenue, N.W.
Washington, DC  20005

*Counsel for Plaintiff Ohio Public Employees Retirement System*

Stuart M. Grant
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801

*Counsel for Plaintiff Evergreen Trust and Franklin Templeton Trusts*

Frank J. Johnson
Brett M. Weaver
Law Office of Frank J. Johnson
402 W. Broadway, 27th Floor
San Diego, CA 92101
-and-
Robert W. Liles
1054 31st Street, NW
Suite 415
Washington, DC 20007

*Counsel for Plaintiff Sassan Shahrokhinia*

                                                             /s/ Michael J. Walsh, Jr.
                                                             Michael J. Walsh, Jr.