IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANKLIN MANAGED TRUST et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION et al.,<br><br>                              Defendants. | No. 1:06-cv-00139 (RJL) |

**[PROPOSED] ORDER GRANTING
DEFENDANT KPMG LLP'S MOTION TO DISMISS**

   KPMG LLP's motion to dismiss the claims against it is granted.

_____
   Dated:                                                          Richard J. Leon, U.S. District Judge

100004801_1 (2).DOC