UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Fannie Mae Securities Litigation ) | Consolidated Civil Action<br>No. 1:04-cv-1639 (RJL) |
| Franklin Managed Trust, et al. )<br>)<br>)<br>v. )<br>Federal National Mortgage Association, et al., ) | No. 1:06-cv-00139 (RJL)<br><br>**NOTICE OF MOTION AND MOTION TO ADMIT COUNSEL, *PRO HAC VICE*** |

PLEASE TAKE NOTICE that upon the annexed affidavits of Stuart M. Grant and Christine M. Mackintosh in support of this motion and the Certificate of Good Standing annexed thereto, the undersigned will move this Court, before the Honorable Richard J. Leon at the United States Courthouse for the District of Columbia, pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, for an Order allowing the admission of Christine M. Mackintosh, an associate with the law firm of Grant & Eisenhofer, P.A. as counsel *pro hac vice*. Ms. Mackintosh is a member in good standing of the Bar of the Commonwealth of Pennsylvania. There are no pending disciplinary proceedings against Ms. Mackintosh in any state or federal court.

Dated: May 16, 2006

Respectfully submitted,

*/s/ Stuart M. Grant*
Stuart M. Grant (D.C. Bar # 450895)
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 N. Market St.
Wilmington, DE 19801
(302) 622-7000
(302) 622-7100 (facsimile)
Attorneys for Plaintiffs