UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Fannie Mae Securities Litigation ) | Consolidated Civil Action<br>No. 1:04-cv-1639 (RJL) |
| Franklin Managed Trust, et al. )<br>)<br>v. )<br>Federal National Mortgage Association, et al., ) | No. 1:06-cv-00139 (RJL)<br><br>**AFFIDAVIT OF STUART M. GRANT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

STATE OF DELAWARE      )
                                            )  SS.
COUNTY OF NEW CASTLE )

Stuart M. Grant, being duly sworn, hereby deposes and says as follows:

1. I am an attorney admitted to practice in the District of Columbia and the United States District Court for the District of Columbia. I am a director with the law firm of Grant & Eisenhofer P.A., counsel for Franklin Managed Trust, Institutional Fiduciary Trust, Franklin Investors Securities Trust, Franklin Value Investors Trust, Franklin Strategic Series, Franklin Capital Growth Fund, Franklin Templeton Investment Funds, Franklin Variable Insurance Products Trust, Franklin Custodian Funds, Inc., Franklin Templeton International Trust, Templeton MPF Investment Funds, Franklin Flex Cap Growth Corporate Class, Franklin Templeton Funds, Franklin Templeton Global Fund, Bissett Canadian Equity Fund, Bissett Institutional Balanced Trust, Franklin Templeton U.S. Rising Dividends Fund, Franklin World Growth Corporate Class, Franklin Global Trust, Franklin MPF U.S. Equity Fund, Lyxor/Templeton Global Long Short Fund Limited, Templeton Global Long-Short Fund PLC, Templeton Global Long-Short Ltd., University of Hong Kong General Endowment Fund, and University of Hong Kong Staff Provident Fund (collectively, "plaintiffs").

2.   I make this Affidavit in support of the motion for admission *pro hac vice* of Christine Mackintosh to appear as counsel for plaintiffs in this action.

3.   Ms. Mackintosh is an associate with the firm of Grant & Eisenhofer P.A. As evidenced by the Certificate of Good Standing annexed to her Affidavit (attached hereto as Exhibit 1), Ms. Mackintosh is a member in good standing of the Commonwealth of Pennsylvania.

4.   I know Ms. Mackintosh to be of the finest moral character.

5.   It is respectfully requested that the Court grant the motion for an Order permitting Christine M. Mackintosh to appear in this action as counsel for plaintiffs *pro hac vice*. A proposed form of Order is annexed hereto as Exhibit 2.

_____
Stuart M. Grant  (D.C. Bar # 450895)

Sworn to and subscribed before me
this day of 16th, 2006. May

_____
Notary Public

CAROL E. WOODRING
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept 23, 2007