**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FEDERAL NATIONAL MORTGAGE ASSOCIATION SECURITIES, DERIVATIVE AND ERISA LITIGATION | MDL No. 1668 |
| IN RE FANNIE MAE SECURITIES LITIGATION | Cons. C.A. No. 1:04-CV-01639 (RJL) |
| EVERGREEN EQUITY TRUST, et al., Plaintiffs, - against – FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., Defendants. | Case No. 1:06-CV-00082 (RJL) |
| FRANKLIN MANAGED TRUST, et al., Plaintiffs, - against – FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., Defendants. | Case No. 1:06-CV-00139 (RJL) |

**STIPULATION REGARDING PLAINTIFFS' MOTION
TO LIFT THE AUTOMATIC STAY OF DISCOVERY**

Plaintiffs in the <u>Evergreen</u> and <u>Franklin</u> actions captioned above (the "Individual Plaintiffs"), having filed on April 27, 2006 a motion for relief from the automatic stay of discovery under the federal securities laws; and

Fifteen newly named present or former director defendants, Stephen B. Ashley, Kenneth M. Duberstein, Thomas P. Gerrity, Jamie S. Gorelick, William R. Harvey, Manuel J. Justiz, Ann McLaughlin Korologos, Frederick V. Malek, Donald B. Marron, Daniel H. Mudd, Anne M. Mulcahy, Joe Pickett, Leslie Rahl, Taylor C. Segue III and H. Patrick Swygert (the "Director Defendants"), having filed on May 8, 2006 a memorandum of law in opposition to that motion; and

The parties desiring to resolve this matter consensually and without resort to motion practice;

NOW THEREFORE, the parties hereto, by their undersigned attorneys, stipulate and agree as follows:

1.  Subject to the terms of this stipulation, the Director Defendants will withdraw their opposition to the Individual Plaintiffs' motion to lift the automatic stay of discovery.

2.  Individual Plaintiffs will not use any information obtained during the course of discovery in these actions, or any information gained as a result of such discovery, in connection with the motions to dismiss the complaints in the <u>Evergreen</u> and <u>Franklin</u> actions that have been filed by the Director Defendants.

3.  Prior to a decision with respect to the Director Defendants' motions to dismiss the <u>Evergreen</u> and <u>Franklin</u> complaints, Individual Plaintiffs will not notice the deposition of, or serve document requests, requests for admission or interrogatories upon, any of the Director Defendants or upon non-party directors Bridget A. Macaskill, Greg C. Smith and John K. Wulff (the "Other Directors"). Notwithstanding the foregoing, the Director Defendants and the Other Directors will not seek the deferral of document discovery served on Fannie Mae by the Individual

Plaintiffs, including but not limited to document requests seeking Fannie Mae's production of documents provided to Fannie Mae by the Director Defendants or the Other Directors. Nothing in this stipulation shall be deemed to be a waiver of any objection to any such document requests that might be validly asserted by Fannie Mae under the Federal Rules of Civil Procedure.

4. During the pendency of the Director Defendants' motions to dismiss, counsel for the Individual Plaintiffs will cooperate with counsel for the Director Defendants and the Other Directors to seek the deferral until after a decision on those motions to dismiss of any deposition notices or other discovery requests that might be directed toward any of the Director Defendants or the Other Directors by any other party in these consolidated proceedings; provided, however, that in the event that a deposition notice is served on any Director Defendant or any of the Other Directors by any other party, and the efforts of counsel for the Director Defendants, the Other Directors and the Individual Plaintiffs to defer that deposition are unsuccessful, nothing in this stipulation shall preclude counsel for the Individual Plaintiffs from participating in that deposition, subject to the limits on the use of such testimony set forth in paragraph 2.

5. Nothing in this stipulation shall prevent any of the Director Defendants, the Other Directors or the Individual Plaintiffs, for good cause shown, from seeking such further relief from the Court as they deem necessary and appropriate.

