**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRANKLIN MANAGED TRUST et al., | |
| Plaintiffs, | |
| v. | No. 1:06-cv-00139 (RJL) |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION et al., | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT KPMG**
**LLP TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

The Motion Of Defendant KPMG LLP To Dismiss Plaintiffs' Amended Complaint is

GRANTED.  It is hereby ORDERED that Plaintiffs' amended complaint is DISMISSED with

prejudice.

Dated: _____                    _____
                                          Richard J. Leon, U.S. District Judge