IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | MDL No. 1668 |
| **In re Fannie Mae Securities Litigation** | Consolidated Civil Action No. 1:04-cv-01639 (RJL) |
| **Evergreen Equity Trust, *et al.*, v. Federal National Mortgage Association, *et al.*** | |
| **and** | Case No. 1:06CV00082 (RJL) |
| **Franklin Managed Trust, *et al.*, v. Federal National Mortgage Association, *et al.*** | Case No. 1:06CV00139 (RJL) |

### ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendant Radian Group, Inc., (1601 Market Street, Philadelphia, PA 19103-2337) in the above-captioned cases.

Dated: July 19, 2006                    Respectfully submitted,

                                        RADIAN GROUP, INC.
                                        By Counsel

SCHNADER HARRISON SEGAL & LEWIS LLP


By:   /s/ Jonathan M. Stern
Jonathan M. Stern (DC Bar No. 412689)
Schnader Harrison Segal & Lewis LLP
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC  20006-1825
Telephone:  (202) 419-4202
Facsimile:  (202) 419-4252

DCDATA 33438_1