UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re Fannie Mae Securities Litigation | ) ) ) | Consolidated Civil Action No. 1:04-cv-1639 (RJL) |
| Evergreen Equity Trust, et al., Plaintiffs, v. Federal National Mortgage Association, et al., Defendants. | ) ) ) ) ) ) ) ) ) ) ) | No. 1:06-cv-00082 (RJL) |
| Franklin Managed Trust, et al., Plaintiffs, v. Federal National Mortgage Association, et al., Defendants. | ) ) ) ) ) ) ) ) ) ) ) | No. 1:06-cv-00139 (RJL) |

**MOTION OF EVERGREEN AND FRANKLIN PLAINTIFFS
FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

The plaintiffs in the actions entitled *Evergreen Equity Trust, et al. v. Federal National Mortgage Association, et al.*, No. 1:06-cv-00082 (RJL) and *Franklin Managed Trust, et al. v. Federal National Mortgage Association, et al.*, No. 1:06-cv-00139 (RJL) hereby move, pursuant to Rule 15 of the Federal Rules of Civil Procedure, for leave to file a Second Amended Complaint in each of their actions, in the forms attached hereto as Exhibits A and B, respectively. The sole reason for the amendment is because Plaintiffs have recently learned the

identity of the defendant identified as "John Doe" in the prior complaints, and Plaintiffs wish to identify that defendant (Radian Guaranty Inc.) by name in the complaint so a summons can be issued and served. The proposed amendment also deletes Radian Group Inc. (the parent of Radian Guaranty Inc.) as a defendant. No other changes are being proposed..

Dated: July 24, 2006                               Respectfully submitted,


                                                   /s/ Stuart M. Grant_____
                                                   Stuart M. Grant (D.C. Bar # 450895)
                                                   Megan D. McIntyre
                                                   Christine M. Mackintosh
                                                   GRANT & EISENHOFER P.A.
                                                   Chase Manhattan Centre
                                                   1201 N. Market St.
                                                   Wilmington, DE 19801
                                                   (302) 622-7000
                                                   (302) 622-7100 (facsimile)
                                                   Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion of Evergreen and Franklin Plaintiffs for Leave to File Second Amended Complaint, with exhibits, was served upon the following counsel on July 24, 2006 via Overnight Delivery:

**DEFENSE COUNSEL**

Fred Fisher Fielding
Barbara Ann Van Gelder
WILEY REIN & FIELDING, LLP
1776 K Street, NW
Washington, DC 20006

*Counsel for Anne Mulcahy and Frederic Malek*

James E. Anklam
Carolyn E. Morris
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005

*Counsel for Daniel Mudd*

Daniel John Healy
John H. Doyle, III
Rhonda D. Orin
ANDERSON KILL & OLICK, LLP
2100 M Street, NW, Suite 650
Washington, DC 20037

*Counsel for Leslie Rahl*

David I. Ackerman
James Hamilton
SWIDLER BERLIN, LLP
3000 K Street, NW
Suite 300
Washington, DC 20007

*Counsel for Joe Pickett*

Jonathan S. Liss
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, 36th Floor
Philadelphia, PA 19103

*Counsel for Radian Guaranty Inc.*

I hereby certify that the foregoing Motion of Evergreen and Franklin Plaintiffs for Leave to File Second Amended Complaint, with exhibits, was served upon the following counsel on July 25, 2006 via Electronic Service:

**CLASS PLAINTIFFS' COUNSEL**

| | |
|---|---|
| Jeffrey C. Block | James R. Cummins |
| Kathleen M. Donovan-Maher | Melanie S. Corwin |
| Julie A. Richmond | WAITE, SCHNEIDER, BAYLESS |
| BERMAN DEVALERIO PEASE TABACCO | & CHESLEY CO., L.P.A. |
| BURT & PUCILLO | 1513 Fourth & Vine Tower |
| One Liberty Square | One West Fourth Street |
| Boston, MA 02169 | Cincinnati, OH 45202 |

Steven J. Toll
Joshua S. Devore
Matthew K. Handley
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005


**DEFENSE COUNSEL**

| | |
|---|---|
| Seth Aronson | James D. Wareham |
| Michael J. Walsh, Jr. | PAUL, HASTINGS, JANOFSKY & |
| O'MELVENY & MYERS L.L.P. | WALKER LLP |
| 1625 I Street, N.W. | 875 15th Street, N.W. |
| Washington, D.C. 20006 | Washington, D.C. 20005 |
| | |
| *Counsel for Fannie Mae, Thomas Gerrity, Taylor Segue, William Harvey, Joe Pickett, Victor Ashe, Kenneth Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl* | *Counsel for Daniel Mudd* |
| | |
| Julia E. Guttman | David S. Krakoff |
| BAKER BOTTS L.L.P. | Eldad Zvi Malamuth |
| The Warner | MAYER, BROWN, ROWE & MAW LLP |
| 1299 Pennsylvania Avenue, N.W. | 1909 K Street, NW |
| Washington, D.C. 20004-2400 | Washington, DC 20006 |
| | |
| *Counsel for Jamie Gorelick* | *Counsel for Leanne Spencer* |

Steven Mark Salky
Eric R. Delinsky
Ellen D. Marcus
ZUCKERMAN SPAEDER, LLP
1800 M Street, NW Suite 1000
Washington, DC 20036

*Counsel for Timothy Howard*

Francis J. Warin
Andrew S. Tulumello
Melanie L. Katsur
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036

*Counsel for KPMG LLP*

Alex Giscard Romain
2842 S. Columbus St
Arlington, VA 22206

*Counsel for Franklin Raines*

Kevin M. Downey
Michelle D. Schwartz
Joseph Marshall Terry, Jr.
WILLIAMS & CONNOLLY, LLP
725 12th Street, NW
Washington, DC 20005

*Counsel for Franklin Raines*

Erica Lynne Salmon
DLA PIPER RUDNICK GRAY CARY US LLP
1200 19th Street, NW, Suite 700
Washington, DC 20036

*Counsel for Stephen Ashley, Donald Marron, and Ann Korologos*

Jonathan M. Stern
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006-1825

*Counsel for Radian Guaranty Inc.*


/s/ Megan D. McIntyre
Megan D. McIntyre