IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | **MDL No. 1668** |
| **In re Fannie Mae Securities Litigation** | **Consolidated Civil Action No. 1:04-cv-01639 (RJL)** |
| **Evergreen Equity Trust, *et al.*, v. Federal National Mortgage Association, *et al.*** | |
| **and** | **Case No. 1:06CV00082 (RJL)** |
| **Franklin Managed Trust, *et al.*, v. Federal National Mortgage Association, *et al.*** | **Case No. 1:06CV00139 (RJL)** |

**NOTICE OF NON-OPPOSITION**

PLEASE TAKE NOTICE that Radian Group Inc. does not oppose the motion of the plaintiffs in *Evergreen Equity Trust, et al. v. Federal National Mortgage Association, et al.* and *Franklin Managed Trust, et al. v. Federal National Mortgage Association, et al.*, for leave to file second amended complaints. Moreover, Radian Guaranty Inc.—which will be represented by the same counsel as Radian Group Inc.—waives service of process, and agrees that the Second Amended Complaints shall be deemed served on August 17, 2006,[1] or, if the Court has

---

[1] By deeming service of process to have occurred on August 17, 2006, Radian Guaranty Inc.'s motion to dismiss will be due on September 6, 2006, the date proposed in the briefing schedule that was set forth in the Consent Motion For Enlargement of Time (Document Number: 186 in case 1:04-cv-1639). Radian Guaranty Inc. consents to the plaintiffs' request to file any brief in opposition 30 days thereafter, on October 6, 2006, rather than 11 days after the filing of a Rule 12 motion, and requests that its briefs in reply be due by October 27, 2006, rather than five days after filing of the opposition briefs.

-2-

not then granted leave to file the Second Amended Complaints, on the date that the Court grants such leave.

Dated: July 26, 2006                              Respectfully submitted,

                                                  RADIAN GROUP, INC.
                                                  By Counsel

SCHNADER HARRISON SEGAL & LEWIS LLP


By:   /s/ Jonathan M. Stern
Jonathan M. Stern (DC Bar No. 412689)
Schnader Harrison Segal & Lewis LLP
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC  20006-1825
Telephone:  (202) 419-4202
Facsimile:  (202) 419-4252

-and-

David Smith (*pro hac vice* motion pending)
Dionna K. Litvin (*pro hac vice* motion pending)
Jonathan S. Liss (*pro hac vice* motion pending)
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286
Telephone:  (215) 751-2000
Facsimile:  (215) 751-2205