UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639 |
| Franklin Managed Trust, *et al.*, v. Federal National Mortgage Association, *et al.* | Case No. 1:06CV00139<br>Judge Richard J. Leon |

### CONSENT MOTION TO THE EXTENSION OF TIME FOR BRIEFING ON KPMG'S MOTION TO DISMISS IN THE *FRANKLIN MANAGED TRUST* ACTION

The plaintiffs in *Franklin Managed Trust, et al. v. Federal National Mortgage Association, et al.*, with the consent and agreement of defendant KPMG LLP, hereby respectfully request that the Court extend the deadline for plaintiffs to file a response to KPMG's motion to dismiss to September 6, 2006, and for KPMG to file its reply to October 6, 2006.

Dated: July 28, 2006

Respectfully submitted,

/s/ Stuart M. Grant
Stuart M. Grant (D.C. Bar No. 450895)
Megan D. McIntyre
Grant & Eisenhofer P.A.
Chase Manhattan Centre
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
T: 302/622-7000
F: 302/622-7100

Counsel for Plaintiffs in *Franklin* Action

## **CERTIFICATE OF SERVICE**

I certify that on July 28, 2006, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF.

                                                        /s/ Megan D. McIntyre.
                                                        Megan D. McIntyre