UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639 |
| Franklin Managed Trust, *et al.*, v. Federal National Mortgage Association, *et al.* | Case No. 1:06CV00139<br>Judge Richard J. Leon |

### [PROPOSED] ORDER

The Court, after considering the Consent Motion to the Extension of Time for Briefing on KPMG LLP's Motion to Dismiss in the *Franklin Managed Trust* Action and all prior pleadings and proceedings herein hereby **GRANTS** the Consent Motion and **ORDERS** that the time for the plaintiffs in *Franklin Managed Trust, et al. v. Federal National Mortgage Association, et al.* to file a response to KPMG's motion to dismiss is extended to September 6, 2006, and KPMG's time to file a reply is extended to October 6, 2006.

IT IS SO **ORDERED** on this _____ day of _____, 2006.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE