UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re Fannie Mae Securities Litigation | ) <br> ) <br> ) Civil Action No. 1:04-cv-01639 (RJL) <br> ) Consolidated Action <br> ) <br> ) |

To the Clerk of this court and all parties of record:

    Please enter the appearance of Robert P. Parker as counsel in this case for:

Paul, Weiss, Rifkind, Wharton & Garrison LLP.

 

*/s/ Robert P. Parker*
Robert P. Parker
1615 L Street, NW, Suite 1300
Washington, DC  20036-5694
(202) 223-7300

Date:  July 28, 2006

Bar Identification:  404066