UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re Fannie Mae Securities Litigation ) Civil Action No. 1:04-cv-01639 (RJL)
) Consolidated Action

### [PROPOSED] ORDER

Upon consideration of the motion of Robert P. Parker (D.C. Bar Number 404066), an active member of the bar of this Court, for the admission *pro hac vice* of the attorneys Alex Young K. Oh and Eryn Mead Starun, and for good cause shown, it is hereby:

ORDERED that the Motion for Admission Pro Hac Vice is granted, and Alex Young K. Oh and Eryn Mead Starun are admitted to this Court *pro hac vice*.

SO ORDERED.

Hon. Richard J. Leon
United States District Judge