**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
|  | ) |  |
| In Re Federal National Mortgage Assoc. | ) | MDL No. 1688 |
| Securities, Derivative, and "ERISA" Lit. | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
|  | ) |  |
| In Re Fannie Mac Securities Lit. | ) | Consolidated Action: 04-1639 (RJL) |
|  | ) |  |

**OFHEO'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Pursuant Fed. R. Civ. P. 6(b), the Office of Federal Housing Enterprise Oversight

("OFHEO") respectfully requests the Court for an extension of time to August 18, 2006, to

respond to Defendant J. Timothy Howard's Motion to Compel Production of Documents by

OFHEO.  Pursuant to Local Rule 7(m), counsel for OFHEO and Mr. Howard conferred, and Mr.

Howard's counsel does not oppose this Motion.

There is good cause to grant this Motion.  As a preliminary matter, OFHEO is not a party

to the above-referenced MDL/Consolidated Action.  Mr. Howard served OFHEO with a Rule 45

subpoena on June 23, 2006, seeking certain documents from OFHEO.  In response, OFHEO

asked that Mr. Howard comply with OFHEO's *Touhy* regulations when seeking documents or

information from the agency.  Mr. Howard then filed this Motion to Compel arguing that

OFHEO is a person within Rule 45 and should comply with its subpoena.  There was a

disagreement between the parties on the issue of proper service of the Motion to Compel because

the Motion was not served upon the U.S. Attorney's Office; however, that issue is now resolved

because the undersigned agreed to accept service of the Motion.

Mr. Howard believes that OFHOE's response to the Motion to Compel was due on

August 7, 2006.  OFHEO disagrees with that assessment; however, this issue is also moot as Mr.

Howard agreed to give OFHEO until August 18, 2006, to respond to the Motion to Compel.[1]

OFHEO needs additional time to respond to Mr. Howard's Motion to Compel mainly

because the undersigned was recently assigned to this case and needs additional time to learn the

issues surrounding the Motion to Compel.  Moreover, the undersigned had an urgent personal

matter that arose this past Thursday and was out of the office yesterday for that matter.

Furthermore, the undersigned had other work commitments that prevented the undersigned from

devoting time to learning more about the issues surrounding the Motion to Compel.  The

undersigned intends to become familiar with the facts in this case in the next week.

Furthermore, additional time is needed for the undersigned to prepare and circulate any draft

response for client and supervisory review before filing it with the Court.

For these reasons, OFHEO respectfully requests that the Court give OFHEO until August

18, 2006, to file a response to Mr. Howard's Motion to Compel.

Dated:  August 9, 2006.                          Respectfully Submitted,


                                           /s/   Kenneth L. Wainstein
                                          KENNETH L. WAINSTEIN, D.C. BAR #451058
                                          United States Attorney


                                           /s/   Rudolph Contreras
                                          RUDOLPH CONTRERAS, D.C. BAR #434122
                                          Assistant United States Attorney

---

[1]      OFHEO believes that the response is due on August 18, 2006, 11 days after the
undersigned accepted service of the Motion to Compel.  See Local Rule 7(b).

_/s/_  John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Office of Federal Housing
Enterprise Oversight.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| _____ | ) | |
| In Re Federal National Mortgage Assoc. | ) | MDL No. 1688 |
| Securities, Derivative, and "ERISA" Lit. | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| _____ | ) | |
| In Re Fannie Mac Securities Lit. | ) | Consolidated Action: 04-1639 (RJL) |
| _____ | ) | |

ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Upon consideration of the Office of Federal Housing Enterprise Oversight's Unopposed

Motion for an Extension of Time and the entire record herein, it is this_____ day of

_____, 2006,

ORDERED that the Office of Federal Housing Enterprise Oversight's Unopposed

Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that the Office of Federal Housing Enterprise Oversight has up to

and including August 18, 2006, to respond to Mr. J. Timothy Howard's Motion to Compel.

SO ORDERED.


_____

U.S. District Judge