# A

Schedule A
Fannie Mae Contemporaneous Trading Chart
Franklin Templeton Investments

| Defendant Sales | | | | | Plaintiff Purchases | | | |
|---|---|---|---|---|---|---|---|---|
| Defendant | Transaction Date | Shares | Unit Price | Proceeds | Plaintiff | Transaction Date | Shares | Unit Price |
|  | 1/14/2003 |  |  |  | University of Hong Kong Staff Provident Fund | 1/14/2003 | 200 | $69.05 |
|  | 1/14/2003 |  |  |  | University of Hong Kong Staff Provident Fund | 1/14/2003 | 100 | $69.60 |
| Howard | 1/15/2003 | 470 | $69.29 | $32,564 |  |  |  |  |
|  | 1/16/2003 |  |  |  | Franklin Templeton International Trust | 1/16/2003 | 100 | $69.71 |
| Howard | 1/21/2003 | 5,019 | $69.43 | $348,469 |  |  |  |  |
| Spencer | 1/21/2003 | 1,044 | $69.43 | $72,485 |  |  |  |  |
| Raines | 1/21/2003 | 20,908 | $69.43 | $1,451,642 |  |  |  |  |
|  | 1/23/2003 |  |  |  | Franklin Templeton Global Fund | 1/23/2003 | 1,400 | $67.69 |
|  | 1/27/2003 |  |  |  | Franklin Managed Trust | 1/27/2003 | 10,000 | $64.22 |
|  | 11/10/2003 |  |  |  | Franklin Managed Trust | 11/10/2003 | 15,200 | $69.46 |
|  | 11/10/2003 |  |  |  | Franklin Templeton Variable Insurance Products Trust | 11/10/2003 | 9,000 | $69.46 |
|  | 11/12/2003 |  |  |  | Franklin Managed Trust | 11/12/2003 | 6,000 | $69.00 |
|  | 11/12/2003 |  |  |  | Franklin Templeton Variable Insurance Products Trust | 11/12/2003 | 4,000 | $69.00 |
| Howard | 11/13/2003 | 300 | $69.57 | $20,871 |  |  |  |  |
| Howard | 11/13/2003 | 4,400 | $69.55 | $306,020 |  |  |  |  |
| Howard | 11/13/2003 | 200 | $69.54 | $13,908 |  |  |  |  |
| Howard | 11/13/2003 | 500 | $69.46 | $34,730 |  |  |  |  |
| Howard | 11/13/2003 | 7,700 | $69.45 | $534,765 |  |  |  |  |
| Howard | 11/13/2003 | 1,000 | $69.43 | $69,430 |  |  |  |  |
| Howard | 11/13/2003 | 500 | $69.42 | $34,710 |  |  |  |  |
| Howard | 11/13/2003 | 2,400 | $69.41 | $166,584 |  |  |  |  |
| Howard | 11/13/2003 | 4,900 | $69.40 | $340,060 |  |  |  |  |
| Howard | 11/13/2003 | 700 | $69.39 | $48,573 |  |  |  |  |
| Howard | 11/13/2003 | 400 | $69.38 | $27,752 |  |  |  |  |
| Howard | 11/13/2003 | 3,200 | $69.37 | $221,984 |  |  |  |  |
|  | 11/18/2003 |  |  |  | Franklin Managed Trust | 11/18/2003 | 7,000 | $68.99 |
|  | 11/18/2003 |  |  |  | Franklin Templeton Variable Insurance Products Trust | 11/18/2003 | 3,000 | $68.99 |
| Howard | 1/5/2004 | 6,829 | $74.50 | $508,726 |  |  |  |  |
| Raines | 1/5/2004 | 29,664 | $74.50 | $2,209,820 |  |  |  |  |
| Spencer | 1/5/2004 | 1,452 | $74.50 | $108,167 |  |  |  |  |
|  | 1/9/2004 |  |  |  | Franklin Managed Trust | 1/9/2004 | 4,000 | $72.85 |
|  | 1/9/2004 |  |  |  | Franklin Templeton Variable Insurance Products Trust | 1/9/2004 | 6,000 | $72.85 |
|  | 2/18/2004 |  |  |  | Institutional Fiduciary Trust | 2/18/2004 | 23 | $78.98 |
|  | 2/18/2004 |  |  |  | Franklin Flex Cap Growth Corporate Class | 2/18/2004 | 200 | $79.21 |
| Spencer | 2/19/2004 | 6,200 | $79.66 | $493,892 |  |  |  |  |
| Spencer | 2/19/2004 | 600 | $79.73 | $47,838 |  |  |  |  |
|  | 2/24/2004 |  |  |  | Franklin Managed Trust | 2/24/2004 | 6,000 | $76.00 |
|  | 2/24/2004 |  |  |  | Franklin Templeton Variable Insurance Products Trust | 2/24/2004 | 5,000 | $76.90 |
|  | 2/24/2004 |  |  |  | Franklin Templeton Variable Insurance Products Trust | 2/24/2004 | 4,000 | $76.00 |
|  | 2/24/2004 |  |  |  | Franklin Templeton Variable Insurance Products Trust | 2/24/2004 | 10,000 | $77.92 |
| Howard | 3/17/2004 | 500 | $75.73 | $37,865 |  |  |  |  |
| Howard | 3/17/2004 | 3,000 | $75.75 | $227,250 |  |  |  |  |

| Name | Date | Shares | Price | Total | Entity | Date | Shares | Price |
|---|---|---|---|---|---|---|---|---|
| Howard | 3/18/2004 | 200 | $74.63 | $14,926 | | | | |
| Howard | 3/18/2004 | 100 | $74.62 | $7,462 | | | | |
| Howard | 3/18/2004 | 100 | $74.68 | $7,468 | | | | |
| Howard | 3/18/2004 | 100 | $74.67 | $7,467 | | | | |
| Howard | 3/18/2004 | 100 | $74.65 | $7,465 | | | | |
| Howard | 3/18/2004 | 100 | $74.70 | $7,470 | | | | |
| Howard | 3/18/2004 | 100 | $74.75 | $7,475 | | | | |
| Howard | 3/18/2004 | 100 | $74.55 | $7,455 | | | | |
| Howard | 3/18/2004 | 100 | $74.57 | $7,457 | | | | |
| Howard | 3/18/2004 | 300 | $74.59 | $22,377 | | | | |
| Howard | 3/18/2004 | 200 | $74.54 | $14,908 | | | | |
| Howard | 3/18/2004 | 100 | $75.20 | $7,520 | | | | |
| Howard | 3/18/2004 | 100 | $75.26 | $7,526 | | | | |
| Howard | 3/18/2004 | 100 | $75.25 | $7,525 | | | | |
| Howard | 3/18/2004 | 100 | $75.21 | $7,521 | | | | |
| Howard | 3/18/2004 | 100 | $75.22 | $7,522 | | | | |
| Howard | 3/18/2004 | 100 | $75.32 | $7,532 | | | | |
| Howard | 3/18/2004 | 100 | $75.34 | $7,534 | | | | |
| Howard | 3/18/2004 | 200 | $75.35 | $15,070 | | | | |
| Howard | 3/18/2004 | 200 | $75.30 | $15,060 | | | | |
