UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Fannie Mae Securities Litigation ) | Consolidated Civil Action<br>No. 1:04-cv-1639 (RJL) |
| ) | |
| Franklin Managed Trust, et al., ) | |
| Plaintiffs, ) | No. 1:06-cv-00139 (RJL) |
| v. ) | JURY TRIAL DEMANDED |
| Federal National Mortgage Association, ) Franklin D. Raines, Timothy Howard, Leanne G. ) Spencer, Thomas P. Gerrity, Anne M. Mulcahy, ) Frederick V. Malek, Taylor C. Segue, III, ) William R. Harvey, Joe Pickett, Stephen B. ) Ashley, Kenneth M. Duberstein, Jamie S. Gorelick, ) Manuel J. Justiz, Ann Korologos, Donald B. ) Marron, Daniel H. Mudd, H. Patrick Swygert, ) Leslie Rahl, KPMG LLP, and Radian Guaranty ) Inc., ) | |
| Defendants. ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on August 14, 2006, I caused the Second Amended Complaint to be e-mailed to the Court's Generic Email box as required by the local rules to be electronically filed by the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF.  Service was accomplished on counsel not registered through the CM/ECF system via regular U.S. mail, as indicated below.

**VIA U.S. MAIL:**

Fred Fisher Fielding
Barbara Ann Van Gelder
WILEY REIN & FIELDING, LLP
1776 K Street, NW
Washington, DC 20006

*Counsel for Anne Mulcahy and Frederic Malek*

Daniel John Healy
John H. Doyle, III
Rhonda D. Orin
ANDERSON KILL & OLICK, LLP
2100 M Street, NW, Suite 650
Washington, DC 20037

*Counsel for Leslie Rahl*

Jonathan S. Liss
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, 36th Floor
Philadelphia, PA 19103

*Counsel for Radian Guaranty Inc.*

James E. Anklam
Carolyn E. Morris
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005

*Counsel for Daniel Mudd*

David I. Ackerman
James Hamilton
SWIDLER BERLIN, LLP
3000 K Street, NW
Suite 300
Washington, DC 20007

*Counsel for Joe Pickett*


**VIA CM/ECF NOTIFICATION:**

Jeffrey C. Block
Kathleen M. Donovan-Maher
Julie A. Richmond
BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
One Liberty Square
Boston, MA  02169

Steven J. Toll
Joshua S. Devore
Matthew K. Handley
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC  20005

James R. Cummins
Melanie S. Corwin
WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH  45202

Seth Aronson
Michael J. Walsh, Jr.
O'MELVENY & MYERS L.L.P.
1625 I Street, N.W.
Washington, D.C. 20006

*Counsel for Fannie Mae, Thomas Gerrity, Taylor Segue, William Harvey, Joe Pickett, Victor Ashe, Kenneth Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl*

Julia E. Guttman
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400

*Counsel for Jamie Gorelick*

Steven Mark Salky
Eric R. Delinsky
Ellen D. Marcus
ZUCKERMAN SPAEDER, LLP
1800 M Street, NW Suite 1000
Washington, DC 20036

*Counsel for Timothy Howard*

Francis J. Warin
Andrew S. Tulumello
Melanie L. Katsur
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036

*Counsel for KPMG LLP*

Alex Giscard Romain
2842 S. Columbus St
Arlington, VA 22206

*Counsel for Franklin Raines*

James D. Wareham
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005

*Counsel for Daniel Mudd*

David S. Krakoff
Eldad Zvi Malamuth
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, DC 20006

*Counsel for Leanne Spencer*

Kevin M. Downey
Michelle D. Schwartz
Joseph Marshall Terry, Jr.
WILLIAMS & CONNOLLY, LLP
725 12th Street, NW
Washington, DC 20005

*Counsel for Franklin Raines*

Erica Lynne Salmon
DLA PIPER RUDNICK GRAY CARY US LLP
1200 19th Street, NW, Suite 700
Washington, DC 20036

*Counsel for Stephen Ashley, Donald Marron, and Ann Korologos*

Jonathan M. Stern
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006-1825

*Counsel for Radian Guaranty Inc.*

Robert Parker, Esquire
Paul Weiss Rifkind Wharton & Garrison
1615 L Street, N.W., Suite 1300
Washington, DC  20036-5694

*Counsel to Non- Party Paul Weiss Rifkind*
*Wharton & Garrison*

                                        /s/ Stuart M. Grant
                                        Stuart M. Grant