A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

FRANKLIN MANAGED TRUST, et al.

|  |  |
|---|---|
| Plaintiff(s) | ) |
|  | ) |
|  | ) |
| vs. | ) |
| FEDERAL NATIONAL MORTGAGE | ) |
| ASSOCIATION, et al. | ) |
| Defendant(s) | ) |

**APPEARANCE**

CASE NUMBER    1:06-cv-00139-RJL

To the Clerk of this court and all parties of record:

Please enter the appearance of ___Tammy Gershoni___ as counsel in this
(Attorney's Name)

case for:___J. Timothy Howard_____
(Name of party or parties)

___August 16, 2006_____
Date

___DC Bar No. 473382_____
BAR IDENTIFICATION

_____
Signature

___Tammy Gershoni_____
Print Name

___Zuckerman Spaeder LLP_____
Address

___1800 M Street, NW, Washington DC 20036___
City        State        Zip Code

___202-778-1800_____
Phone Number

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of August 2006, I filed the foregoing Notice of Appearance with the Clerk of Court via the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

/s/ Tammy Gershoni
Tammy Gershoni