AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

In re: Fannie Mae Securities Litigation )
        Plaintiff(s) )
            )  **APPEARANCE**
            )
            )
        vs. )  CASE NUMBER   1:04-cv-01639
            )
            )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Christopher F. Regan  as counsel in this
                              (Attorney's Name)

case for:  Leanne Spencer
                (Name of party or parties)

08/17/2006
Date

*[signature]*
Signature

Christopher F. Regan
Print Name

433792
BAR IDENTIFICATION

Mayer Brown Rowe & Maw LLP  1909 K Street, N.W.
Address

Washington, DC  20006
City          State          Zip Code

202-263-3380
Phone Number

## CERTIFICATE OF SERVICE

     I certify that on August 17, 2006, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

                                                  /s/ Christopher F. Regan
                                                   Christopher F. Regan