**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04CV01639 (RJL) |
| FRANKLIN MANAGED TRUST *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION *et al.*,<br><br>*Defendants*. | No. 1:06CV00139 (RJL) |

**[PROPOSED] ORDER SETTING A BRIEFING SCHEDULE FOR
DEFENDANT KPMG LLP'S MOTION TO DISMISS THE SECOND
AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

It is ORDERED that KPMG LLP may file its motion to dismiss the Second Amended Consolidated Class Action Complaint on or before September 28, 2006. Lead Plaintiffs may file their opposition on or before October 23, 2006. KPMG may file a reply on or before November 8, 2006.

    Dated:                                    _____
                                                     Richard J. Leon, U.S. District Judge