UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re Fannie Mae Securities Litigation | ) ) ) | Consolidated Civil Action No. 1:04-cv-1639 (RJL) |
| Franklin Managed Trust, *et al.*, Plaintiffs, v. Federal National Mortgage Association, *et al.*, Defendants. | ) ) ) ) ) ) ) ) ) ) ) | No. 1:06-cv-00139 (RJL) |

**[PROPOSED] ORDER DENYING DEFENDANT KPMG LLP'S MOTION TO DISMISS**

The Court having considered KPMG LLP's Motion to Dismiss and the supporting documents thereto, the opposition papers and supporting documents thereto, the authorities cited by the parties, the oral argument of counsel, and the record in this case:

IT IS HEREBY ORDERED:

The motion by KPMG LLP to dismiss Plaintiffs' Second Amended Complaint in the matter of *Franklin Managed Trust, et al. v. Federal National Mortgage Association, et al.*, No. 1:06-cv-00139 (RJL) is DENIED in its entirety.

Dated this _____ day of _____, 2006.

_____
Judge Richard J. Leon
United States District Court Judge