Dated: May 18, 2006

*[signature]*

Stuart M. Grant (D.C. Bar No. 450895)
Grant & Eisenhofer P.A.
Chase Manhattan Centre
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
T: 302/622-7000
F: 302/622-7100

Counsel for Plaintiffs in Evergreen and Franklin Actions

---

John Beisner (D.C. Bar No. 320747)
Jeffrey W. Kilduff (D.C. Bar No. 426632)
Kimberly A. Newman (D.C. Bar. No. 430326)
Robert M. Stern (D.C. Bar No. 478742)
Michael J. Walsh, Jr. (D.C. Bar No. 483296)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006
T: 202/383-5300
F: 202/383-5414

Seth Aronson
O'Melveny & Myers LLP
400 South Hope Street, 15th Floor
Los Angeles, CA 90071-2899
T: 213/430-6000
F: 213/430-6407

Counsel for Defendants Kenneth Duberstein, William R. Harvey, Taylor C. Segue III and H. Patrick Swygert

---

Earl J. Silbert (D.C. Bar No. 053132)
Erica Salmon Byrne (D.C. Bar No. 480477)
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street, NW
Washington, DC 20036
T: 202/861-3900
F: 202/223-2085
-and-
John J. Clarke, Jr.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
T: 212/835-6000
F: 212/884-8520

Counsel for Defendants Stephen B. Ashley, Ann Korologos, and Donald B. Marron

4

Dated: May 18, 2006

---

Stuart M. Grant (D.C. Bar No. 450895)
Grant & Eisenhofer P.A.
Chase Manhattan Centre
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
T: 302/622-7000
F: 302/622-7100

Counsel for Plaintiffs in <u>Evergreen</u> and <u>Franklin</u> Actions

---

John Beisner (D.C. Bar No. 320747)
Jeffrey W. Kilduff (D.C. Bar No. 426632)
Kimberly A. Newman (D.C. Bar. No. 430326)
Robert M. Stern (D.C. Bar No. 478742)
Michael J. Walsh, Jr. (D.C. Bar No. 483296)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006
T: 202/383-5300
F: 202/383-5414

Seth Aronson
O'Melveny & Myers LLP
400 South Hope Street, 15th Floor
Los Angeles, CA 90071-2899
T: 213/430-6000
F: 213/430-6407

Counsel for Defendants Kenneth
Duberstein, William R. Harvey, Taylor C.
Segue III and H. Patrick Swygert

---

Earl J. Silbert (D.C. Bar No. 053132)
Erica Salmon Byrne (D.C. Bar No. 480477)
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street, NW
Washington, DC 20036
T: 202/861-3900
F: 202/223-2085
-and-
John J. Clarke, Jr.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
T: 212/835-6000
F: 212/884-8520

Counsel for Defendants Stephen B. Ashley,
Ann Korologos, and Donald B. Marron

4

Dated: May 18, 2006

_____
Stuart M. Grant (D.C. Bar No. 450895)
Grant & Eisenhofer P.A.
Chase Manhattan Centre
1201 N. Market Street, Suite 2100
Wilmington, DE  19801
T:  302/622-7000
F:  302/622-7100

Counsel for Plaintiffs in Evergreen and
Franklin Actions

_____
John Beisner (D.C. Bar No. 320747)
Jeffrey W. Kilduff (D.C. Bar No. 426632)
Kimberly A. Newman (D.C. Bar. No. 430326)
Robert M. Stern (D.C. Bar No. 478742)
Michael J. Walsh, Jr. (D.C. Bar No. 483296)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006
T:  202/383-5300
F:  202/383-5414

Seth Aronson
O'Melveny & Myers LLP
400 South Hope Street, 15th Floor
Los Angeles, CA  90071-2899
T:  213/430-6000
F:  213/430-6407

Counsel for Defendants Kenneth
Duberstein, William R. Harvey, Taylor C.
Segue III and H. Patrick Swygert

/s/ [signature]
_____
Earl J. Silbert (D.C. Bar No. 053132)
Erica Salmon Byrne (D.C. Bar No. 480477)
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street, NW
Washington, DC  20036
T:  202/861-3900
F:  202/223-2085
-and-
John J. Clarke, Jr.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY  10020-1104
T:  212/835-6000
F:  212/884-8520