| Howard | 3/18/2004 | 100 | $74.88 | $7,488 | | | | |
| Howard | 3/18/2004 | 100 | $75.05 | $7,505 | | | | |
| Howard | 3/18/2004 | 100 | $75.00 | $7,500 | | | | |
| Howard | 3/18/2004 | 100 | $75.19 | $7,519 | | | | |
| Howard | 3/18/2004 | 100 | $75.13 | $7,513 | | | | |
| Howard | 3/18/2004 | 100 | $75.14 | $7,514 | | | | |
| Howard | 3/18/2004 | 100 | $74.61 | $7,461 | | | | |
| Howard | 3/18/2004 | 100 | $74.79 | $7,479 | | | | |
| Howard | 3/18/2004 | 100 | $74.66 | $7,466 | | | | |
| | 3/18/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 3/18/2004 | 5,000 | $75.20 |
| | 3/24/2004 | | | | Institutional Fiduciary Trust | 3/24/2004 | 38 | $74.69 |
| | 3/24/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 3/24/2004 | 5,000 | $74.25 |
| | 3/26/2004 | | | | Franklin Managed Trust | 3/26/2004 | 10,000 | $73.68 |
| | 3/26/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 3/26/2004 | 5,000 | $73.68 |
| Howard | 3/31/2004 | 100 | $74.64 | $7,464 | | | | |
| Howard | 3/31/2004 | 100 | $74.60 | $7,460 | | | | |
| Howard | 3/31/2004 | 100 | $74.66 | $7,466 | | | | |
| Howard | 3/31/2004 | 100 | $74.70 | $7,470 | | | | |
| Howard | 3/31/2004 | 100 | $74.77 | $7,477 | | | | |
| Howard | 3/31/2004 | 200 | $74.48 | $14,896 | | | | |
| Howard | 3/31/2004 | 200 | $74.49 | $14,898 | | | | |
| Howard | 3/31/2004 | 300 | $74.40 | $22,320 | | | | |
| Howard | 3/31/2004 | 100 | $74.46 | $7,446 | | | | |
| Howard | 3/31/2004 | 100 | $74.47 | $7,447 | | | | |
| Howard | 3/31/2004 | 100 | $74.56 | $7,456 | | | | |
| Howard | 3/31/2004 | 200 | $74.50 | $14,900 | | | | |
| Howard | 3/31/2004 | 200 | $74.53 | $14,906 | | | | |
| Howard | 3/31/2004 | 100 | $74.55 | $7,455 | | | | |
| Howard | 3/31/2004 | 100 | $75.23 | $7,523 | | | | |
| Howard | 3/31/2004 | 200 | $74.36 | $14,872 | | | | |
| Howard | 3/31/2004 | 400 | $74.39 | $29,756 | | | | |
| Howard | 3/31/2004 | 200 | $74.34 | $14,868 | | | | |
| Howard | 3/31/2004 | 100 | $74.33 | $7,433 | | | | |
| Howard | 3/31/2004 | 100 | $74.31 | $7,431 | | | | |
| Howard | 3/31/2004 | 100 | $75.33 | $7,533 | | | | |
| Howard | 3/31/2004 | 100 | $74.85 | $7,485 | | | | |
| Howard | 3/31/2004 | 100 | $75.14 | $7,514 | | | | |
| Howard | 3/31/2004 | 100 | $75.10 | $7,510 | | | | |
| | 3/31/2004 | | | | Franklin Managed Trust | 3/31/2004 | 10,000 | $74.37 |
| | 3/31/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 3/31/2004 | 5,000 | $74.37 |
| Howard | 4/1/2004 | 200 | $74.68 | $14,936 | | | | |
| Howard | 4/1/2004 | 100 | $74.64 | $7,464 | | | | |
| Howard | 4/1/2004 | 100 | $74.62 | $7,462 | | | | |

| Name | Date | Qty | Price | Total | Entity | Date | Qty | Price |
|---|---|---|---|---|---|---|---|---|
| Howard | 4/1/2004 | 100 | $74.47 | $7,447 | | | | |
| Howard | 4/1/2004 | 200 | $74.49 | $14,898 | | | | |
| Howard | 4/1/2004 | 100 | $74.45 | $7,445 | | | | |
| Howard | 4/1/2004 | 100 | $74.42 | $7,442 | | | | |
| Howard | 4/1/2004 | 100 | $74.43 | $7,443 | | | | |
| Howard | 4/1/2004 | 100 | $74.40 | $7,440 | | | | |
| Howard | 4/1/2004 | 100 | $74.57 | $7,457 | | | | |
| Howard | 4/1/2004 | 200 | $74.20 | $14,840 | | | | |
| Howard | 4/1/2004 | 100 | $74.39 | $7,439 | | | | |
| Howard | 4/1/2004 | 200 | $74.34 | $14,868 | | | | |
| Howard | 4/1/2004 | 100 | $74.30 | $7,430 | | | | |
| Howard | 4/1/2004 | 100 | $74.07 | $7,407 | | | | |
| Howard | 4/1/2004 | 300 | $74.17 | $22,251 | | | | |
| Howard | 4/1/2004 | 300 | $74.14 | $22,242 | | | | |
| Howard | 4/1/2004 | 100 | $74.12 | $7,412 | | | | |
| Howard | 4/1/2004 | 600 | $74.15 | $44,490 | | | | |
| Howard | 4/1/2004 | 300 | $74.10 | $22,230 | | | | |
| | 4/1/2004 | | | | Franklin Managed Trust | 4/1/2004 | 9,000 | $74.15 |
| | 4/1/2004 | | | | Franklin Managed Trust | 4/1/2004 | 6,000 | $73.77 |
| | 4/1/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 4/1/2004 | 4,000 | $73.77 |
| | 4/1/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 4/1/2004 | 6,000 | $74.15 |
| | 4/2/2004 | | | | Franklin Managed Trust | 4/2/2004 | 6,500 | $73.78 |
| | 4/2/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 4/2/2004 | 3,500 | $73.78 |
| Howard | 4/28/2004 | 100 | $68.62 | $6,862 | | | | |
| Howard | 4/28/2004 | 100 | $68.42 | $6,842 | | | | |
| Howard | 4/28/2004 | 100 | $68.48 | $6,848 | | | | |
| Howard | 4/28/2004 | 100 | $68.47 | $6,847 | | | | |
| Howard | 4/28/2004 | 100 | $68.49 | $6,849 | | | | |
| Howard | 4/28/2004 | 100 | $68.50 | $6,850 | | | | |
| Howard | 4/28/2004 | 100 | $68.55 | $6,855 | | | | |
| Howard | 4/28/2004 | 100 | $68.58 | $6,858 | | | | |
| Howard | 4/28/2004 | 100 | $68.59 | $6,859 | | | | |
| Howard | 4/28/2004 | 100 | $68.57 | $6,857 | | | | |
| Howard | 4/28/2004 | 200 | $68.20 | $13,640 | | | | |