Counsel for Defendants Stephen B. Ashley,
Ann Korologos, and Donald B. Marron

4

*/s/ Christian J. Mixter*
―――――――――――――――――――
Christian J. Mixter (D.C. Bar No. 352238)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
T: 202/739-3000
F: 202/739-3001
-and-
Robert Romano
Rachelle Barstow
Bonnie Altro
Morgan, Lewis & Bockius
101 Park Avenue
New York, NY 10178-0060
T: 212/309-6000
F: 212/309-6001

Counsel for Defendant Thomas P. Gerrity in the Franklin Action

―――――――――――――――――――
Julia E. Guttman (D.C. Bar No. 412912)
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
T: 202/639-7700
F: 202/639-7890

Counsel for Defendant Jamie S. Gorelick

―――――――――――――――――――
Shannon H. Ratliff
Texas Bar No. 16573000
Michael L. Navarre
Texas Bar No. 00792711
Ratliff Law Firm, P.L.L.C.
600 Congress Avenue, Suite 3100
Austin, Texas 78701
T: 512/493-9600
F: 512/493-9625

Counsel for Defendant Manuel J. Justiz

―――――――――――――――――――
Fred F. Fielding (D.C. Bar No. 099296)
Barbara Van Gelder (D.C. Bar No. 265603)
Wiley Rein & Fielding LLP
1776 K Street, N.W.
Washington, D.C. 20006
T: 202/719-7000
F: 202/719-7207

Counsel for Defendants Frederic V. Malek and Anne Mulcahy and for Defendant Thomas P. Gerrity in the Evergreen Action

―――――――――――――――――――
James D. Wareham (D.C. Bar No. 411799)
James Anklam (D.C. Bar No. 414122)
Carolyn W. Morris (D.C. Bar No. 463865)
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, NW
Washington, DC 20005
T: 202/551-1700
F: 202/551-1705

Counsel for Defendant Daniel H. Mudd

―――――――――――――――――――
James Hamilton (D.C. Bar No. 108928)
David I. Ackerman (D.C. Bar No. 482075)
Bingham McCutcheon LLP
2020 K Street, NW
Washington, DC 20006
T: 202/373-6000
F: 202/373-6001

Counsel for Defendant Joe K. Pickett

5

|  |  |
|---|---|
| Christian J. Mixter (D.C. Bar No. 352238)<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Ave., NW<br>Washington, DC 20004<br>T: 202/739-3000<br>F: 202/739-3001<br>-and-<br>Robert Romano<br>Rachelle Barstow<br>Bonnie Altro<br>Morgan, Lewis & Bockius<br>101 Park Avenue<br>New York, NY 10178-0060<br>T: 212/309-6000<br>F: 212/309-6001<br><br>Counsel for Defendant Thomas P. Gerrity in the Franklin Action | */s/ Julia E. Guttman*<br>Julia E. Guttman (D.C. Bar No. 412912)<br>Baker Botts LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>T: 202/639-7700<br>F: 202/639-7890<br><br>Counsel for Defendant Jamie S. Gorelick |
| Shannon H. Ratliff<br>Texas Bar No. 16573000<br>Michael L. Navarre<br>Texas Bar No. 00792711<br>Ratliff Law Firm, P.L.L.C.<br>600 Congress Avenue, Suite 3100<br>Austin, Texas 78701<br>T: 512/493-9600<br>F: 512/493-9625<br><br>Counsel for Defendant Manuel J. Justiz | Fred F. Fielding (D.C. Bar No. 099296)<br>Barbara Van Gelder (D.C. Bar No. 265603)<br>Wiley Rein & Fielding LLP<br>1776 K Street, N.W.<br>Washington, D.C. 20006<br>T: 202/719-7000<br>F: 202/719-7207<br><br>Counsel for Defendants Frederic V. Malek and Anne Mulcahy and for Defendant Thomas P. Gerrity in the Evergreen Action |
| James D. Wareham (D.C. Bar No. 411799)<br>James Anklam (D.C. Bar No. 414122)<br>Carolyn W. Morris (D.C. Bar No. 463865)<br>Paul, Hastings, Janofsky & Walker LLP<br>875 15th Street, NW<br>Washington, DC 20005<br>T: 202/551-1700<br>F: 202/551-1705<br><br>Counsel for Defendant Daniel H. Mudd | James Hamilton (D.C. Bar No. 108928)<br>David I. Ackerman (D.C. Bar No. 482075)<br>Bingham McCutcheon LLP<br>2020 K Street, NW<br>Washington, DC 20006<br>T: 202/373-6000<br>F: 202/373-6001<br><br>Counsel for Defendant Joe K. Pickett |