| Howard | 4/28/2004 | 100 | $68.29 | $6,829 | | | | |
| Howard | 4/28/2004 | 200 | $68.31 | $13,662 | | | | |
| Howard | 4/28/2004 | 100 | $68.33 | $6,833 | | | | |
| Howard | 4/28/2004 | 300 | $68.30 | $20,490 | | | | |
| Howard | 4/28/2004 | 100 | $68.35 | $6,835 | | | | |
| Howard | 4/28/2004 | 200 | $69.35 | $13,870 | | | | |
| Howard | 4/28/2004 | 200 | $68.08 | $13,616 | | | | |
| Howard | 4/28/2004 | 100 | $68.05 | $6,805 | | | | |
| Howard | 4/28/2004 | 100 | $68.88 | $6,888 | | | | |
| Howard | 4/28/2004 | 100 | $67.95 | $6,795 | | | | |
| Howard | 4/28/2004 | 200 | $68.15 | $13,630 | | | | |
| Howard | 4/28/2004 | 100 | $68.18 | $6,818 | | | | |
| Howard | 4/28/2004 | 100 | $68.17 | $6,817 | | | | |
| Howard | 4/28/2004 | 100 | $68.12 | $6,812 | | | | |
| Howard | 4/28/2004 | 100 | $68.14 | $6,814 | | | | |
| Howard | 4/28/2004 | 100 | $68.10 | $6,810 | | | | |
| Howard | 4/28/2004 | 100 | $68.90 | $6,890 | | | | |
| | 4/28/2004 | | | | Franklin Managed Trust | 4/28/2004 | 6,000 | $68.50 |
| | 4/28/2004 | | | | Franklin Managed Trust | 4/28/2004 | 6,000 | $68.16 |
| | 4/28/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 4/28/2004 | 4,000 | $68.16 |
| | 4/28/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 4/28/2004 | 4,000 | $68.50 |
| | 4/28/2004 | | | | Franklin Value Investors Trust | 4/28/2004 | 3,000 | $68.50 |
| Howard | 4/29/2004 | 200 | $68.76 | $13,752 | | | | |
| Howard | 4/29/2004 | 100 | $68.75 | $6,875 | | | | |
| Howard | 4/29/2004 | 200 | $68.70 | $13,740 | | | | |
| Howard | 4/29/2004 | 100 | $68.46 | $6,846 | | | | |
| Howard | 4/29/2004 | 100 | $68.45 | $6,845 | | | | |

| Name | Date | Shares | Price | Amount | Fund | Date | Shares | Price |
|---|---|---|---|---|---|---|---|---|
| Howard | 4/29/2004 | 100 | $68.40 | $6,840 | | | | |
| Howard | 4/29/2004 | 100 | $68.54 | $6,854 | | | | |
| Howard | 4/29/2004 | 100 | $69.22 | $6,922 | | | | |
| Howard | 4/29/2004 | 100 | $68.20 | $6,820 | | | | |
| Howard | 4/29/2004 | 100 | $68.23 | $6,823 | | | | |
| Howard | 4/29/2004 | 100 | $68.32 | $6,832 | | | | |
| Howard | 4/29/2004 | 200 | $68.35 | $13,670 | | | | |
| Howard | 4/29/2004 | 100 | $69.00 | $6,900 | | | | |
| Howard | 4/29/2004 | 100 | $69.08 | $6,908 | | | | |
| Howard | 4/29/2004 | 100 | $69.02 | $6,902 | | | | |
| Howard | 4/29/2004 | 100 | $68.88 | $6,888 | | | | |
| Howard | 4/29/2004 | 100 | $68.86 | $6,886 | | | | |
| Howard | 4/29/2004 | 200 | $68.80 | $13,760 | | | | |
| Howard | 4/29/2004 | 100 | $68.83 | $6,883 | | | | |
| Howard | 4/29/2004 | 100 | $68.07 | $6,807 | | | | |
| Howard | 4/29/2004 | 100 | $68.06 | $6,806 | | | | |
| Howard | 4/29/2004 | 200 | $68.96 | $13,792 | | | | |
| Howard | 4/29/2004 | 100 | $69.19 | $6,919 | | | | |
| Howard | 4/29/2004 | 100 | $68.94 | $6,894 | | | | |
| Howard | 4/29/2004 | 200 | $68.90 | $13,780 | | | | |
| Howard | 4/29/2004 | 200 | $68.10 | $13,620 | | | | |
| Howard | 4/29/2004 | 200 | $68.15 | $13,630 | | | | |
| | 4/29/2004 | | | | Franklin Investors Securities Trust | 4/29/2004 | 41,000 | $68.99 |
| | 4/29/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 4/29/2004 | 24,600 | $68.99 |
| | 4/30/2004 | | | | Franklin Investors Securities Trust | 4/30/2004 | 55,100 | $69.35 |
| | 4/30/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 4/30/2004 | 43,800 | $69.35 |
| | 5/7/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 5/7/2004 | 5,000 | $67.30 |
| | 5/7/2004 | | | | Franklin Value Investors Trust | 5/7/2004 | 3,000 | $67.50 |
| | 5/10/2004 | | | | Institutional Fiduciary Trust | 5/10/2004 | 120 | $67.72 |
| | 5/10/2004 | | | | Institutional Fiduciary Trust | 5/10/2004 | 11 | $67.72 |
| Howard | 5/12/2004 | 100 | $68.68 | $6,868 | | | | |
| Howard | 5/12/2004 | 100 | $68.65 | $6,865 | | | | |
| Howard | 5/12/2004 | 200 | $68.64 | $13,728 | | | | |
| Howard | 5/12/2004 | 300 | $68.61 | $20,583 | | | | |
| Howard | 5/12/2004 | 100 | $68.71 | $6,871 | | | | |
| Howard | 5/12/2004 | 200 | $68.75 | $13,750 | | | | |
| Howard | 5/12/2004 | 100 | $68.76 | $6,876 | | | | |
| Howard | 5/12/2004 | 200 | $68.56 | $13,712 | | | | |
| Howard | 5/12/2004 | 100 | $68.51 | $6,851 | | | | |
| Howard | 5/12/2004 | 100 | $68.58 | $6,858 | | | | |
| Howard | 5/12/2004 | 100 | $68.52 | $6,852 | | | | |
| Howard | 5/12/2004 | 100 | $69.28 | $6,928 | | | | |
| Howard | 5/12/2004 | 100 | $69.36 | $6,936 | | | | |
| Howard | 5/12/2004 | 200 | $68.88 | $13,776 | | | | |
| Howard | 5/12/2004 | 100 | $68.83 | $6,883 | | | | |
| Howard | 5/12/2004 | 100 | $69.02 | $6,902 | | | | |
| Howard | 5/12/2004 | 100 | $69.04 | $6,904 | | | | |
| Howard | 5/12/2004 | 200 | $69.06 | $13,812 | | | | |
| Howard | 5/12/2004 | 100 | $69.01 | $6,901 | | | | |
| Howard | 5/12/2004 | 100 | $69.00 | $6,900 | | | | |