5

Christian J. Mixter (D.C. Bar No. 352238)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
T: 202/739-3000
F: 202/739-3001
-and-
Robert Romano
Rachelle Barstow
Bonnie Altro
Morgan, Lewis & Bockius
101 Park Avenue
New York, NY 10178-0060
T: 212/309-6000
F: 212/309-6001

Counsel for Defendant Thomas P. Gerrity in the Franklin Action

Julia E. Guttman (D.C. Bar No. 412912)
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
T: 202/639-7700
F: 202/639-7890

Counsel for Defendant Jamie S. Gorelick

Shannon H. Ratliff
Texas Bar No. 16573000
Michael L. Navarre
Texas Bar No. 00792711
Ratliff Law Firm, P.L.L.C.
600 Congress Avenue, Suite 3100
Austin, Texas 78701
T: 512/493-9600
F: 512/493-9625

Counsel for Defendant Manuel J. Justiz

Fred F. Fielding (D.C. Bar No. 099296)
Barbara Van Gelder (D.C. Bar No. 265603)
Wiley Rein & Fielding LLP
1776 K Street, N.W.
Washington, D.C. 20006
T: 202/719-7000
F: 202/719-7207

Counsel for Defendants Frederic V. Malek and Anne Mulcahy and for Defendant Thomas P. Gerrity in the Evergreen Action

James D. Wareham (D.C. Bar No. 411799)
James Anklam (D.C. Bar No. 414122)
Carolyn W. Morris (D.C. Bar No. 463865)
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, NW
Washington, DC 20005
T: 202/551-1700
F: 202/551-1705

Counsel for Defendant Daniel H. Mudd

James Hamilton (D.C. Bar No. 108928)
David I. Ackerman (D.C. Bar No. 482075)
Bingham McCutcheon LLP
2020 K Street, NW
Washington, DC 20006
T: 202/373-6000
F: 202/373-6001

Counsel for Defendant Joe K. Pickett

Christian J. Mixter (D.C. Bar No. 352238)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC  20004
T:  202/739-3000
F:  202/739-3001
-and-
Robert Romano
Rachelle Barstow
Bonnie Altro
Morgan, Lewis & Bockius
101 Park Avenue
New York, NY  10178-0060
T:  212/309-6000
F:  212/309-6001

Counsel for Defendant Thomas P. Gerrity in the Franklin Action

Shannon H. Ratliff
Texas Bar No. 16573000
Michael L. Navarre
Texas Bar No. 00792711
Ratliff Law Firm, P.L.L.C.
600 Congress Avenue, Suite 3100
Austin, Texas  78701
T:  512/493-9600
F:  512/493-9625

Counsel for Defendant Manuel J. Justiz

James D. Wareham (D.C. Bar No. 411799)
James Anklam (D.C. Bar No. 414122)
Carolyn W. Morris (D.C. Bar No. 463865)
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, NW
Washington, DC 20005
T:  202/551-1700
F:  202/551-1705

Counsel for Defendant Daniel H. Mudd

Julia E. Guttman (D.C. Bar No. 412912)
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
T:  202/639-7700
F:  202/639-7890