| Howard | 5/12/2004 | 200 | $68.92 | $13,784 | | | | |
| Howard | 5/12/2004 | 100 | $68.93 | $6,893 | | | | |
| Howard | 5/12/2004 | 100 | $68.98 | $6,898 | | | | |
| Howard | 5/12/2004 | 100 | $69.10 | $6,910 | | | | |
| Howard | 5/12/2004 | 300 | $69.15 | $20,745 | | | | |
| Howard | 5/13/2004 | 100 | $69.77 | $6,977 | | | | |
| Howard | 5/13/2004 | 100 | $69.71 | $6,971 | | | | |
| Howard | 5/13/2004 | 100 | $70.45 | $7,045 | | | | |
| Howard | 5/13/2004 | 100 | $70.42 | $7,042 | | | | |
| Howard | 5/13/2004 | 200 | $69.48 | $13,896 | | | | |
| Howard | 5/13/2004 | 100 | $70.50 | $7,050 | | | | |

| Name | Date | Qty | Price | Total | Entity | Date | Qty | Price |
|---|---|---|---|---|---|---|---|---|
| Howard | 5/13/2004 | 100 | $69.52 | $6,952 | | | | |
| Howard | 5/13/2004 | 100 | $70.28 | $7,028 | | | | |
| Howard | 5/13/2004 | 400 | $70.20 | $28,080 | | | | |
| Howard | 5/13/2004 | 100 | $70.33 | $7,033 | | | | |
| Howard | 5/13/2004 | 100 | $70.30 | $7,030 | | | | |
| Howard | 5/13/2004 | 100 | $70.35 | $7,035 | | | | |
| Howard | 5/13/2004 | 100 | $70.01 | $7,001 | | | | |
| Howard | 5/13/2004 | 200 | $70.00 | $14,000 | | | | |
| Howard | 5/13/2004 | 100 | $70.09 | $7,009 | | | | |
| Howard | 5/13/2004 | 300 | $69.80 | $20,940 | | | | |
| Howard | 5/13/2004 | 200 | $70.10 | $14,020 | | | | |
| Howard | 5/13/2004 | 200 | $69.99 | $13,998 | | | | |
| Howard | 5/13/2004 | 100 | $70.17 | $7,017 | | | | |
| Howard | 5/13/2004 | 100 | $69.91 | $6,991 | | | | |
| Howard | 5/13/2004 | 200 | $69.90 | $13,980 | | | | |
| Howard | 5/13/2004 | 300 | $69.95 | $20,985 | | | | |
| Howard | 5/13/2004 | 100 | $69.96 | $6,996 | | | | |
| Spencer | 5/18/2004 | 194 | $68.60 | $13,308 | | | | |
| | 5/24/2004 | | | | Franklin Managed Trust | 5/24/2004 | 6,000 | $66.66 |
| | 5/24/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 5/24/2004 | 4,000 | $66.66 |
| | 5/25/2004 | | | | Franklin Managed Trust | 5/25/2004 | 3,000 | $66.70 |
| | 5/25/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 5/25/2004 | 2,000 | $66.70 |
| Howard | 5/26/2004 | 100 | $67.79 | $6,779 | | | | |
| Howard | 5/26/2004 | 100 | $67.73 | $6,773 | | | | |
| Howard | 5/26/2004 | 100 | $68.21 | $6,821 | | | | |
| Howard | 5/26/2004 | 100 | $68.30 | $6,830 | | | | |
| Howard | 5/26/2004 | 200 | $68.02 | $13,604 | | | | |
| Howard | 5/26/2004 | 400 | $68.07 | $27,228 | | | | |
| Howard | 5/26/2004 | 300 | $68.05 | $20,415 | | | | |
| Howard | 5/26/2004 | 500 | $68.01 | $34,005 | | | | |
| Howard | 5/26/2004 | 200 | $68.08 | $13,616 | | | | |
| Howard | 5/26/2004 | 300 | $68.06 | $20,418 | | | | |
| Howard | 5/26/2004 | 100 | $67.85 | $6,785 | | | | |
| Howard | 5/26/2004 | 100 | $68.00 | $6,800 | | | | |
| Howard | 5/26/2004 | 100 | $68.03 | $6,803 | | | | |
| Howard | 5/26/2004 | 200 | $67.99 | $13,598 | | | | |
| Howard | 5/26/2004 | 100 | $68.11 | $6,811 | | | | |
| Howard | 5/26/2004 | 300 | $68.10 | $20,430 | | | | |
| Howard | 5/26/2004 | 200 | $67.97 | $13,594 | | | | |
| Howard | 5/26/2004 | 100 | $67.94 | $6,794 | | | | |
| Howard | 5/27/2004 | 100 | $68.75 | $6,875 | | | | |
| Howard | 5/27/2004 | 300 | $69.23 | $20,769 | | | | |
| Howard | 5/27/2004 | 100 | $68.83 | $6,883 | | | | |
| Howard | 5/27/2004 | 100 | $68.84 | $6,884 | | | | |
| Howard | 5/27/2004 | 200 | $69.05 | $13,810 | | | | |
| Howard | 5/27/2004 | 300 | $69.06 | $20,718 | | | | |
| Howard | 5/27/2004 | 200 | $69.07 | $13,814 | | | | |
| Howard | 5/27/2004 | 100 | $69.04 | $6,904 | | | | |
| Howard | 5/27/2004 | 100 | $69.02 | $6,902 | | | | |
| Howard | 5/27/2004 | 100 | $69.03 | $6,903 | | | | |
| Howard | 5/27/2004 | 100 | $69.08 | $6,908 | | | | |
| Howard | 5/27/2004 | 600 | $69.00 | $41,400 | | | | |
| Howard | 5/27/2004 | 200 | $69.01 | $13,802 | | | | |
| Howard | 5/27/2004 | 100 | $68.87 | $6,887 | | | | |
| Howard | 5/27/2004 | 200 | $68.94 | $13,788 | | | | |
| Howard | 5/27/2004 | 200 | $69.18 | $13,836 | | | | |
| Howard | 5/27/2004 | 100 | $68.98 | $6,898 | | | | |
| Howard | 5/27/2004 | 100 | $69.13 | $6,913 | | | | |
| Howard | 5/27/2004 | 100 | $68.93 | $6,893 | | | | |
| Howard | 5/27/2004 | 100 | $69.11 | $6,911 | | | | |
| Howard | 5/27/2004 | 100 | $68.95 | $6,895 | | | | |
| | 5/27/2004 | | | | Franklin Managed Trust | 5/27/2004 | 5,500 | $67.88 |
| | 5/27/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 5/27/2004 | 4,500 | $67.88 |

| Name | Date | Shares | Price | Total | Fund | Date | Shares | Price |
|---|---|---|---|---|---|---|---|---|
| | 5/27/2004 | | | | Franklin Value Investors Trust | 5/27/2004 | 2,000 | $67.98 |
| | 5/28/2004 | | | | Franklin Managed Trust | 5/28/2004 | 5,500 | $67.60 |
| | 5/28/2004 | | | | Franklin Managed Trust | 5/28/2004 | 6,500 | $67.55 |
| | 5/28/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 5/28/2004 | 4,500 | $67.60 |