Counsel for Defendant Jamie S. Gorelick

Fred F. Fielding (D.C. Bar No. 099296)
Barbara Van Gelder (D.C. Bar No. 265603)
Wiley Rein & Fielding LLP
1776 K Street, N.W.
Washington, D.C.  20006
T:  202/719-7000
F:  202/719-7207

Counsel for Defendants Frederic V. Malek and Anne Mulcahy and for Defendant Thomas P. Gerrity in the Evergreen Action

James Hamilton (D.C. Bar No. 108928)
David I. Ackerman (D.C. Bar No. 482075)
Bingham McCutcheon LLP
2020 K Street, NW
Washington, DC  20006
T:  202/373-6000
F:  202/373-6001

Counsel for Defendant Joe K. Pickett

5

Christian J. Mixter (D.C. Bar No. 352238)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
T: 202/739-3000
F: 202/739-3001
-and-
Robert Romano
Rachelle Barstow
Bonnie Altro
Morgan, Lewis & Bockius
101 Park Avenue
New York, NY 10178-0060
T: 212/309-6000
F: 212/309-6001

Counsel for Defendant Thomas P. Gerrity in the Franklin Action

Julia E. Guttman (D.C. Bar No. 412912)
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
T: 202/639-7700
F: 202/639-7890

Counsel for Defendant Jamie S. Gorelick

Shannon H. Ratliff
Texas Bar No. 16573000
Michael L. Navarre
Texas Bar No. 00792711
Ratliff Law Firm, P.L.L.C.
600 Congress Avenue, Suite 3100
Austin, Texas 78701
T: 512/493-9600
F: 512/493-9625

Counsel for Defendant Manuel J. Justiz

_____
James D. Wareham (D.C. Bar No. 411799)
James Anklam (D.C. Bar No. 414122)
Carolyn W. Morris (D.C. Bar No. 463865)
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, NW
Washington, DC 20005
T: 202/551-1700
F: 202/551-1705

Counsel for Defendant Daniel H. Mudd

Fred F. Fielding (D.C. Bar No. 099296)
Barbara Van Gelder (D.C. Bar No. 265603)
Wiley Rein & Fielding LLP
1776 K Street, N.W.
Washington, D.C. 20006
T: 202/719-7000
F: 202/719-7207

Counsel for Defendants Frederic V. Malek and Anne Mulcahy and for Defendant Thomas P. Gerrity in the Evergreen Action

James Hamilton (D.C. Bar No. 108928)
David I. Ackerman (D.C. Bar No. 482075)
Bingham McCutcheon LLP
2020 K Street, NW
Washington, DC 20006
T: 202/373-6000
F: 202/373-6001

Counsel for Defendant Joe K. Pickett

5

Christian J. Mixter (D.C. Bar No. 352238)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
T: 202/739-3000
F: 202/739-3001
-and-
Robert Romano
Rachelle Barstow
Bonnie Altro
Morgan, Lewis & Bockius
101 Park Avenue
New York, NY 10178-0060
T: 212/309-6000
F: 212/309-6001

Counsel for Defendant Thomas P. Gerrity in the Franklin Action

Julia E. Guttman (D.C. Bar No. 412912)
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
T: 202/639-7700
F: 202/639-7890

Counsel for Defendant Jamie S. Gorelick

Shannon H. Ratliff
Texas Bar No. 16573000
Michael L. Navarre
Texas Bar No. 00792711
Ratliff Law Firm, P.L.L.C.
600 Congress Avenue, Suite 3100
Austin, Texas 78701
T: 512/493-9600
F: 512/493-9625

Counsel for Defendant Manuel J. Justiz

Fred F. Fielding (D.C. Bar No. 099296)
Barbara Van Gelder (D.C. Bar No. 265603)
Wiley Rein & Fielding LLP
1776 K Street, N.W.
Washington, D.C. 20006
T: 202/719-7000
F: 202/719-7207

Counsel for Defendants Frederic V. Malek and Anne Mulcahy and for Defendant Thomas P. Gerrity in the Evergreen Action