| | 5/28/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 5/28/2004 | 3,500 | $67.55 |
| | 6/1/2004 | | | | Franklin Managed Trust | 6/1/2004 | 6,500 | $67.48 |
| | 6/1/2004 | | | | Franklin Managed Trust | 6/1/2004 | 10,000 | $66.98 |
| | 6/1/2004 | | | | Franklin Managed Trust | 6/1/2004 | 10,000 | $66.19 |
| | 6/1/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 6/1/2004 | 5,000 | $66.98 |
| | 6/1/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 6/1/2004 | 3,500 | $67.48 |
| | 6/1/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 6/1/2004 | 5,000 | $66.19 |
| Howard | 6/23/2004 | 100 | $70.62 | $7,062 | | | | |
| Howard | 6/23/2004 | 300 | $70.61 | $21,183 | | | | |
| Howard | 6/23/2004 | 400 | $70.67 | $28,268 | | | | |
| Howard | 6/23/2004 | 200 | $70.60 | $14,120 | | | | |
| Howard | 6/23/2004 | 300 | $70.75 | $21,225 | | | | |
| Howard | 6/23/2004 | 200 | $70.76 | $14,152 | | | | |
| Howard | 6/23/2004 | 200 | $70.74 | $14,148 | | | | |
| Howard | 6/23/2004 | 100 | $70.73 | $7,073 | | | | |
| Howard | 6/23/2004 | 100 | $70.77 | $7,077 | | | | |
| Howard | 6/23/2004 | 100 | $70.78 | $7,078 | | | | |
| Howard | 6/23/2004 | 200 | $71.30 | $14,260 | | | | |
| Howard | 6/23/2004 | 100 | $70.80 | $7,080 | | | | |
| Howard | 6/23/2004 | 100 | $71.05 | $7,105 | | | | |
| Howard | 6/23/2004 | 100 | $71.00 | $7,100 | | | | |
| Howard | 6/23/2004 | 100 | $70.83 | $7,083 | | | | |
| Howard | 6/23/2004 | 200 | $70.90 | $14,180 | | | | |
| Howard | 6/23/2004 | 200 | $70.94 | $14,188 | | | | |
| Howard | 6/23/2004 | 200 | $70.97 | $14,194 | | | | |
| Howard | 6/23/2004 | 100 | $71.17 | $7,117 | | | | |
| Howard | 6/23/2004 | 100 | $71.15 | $7,115 | | | | |
| Howard | 6/23/2004 | 100 | $71.16 | $7,116 | | | | |
| Howard | 6/24/2004 | 300 | $71.02 | $21,306 | | | | |
| Howard | 6/24/2004 | 300 | $71.06 | $21,318 | | | | |
| Howard | 6/24/2004 | 500 | $71.03 | $35,515 | | | | |
| Howard | 6/24/2004 | 300 | $71.00 | $21,300 | | | | |
| Howard | 6/24/2004 | 100 | $71.05 | $7,105 | | | | |
| Howard | 6/24/2004 | 300 | $71.07 | $21,321 | | | | |
| Howard | 6/24/2004 | 100 | $71.08 | $7,108 | | | | |
| Howard | 6/24/2004 | 100 | $71.04 | $7,104 | | | | |
| Howard | 6/24/2004 | 100 | $71.17 | $7,117 | | | | |
| Howard | 6/24/2004 | 100 | $71.14 | $7,114 | | | | |
| Howard | 6/24/2004 | 400 | $70.98 | $28,392 | | | | |
| Howard | 6/24/2004 | 100 | $71.10 | $7,110 | | | | |
| Howard | 6/24/2004 | 100 | $70.97 | $7,097 | | | | |
| Howard | 6/24/2004 | 300 | $70.95 | $21,285 | | | | |
| Howard | 6/24/2004 | 100 | $71.01 | $7,101 | | | | |
| Howard | 6/24/2004 | 300 | $71.12 | $21,336 | | | | |
| | 6/28/2004 | | | | Institutional Fiduciary Trust | 6/28/2004 | 5 | $70.65 |
| | 7/1/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 7/1/2004 | 10,000 | $70.00 |
| | 7/6/2004 | | | | Institutional Fiduciary Trust | 7/6/2004 | 31 | $70.17 |
| Howard | 7/7/2004 | 100 | $71.65 | $7,165 | | | | |
| Howard | 7/7/2004 | 100 | $71.69 | $7,169 | | | | |
| Howard | 7/7/2004 | 100 | $71.64 | $7,164 | | | | |
| Howard | 7/7/2004 | 400 | $71.61 | $28,644 | | | | |
| Howard | 7/7/2004 | 100 | $71.62 | $7,162 | | | | |
| Howard | 7/7/2004 | 100 | $71.73 | $7,173 | | | | |
| Howard | 7/7/2004 | 200 | $71.72 | $14,344 | | | | |
| Howard | 7/7/2004 | 200 | $71.70 | $14,340 | | | | |

| Name | Date | Shares | Price | Total | Fund | Date | Shares | Price |
|---|---|---|---|---|---|---|---|---|
| Howard | 7/7/2004 | 100 | $71.43 | $7,143 | | | | |
| Howard | 7/7/2004 | 100 | $71.40 | $7,140 | | | | |
| Howard | 7/7/2004 | 100 | $71.41 | $7,141 | | | | |
| Howard | 7/7/2004 | 100 | $71.47 | $7,147 | | | | |
| Howard | 7/7/2004 | 100 | $70.45 | $7,045 | | | | |
| Howard | 7/7/2004 | 200 | $71.57 | $14,314 | | | | |
| Howard | 7/7/2004 | 100 | $71.50 | $7,150 | | | | |
| Howard | 7/7/2004 | 200 | $71.58 | $14,316 | | | | |
| Howard | 7/7/2004 | 200 | $71.55 | $14,310 | | | | |
| Howard | 7/7/2004 | 100 | $71.59 | $7,159 | | | | |
| Howard | 7/7/2004 | 100 | $70.56 | $7,056 | | | | |
| Howard | 7/7/2004 | 100 | $70.54 | $7,054 | | | | |
| Howard | 7/7/2004 | 100 | $71.20 | $7,120 | | | | |
| Howard | 7/7/2004 | 100 | $71.06 | $7,106 | | | | |
| Howard | 7/7/2004 | 100 | $71.09 | $7,109 | | | | |
| Howard | 7/7/2004 | 200 | $71.05 | $14,210 | | | | |
| Howard | 7/7/2004 | 100 | $71.01 | $7,101 | | | | |
| Howard | 7/7/2004 | 100 | $71.10 | $7,110 | | | | |
| Howard | 7/8/2004 | 100 | $71.65 | $7,165 | | | | |
| Howard | 7/8/2004 | 200 | $71.45 | $14,290 | | | | |
| Howard | 7/8/2004 | 200 | $71.46 | $14,292 | | | | |
| Howard | 7/8/2004 | 100 | $71.48 | $7,148 | | | | |
| Howard | 7/8/2004 | 100 | $71.44 | $7,144 | | | | |
| Howard | 7/8/2004 | 100 | $71.49 | $7,149 | | | | |