*/s/ James Hamilton*

James Hamilton (D.C. Bar No. 108928)
David I. Ackerman (D.C. Bar No. 482075)
Bingham McCutcheon LLP
2020 K Street, NW
Washington, DC 20006
T: 202/373-6000
F: 202/373-6001

Counsel for Defendant Joe K. Pickett

James D. Wareham (D.C. Bar No. 411799)
James Anklam (D.C. Bar No. 414122)
Carolyn W. Morris (D.C. Bar No. 463865)
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, NW
Washington, DC 20005
T: 202/551-1700
F: 202/551-1705

Counsel for Defendant Daniel H. Mudd

5

*/s/ Rhonda D. Orin*
Rhonda D. Orin (D.C. Bar No. 439216)
Daniel J. Healy (D.C. Bar No. 476233)
Anderson Kill & Olick, P.C.
2100 M Street, NW
Suite 650
Washington, DC  20037
T: 202/218-0049
F: 202/218-0055
-and-
John H. Doyle, III
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020
T: 212/278-1000
F: 212/272-1733

Counsel for Defendant Leslie Rahl

Glenn B. Manishin (D.C. Bar No. 395724)
Stephanie A. Joyce (D.C. Bar No. 464778)
Kelley Drye & Warren LLP
1200 19th Street, NW
Suite 500
Washington, DC  20036
T: 202/955-9600
F: 202/955-9792
-and-
David E. Barry
William A. Krohley
Christopher C. Palermo
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178-0002
T: 212/808-7800
F: 212/808-7897

Counsel for Non-Party John Wulff


Robert D. Joffe (DC Bar No. NY0032)
Niki Kerameus
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, New York  10019-7475
T: 212/474-1000
F: 212/474-3700

Counsel for Non-Parties
Bridget A. Macaskill and Greg C. Smith

6

_/s/_

Rhonda D. Orin (D.C. Bar No. 439216)
Daniel J. Healy (D.C. Bar No. 476233)
Anderson Kill & Olick, P.C.
2100 M Street, NW
Suite 650
Washington, DC 20037
T: 202/218-0049
F: 202/218-0055
-and-
John H. Doyle, III
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
T: 212/278-1000
F: 212/272-1733

Counsel for Defendant Leslie Rahl

Glenn B. Manishin (D.C. Bar No. 395724)
Stephanie A. Joyce (D.C. Bar No. 464778)
Kelley Drye & Warren LLP
1200 19th Street, NW
Suite 500
Washington, DC 20036
T: 202/955-9600
F: 202/955-9792
-and-
David E. Barry
William A. Krohley
Christopher C. Palermo
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178-0002
T: 212/808-7800
F: 212/808-7897

Counsel for Non-Party John Wulff


Robert D. Joffe (DC Bar No. NY0032)
Niki Kerameus
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, New York 10019-7475
T: 212/474-1000
F: 212/474-3700

Counsel for Non-Parties
Bridget A. Macaskill and Greg C. Smith

6

Rhonda D. Orin (D.C. Bar No. 439216)
Daniel J. Healy (D.C. Bar No. 476233)
Anderson Kill & Olick, P.C.
2100 M Street, NW
Suite 650
Washington, DC 20037
T: 202/218-0049
F: 202/218-0055
-and-
John H. Doyle, III
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
T: 212/278-1000
F: 212/272-1733

Counsel for Defendant Leslie Rahl

Glenn B. Manishin (D.C. Bar No. 395724)
Stephanie A. Joyce (D.C. Bar No. 464778)
Kelley Drye & Warren LLP
1200 19th Street, NW
Suite 500
Washington, DC 20036
T: 202/955-9600
F: 202/955-9792
-and-
David E. Barry
William A. Krohley
Christopher C. Palermo
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178-0002
T: 212/808-7800
F: 212/808-7897

Counsel for Non-Party John Wulff

*/s/ Robert D. Joffe*
Robert D. Joffe (DC Bar No. NY0032)
Niki Kerameus
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, New York 10019-7475
T: 212/474-1000
F: 212/474-3700

Counsel for Non-Parties
Bridget A. Macaskill and Greg C. Smith

6