| Howard | 7/8/2004 | 100 | $71.47 | $7,147 | | | | |
| Howard | 7/8/2004 | 100 | $71.42 | $7,142 | | | | |
| Howard | 7/8/2004 | 100 | $71.50 | $7,150 | | | | |
| Howard | 7/8/2004 | 200 | $71.52 | $14,304 | | | | |
| Howard | 7/8/2004 | 100 | $71.56 | $7,156 | | | | |
| Howard | 7/8/2004 | 200 | $71.53 | $14,306 | | | | |
| Howard | 7/8/2004 | 400 | $71.29 | $28,516 | | | | |
| Howard | 7/8/2004 | 100 | $71.27 | $7,127 | | | | |
| Howard | 7/8/2004 | 100 | $71.25 | $7,125 | | | | |
| Howard | 7/8/2004 | 200 | $71.23 | $14,246 | | | | |
| Howard | 7/8/2004 | 100 | $71.35 | $7,135 | | | | |
| Howard | 7/8/2004 | 300 | $71.34 | $21,402 | | | | |
| Howard | 7/8/2004 | 100 | $71.31 | $7,131 | | | | |
| Howard | 7/8/2004 | 100 | $71.36 | $7,136 | | | | |
| Howard | 7/8/2004 | 100 | $71.32 | $7,132 | | | | |
| Howard | 7/8/2004 | 100 | $71.30 | $7,130 | | | | |
| Howard | 7/8/2004 | 100 | $71.38 | $7,138 | | | | |
| Howard | 7/8/2004 | 100 | $71.16 | $7,116 | | | | |
| Howard | 7/8/2004 | 100 | $71.12 | $7,112 | | | | |
| | 7/9/2004 | | | | Templeton MPF Investment Funds | 7/9/2004 | 12,443 | $70.71 |
| | 7/29/2004 | | | | Franklin Value Investors Trust | 7/29/2004 | 4,000 | $70.35 |
| Howard | 8/4/2004 | 100 | $70.63 | $7,063 | | | | |
| Howard | 8/4/2004 | 100 | $70.62 | $7,062 | | | | |
| Howard | 8/4/2004 | 200 | $70.61 | $14,122 | | | | |
| Howard | 8/4/2004 | 100 | $70.64 | $7,064 | | | | |
| Howard | 8/4/2004 | 200 | $70.48 | $14,096 | | | | |
| Howard | 8/4/2004 | 100 | $70.49 | $7,049 | | | | |
| Howard | 8/4/2004 | 200 | $70.54 | $14,108 | | | | |
| Howard | 8/4/2004 | 100 | $70.56 | $7,056 | | | | |
| Howard | 8/4/2004 | 100 | $71.30 | $7,130 | | | | |
| Howard | 8/4/2004 | 200 | $71.33 | $14,266 | | | | |
| Howard | 8/4/2004 | 100 | $70.58 | $7,058 | | | | |
| Howard | 8/4/2004 | 100 | $70.38 | $7,038 | | | | |
| Howard | 8/4/2004 | 200 | $70.34 | $14,068 | | | | |
| Howard | 8/4/2004 | 100 | $70.39 | $7,039 | | | | |
| Howard | 8/4/2004 | 100 | $70.35 | $7,035 | | | | |
| Howard | 8/4/2004 | 100 | $70.32 | $7,032 | | | | |
| Howard | 8/4/2004 | 100 | $70.37 | $7,037 | | | | |
| Howard | 8/4/2004 | 100 | $70.31 | $7,031 | | | | |
| Howard | 8/4/2004 | 200 | $71.05 | $14,210 | | | | |
| Howard | 8/4/2004 | 100 | $71.07 | $7,107 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Howard | 8/4/2004 | 100 | $71.08 | $7,108 | | | | |
| Howard | 8/4/2004 | 100 | $71.02 | $7,102 | | | | |
| Howard | 8/4/2004 | 100 | $70.85 | $7,085 | | | | |
| Howard | 8/4/2004 | 100 | $70.84 | $7,084 | | | | |
| Howard | 8/4/2004 | 100 | $71.18 | $7,118 | | | | |
| Howard | 8/4/2004 | 200 | $71.16 | $14,232 | | | | |
| Howard | 8/4/2004 | 100 | $71.11 | $7,111 | | | | |
| Howard | 8/4/2004 | 100 | $70.97 | $7,097 | | | | |
| Howard | 8/5/2004 | 100 | $70.60 | $7,060 | | | | |
| Howard | 8/5/2004 | 200 | $70.68 | $14,136 | | | | |
| Howard | 8/5/2004 | 100 | $70.65 | $7,065 | | | | |
| Howard | 8/5/2004 | 200 | $70.77 | $14,154 | | | | |
| Howard | 8/5/2004 | 100 | $70.75 | $7,075 | | | | |
| Howard | 8/5/2004 | 200 | $70.73 | $14,146 | | | | |
| Howard | 8/5/2004 | 200 | $70.72 | $14,144 | | | | |
| Howard | 8/5/2004 | 200 | $70.70 | $14,140 | | | | |
| Howard | 8/5/2004 | 100 | $70.76 | $7,076 | | | | |
| Howard | 8/5/2004 | 100 | $70.74 | $7,074 | | | | |
| Howard | 8/5/2004 | 100 | $70.79 | $7,079 | | | | |
| Howard | 8/5/2004 | 300 | $70.51 | $21,153 | | | | |
| Howard | 8/5/2004 | 100 | $70.56 | $7,056 | | | | |
| Howard | 8/5/2004 | 100 | $71.23 | $7,123 | | | | |
| Howard | 8/5/2004 | 100 | $70.87 | $7,087 | | | | |
| Howard | 8/5/2004 | 200 | $70.86 | $14,172 | | | | |
| Howard | 8/5/2004 | 100 | $70.85 | $7,085 | | | | |
| Howard | 8/5/2004 | 200 | $70.89 | $14,178 | | | | |
| Howard | 8/5/2004 | 100 | $71.05 | $7,105 | | | | |
| Howard | 8/5/2004 | 100 | $71.01 | $7,101 | | | | |
| Howard | 8/5/2004 | 200 | $70.84 | $14,168 | | | | |
| Howard | 8/5/2004 | 100 | $70.81 | $7,081 | | | | |
| Howard | 8/5/2004 | 100 | $70.94 | $7,094 | | | | |
| Howard | 8/5/2004 | 200 | $70.90 | $14,180 | | | | |
| | 8/6/2004 | | | | Institutional Fiduciary Trust | 8/6/2004 | 1 | $70.45 |
| | 8/6/2004 | | | | Institutional Fiduciary Trust | 8/6/2004 | 167 | $70.68 |
| | 8/10/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 8/10/2004 | 5,000 | $69.75 |
| | 8/16/2004 | | | | Institutional Fiduciary Trust | 8/16/2004 | 553 | $71.06 |
| | 8/16/2004 | | | | Institutional Fiduciary Trust | 8/16/2004 | 36 | $71.06 |
| Howard | 8/18/2004 | 100 | $73.69 | $7,369 | | | | |
| Howard | 8/18/2004 | 100 | $73.76 | $7,376 | | | | |
| Howard | 8/18/2004 | 200 | $73.74 | $14,748 | | | | |
| Howard | 8/18/2004 | 100 | $73.71 | $7,371 | | | | |
| Howard | 8/18/2004 | 100 | $73.73 | $7,373 | | | | |
| Howard | 8/18/2004 | 100 | $73.70 | $7,370 | | | | |
| Howard | 8/18/2004 | 100 | $73.49 | $7,349 | | | | |
| Howard | 8/18/2004 | 100 | $73.48 | $7,348 | | | | |
| Howard | 8/18/2004 | 100 | $73.45 | $7,345 | | | | |
| Howard | 8/18/2004 | 200 | $73.54 | $14,708 | | | | |
| Howard | 8/18/2004 | 100 | $73.50 | $7,350 | | | | |
| Howard | 8/18/2004 | 100 | $73.57 | $7,357 | | | | |
| Howard | 8/18/2004 | 100 | $73.55 | $7,355 | | | | |
| Howard | 8/18/2004 | 100 | $73.39 | $7,339 | | | | |
| Howard | 8/18/2004 | 200 | $73.80 | $14,760 | | | | |
| Howard | 8/18/2004 | 200 | $73.89 | $14,778 | | | | |
| Howard | 8/18/2004 | 200 | $73.85 | $14,770 | | | | |
| Howard | 8/18/2004 | 200 | $73.88 | $14,776 | | | | |
| Howard | 8/18/2004 | 200 | $73.81 | $14,762 | | | | |
| Howard | 8/18/2004 | 100 | $73.83 | $7,383 | | | | |
| Howard | 8/18/2004 | 100 | $73.82 | $7,382 | | | | |
| Howard | 8/18/2004 | 100 | $73.04 | $7,304 | | | | |
| Howard | 8/18/2004 | 200 | $73.95 | $14,790 | | | | |
| Howard | 8/18/2004 | 200 | $73.12 | $14,624 | | | | |
| Howard | 8/18/2004 | 100 | $73.11 | $7,311 | | | | |
| Howard | 8/18/2004 | 100 | $73.68 | $7,368 | | | | |
| Howard | 8/19/2004 | 100 | $74.45 | $7,445 | | | | |
| Howard | 8/19/2004 | 100 | $74.40 | $7,440 | | | | |

| Name | Date | Qty | Price | Total | | Fund | Date | Units | Price |
|---|---|---|---|---|---|---|---|---|---|
| Howard | 8/19/2004 | 200 | $74.23 | $14,846 | | | | | |
| Howard | 8/19/2004 | 100 | $74.21 | $7,421 | | | | | |
| Howard | 8/19/2004 | 100 | $74.29 | $7,429 | | | | | |
| Howard | 8/19/2004 | 100 | $74.20 | $7,420 | | | | | |
| Howard | 8/19/2004 | 100 | $74.36 | $7,436 | | | | | |
| Howard | 8/19/2004 | 100 | $74.35 | $7,435 | | | | | |
| Howard | 8/19/2004 | 100 | $74.30 | $7,430 | | | | | |
| Howard | 8/19/2004 | 300 | $74.09 | $22,227 | | | | | |
| Howard | 8/19/2004 | 100 | $74.05 | $7,405 | | | | | |
| Howard | 8/19/2004 | 100 | $74.02 | $7,402 | | | | | |
| Howard | 8/19/2004 | 200 | $74.00 | $14,800 | | | | | |
| Howard | 8/19/2004 | 300 | $74.07 | $22,221 | | | | | |
| Howard | 8/19/2004 | 200 | $73.80 | $14,760 | | | | | |
| Howard | 8/19/2004 | 100 | $74.14 | $7,414 | | | | | |
| Howard | 8/19/2004 | 100 | $74.10 | $7,410 | | | | | |
| Howard | 8/19/2004 | 200 | $74.11 | $14,822 | | | | | |
| Howard | 8/19/2004 | 200 | $74.15 | $14,830 | | | | | |
| Howard | 8/19/2004 | 100 | $73.92 | $7,392 | | | | | |
| Howard | 8/19/2004 | 100 | $73.90 | $7,390 | | | | | |
| Howard | 8/19/2004 | 500 | $74.13 | $37,065 | | | | | |
| | 8/25/2004 | | | | | Templeton MPF Investment Funds | 8/25/2004 | 5,615 | $73.17 |
| Howard | 9/1/2004 | 200 | $74.63 | $14,926 | | | | | |
| Howard | 9/1/2004 | 200 | $74.60 | $14,920 | | | | | |
| Howard | 9/1/2004 | 100 | $74.61 | $7,461 | | | | | |
| Howard | 9/1/2004 | 100 | $74.43 | $7,443 | | | | | |
| Howard | 9/1/2004 | 100 | $74.46 | $7,446 | | | | | |
| Howard | 9/1/2004 | 100 | $74.45 | $7,445 | | | | | |
| Howard | 9/1/2004 | 100 | $74.44 | $7,444 | | | | | |
| Howard | 9/1/2004 | 100 | $74.40 | $7,440 | | | | | |
| Howard | 9/1/2004 | 100 | $74.57 | $7,457 | | | | | |
| Howard | 9/1/2004 | 100 | $74.55 | $7,455 | | | | | |
| Howard | 9/1/2004 | 100 | $74.52 | $7,452 | | | | | |
| Howard | 9/1/2004 | 100 | $74.50 | $7,450 | | | | | |
| Howard | 9/1/2004 | 100 | $74.54 | $7,454 | | | | | |
| Howard | 9/1/2004 | 300 | $74.25 | $22,275 | | | | | |
| Howard | 9/1/2004 | 200 | $74.21 | $14,842 | | | | | |
| Howard | 9/1/2004 | 100 | $74.20 | $7,420 | | | | | |
| Howard | 9/1/2004 | 100 | $74.26 | $7,426 | | | | | |
| Howard | 9/1/2004 | 200 | $74.22 | $14,844 | | | | | |
| Howard | 9/1/2004 | 100 | $74.29 | $7,429 | | | | | |
| Howard | 9/1/2004 | 100 | $74.27 | $7,427 | | | | | |
| Howard | 9/1/2004 | 200 | $74.32 | $14,864 | | | | | |
| Howard | 9/1/2004 | 100 | $74.34 | $7,434 | | | | | |
| Howard | 9/1/2004 | 100 | $74.30 | $7,430 | | | | | |
| Howard | 9/1/2004 | 200 | $74.31 | $14,862 | | | | | |
| Howard | 9/1/2004 | 300 | $74.12 | $22,236 | | | | | |
| Howard | 9/2/2004 | 200 | $73.69 | $14,738 | | | | | |
| Howard | 9/2/2004 | 300 | $73.66 | $22,098 | | | | | |
| Howard | 9/2/2004 | 100 | $73.63 | $7,363 | | | | | |
| Howard | 9/2/2004 | 100 | $73.67 | $7,367 | | | | | |
| Howard | 9/2/2004 | 100 | $73.64 | $7,364 | | | | | |
| Howard | 9/2/2004 | 100 | $73.61 | $7,361 | | | | | |
| Howard | 9/2/2004 | 300 | $73.70 | $22,110 | | | | | |
| Howard | 9/2/2004 | 100 | $73.78 | $7,378 | | | | | |
| Howard | 9/2/2004 | 100 | $73.75 | $7,375 | | | | | |
| Howard | 9/2/2004 | 500 | $73.72 | $36,860 | | | | | |
| Howard | 9/2/2004 | 100 | $73.77 | $7,377 | | | | | |
| Howard | 9/2/2004 | 200 | $73.49 | $14,698 | | | | | |
| Howard | 9/2/2004 | 100 | $73.59 | $7,359 | | | | | |
| Howard | 9/2/2004 | 100 | $73.54 | $7,354 | | | | | |
| Howard | 9/2/2004 | 100 | $73.53 | $7,353 | | | | | |
| Howard | 9/2/2004 | 200 | $73.55 | $14,710 | | | | | |
| Howard | 9/2/2004 | 100 | $73.83 | $7,383 | | | | | |
| Howard | 9/2/2004 | 200 | $73.80 | $14,760 | | | | | |
| Howard | 9/2/2004 | 100 | $73.89 | $7,389 | | | | | |
| Howard | 9/2/2004 | 200 | $73.86 | $14,772 | | | | | |

| Name | Date | Shares | Price | Total | Entity | Date | Shares | Price |
|---|---|---|---|---|---|---|---|---|
| Howard | 9/2/2004 | 100 | $73.91 | $7,391 | | | | |
| Howard | 9/2/2004 | 100 | $73.73 | $7,373 | | | | |
| | 9/2/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 9/2/2004 | 10,000 | $73.79 |
| | 9/13/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 9/13/2004 | 50,400 | $76.30 |
| | 9/13/2004 | | | | Franklin Value Investors Trust | 9/13/2004 | 3,000 | $76.43 |
| Howard | 9/15/2004 | 100 | $76.45 | $7,645 | | | | |
| Howard | 9/15/2004 | 100 | $76.42 | $7,642 | | | | |
| Howard | 9/15/2004 | 200 | $76.41 | $15,282 | | | | |
| Howard | 9/15/2004 | 100 | $76.43 | $7,643 | | | | |
| Howard | 9/15/2004 | 100 | $76.40 | $7,640 | | | | |
| Howard | 9/15/2004 | 100 | $76.23 | $7,623 | | | | |
| Howard | 9/15/2004 | 100 | $76.21 | $7,621 | | | | |
| Howard | 9/15/2004 | 200 | $76.27 | $15,254 | | | | |
| Howard | 9/15/2004 | 100 | $76.28 | $7,628 | | | | |
| Howard | 9/15/2004 | 200 | $76.38 | $15,276 | | | | |
| Howard | 9/15/2004 | 100 | $76.31 | $7,631 | | | | |
| Howard | 9/15/2004 | 100 | $76.33 | $7,633 | | | | |
| Howard | 9/15/2004 | 400 | $76.03 | $30,412 | | | | |
| Howard | 9/15/2004 | 300 | $76.00 | $22,800 | | | | |
| Howard | 9/15/2004 | 100 | $76.07 | $7,607 | | | | |
| Howard | 9/15/2004 | 300 | $76.04 | $22,812 | | | | |
| Howard | 9/15/2004 | 100 | $76.06 | $7,606 | | | | |
| Howard | 9/15/2004 | 100 | $75.89 | $7,589 | | | | |
| Howard | 9/15/2004 | 100 | $76.05 | $7,605 | | | | |
| Howard | 9/15/2004 | 100 | $76.02 | $7,602 | | | | |
| Howard | 9/15/2004 | 100 | $76.10 | $7,610 | | | | |
| Howard | 9/15/2004 | 100 | $75.92 | $7,592 | | | | |
| Howard | 9/15/2004 | 100 | $75.98 | $7,598 | | | | |
| Howard | 9/15/2004 | 200 | $75.99 | $15,198 | | | | |
| Howard | 9/16/2004 | 200 | $76.64 | $15,328 | | | | |
| Howard | 9/16/2004 | 300 | $76.60 | $22,980 | | | | |
| Howard | 9/16/2004 | 100 | $76.62 | $7,662 | | | | |
| Howard | 9/16/2004 | 100 | $76.70 | $7,670 | | | | |
| Howard | 9/16/2004 | 200 | $76.49 | $15,298 | | | | |
| Howard | 9/16/2004 | 200 | $76.47 | $15,294 | | | | |
| Howard | 9/16/2004 | 100 | $76.45 | $7,645 | | | | |
| Howard | 9/16/2004 | 100 | $76.48 | $7,648 | | | | |
| Howard | 9/16/2004 | 100 | $76.44 | $7,644 | | | | |
| Howard | 9/16/2004 | 200 | $76.46 | $15,292 | | | | |
| Howard | 9/16/2004 | 100 | $76.41 | $7,641 | | | | |
| Howard | 9/16/2004 | 500 | $76.59 | $38,295 | | | | |
| Howard | 9/16/2004 | 500 | $76.56 | $38,280 | | | | |
| Howard | 9/16/2004 | 100 | $76.55 | $7,655 | | | | |
| Howard | 9/16/2004 | 100 | $76.52 | $7,652 | | | | |
| Howard | 9/16/2004 | 400 | $76.50 | $30,600 | | | | |
| Howard | 9/16/2004 | 100 | $76.54 | $7,654 | | | | |
| Howard | 9/16/2004 | 100 | $76.29 | $7,629 | | | | |
| | 9/21/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 9/21/2004 | 5000 | $75.70 |
| | 9/22/2004 | | | | Franklin Managed Trust | 9/22/2004 | 22,000 | $70.69 |
| | 9/22/2004 | | | | Franklin Managed Trust | 9/22/2004 | 15,000 | $70.68 |
| | 9/22/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 9/22/2004 | 20,000 | $70.68 |
| | 9/22/2004 | | | | Franklin Templeton Variable Insurance Products Trust | 9/22/2004 | 13,000 | $70.69 |
| Howard | 9/29/2004 | 100 | $66.67 | $6,667 | | | | |
| Howard | 9/29/2004 | 100 | $66.66 | $6,666 | | | | |
| Howard | 9/29/2004 | 300 | $66.40 | $19,920 | | | | |
| Howard | 9/29/2004 | 200 | $66.44 | $13,288 | | | | |
| Howard | 9/29/2004 | 100 | $66.41 | $6,641 | | | | |
| Howard | 9/29/2004 | 300 | $66.50 | $19,950 | | | | |
| Howard | 9/29/2004 | 200 | $66.55 | $13,310 | | | | |
| Howard | 9/29/2004 | 200 | $66.58 | $13,316 | | | | |
| Howard | 9/29/2004 | 100 | $66.59 | $6,659 | | | | |

| Howard | 9/29/2004 | 100 | $66.26 | $6,626 |
| --- | --- | --- | --- | --- |
| Howard | 9/29/2004 | 100 | $66.30 | $6,630 |
| Howard | 9/29/2004 | 200 | $66.45 | $13,290 |
| Howard | 9/29/2004 | 200 | $66.31 | $13,262 |
| Howard | 9/29/2004 | 100 | $66.33 | $6,633 |
| Howard | 9/29/2004 | 200 | $66.37 | $13,274 |
| Howard | 9/29/2004 | 300 | $66.34 | $19,902 |
| Howard | 9/29/2004 | 100 | $66.32 | $6,632 |
| Howard | 9/29/2004 | 100 | $66.35 | $6,635 |
| Howard | 9/29/2004 | 300 | $66.36 | $19,908 |
| Howard | 9/29/2004 | 100 | $66.38 | $6,638 |
| Howard | 9/29/2004 | 100 | $66.96 | $6,696 |