**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04-cv-01639 (RJL) |
| FRANKLIN MANAGED TRUST *et al.*, *Plaintiffs*, v. FEDERAL NATIONAL MORTGAGE ASSOCIATION *et al.*, *Defendants*. | No. 1:06-cv-00139 (RJL) |

**NOTICE OF APPEARANCE OF HENRY C. WHITAKER**

To the Clerk and all parties of record:

Please note my appearance in these consolidated actions on behalf of KPMG LLP.

Respectfully submitted this 20th day of September 2006.

/s/ Henry C. Whitaker
Henry C. Whitaker (D.C. Bar No. 499210)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for KPMG LLP*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused electronic copies of the foregoing to be transmitted on September 20, 2006, to the following counsel registered to receive electronic service and by U.S. mail to those not so registered:

Joshua S. Devore
Steven J. Toll
Matthew K. Handley
Daniel S. Sommers
Cohen, Milstein, Hausfeld & Toll P.L.L.C
West Tower, Suite 500
1100 New York Ave. N.W.
Washington, D.C. 20005
*Counsel for Plaintiffs Vincent Vinci; State Teachers Retirement System of Ohio; Anne E. Flynn; Robert L. Garber*

James R. Cummins
Melanie S. Corwin
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Julie A. Richmond
Kathleen M. Donovan-Maher
Jeffery C. Block
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02190
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Alan J. Statman
Jeffery P. Harris
Statman, Harris & Eyrich LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Frank J. Johnson
Brett M. Weaver
Law Office of Frank J. Johnson
402 W. Broadway 27th Floor
San Diego, CA 92101
*Counsel for Plaintiff Sassan Shahrokhinia*

Robert W. Liles
Martyn Liles, PLLC
1054 31st Street, N.W.
Suite 415
Washington, D.C. 20007
*Counsel for Plaintiff Sassan Shahrokhinia*

Stuart M. Grant  
Christine M. MacKintosh  
Megan D. McIntyre  
Grant & Eisenhofer, P.A.  
Chase Manhattan Centre  
1201 N. Market Street  
Wilmington, DE 19801  
*Counsel for the Franklin Templeton Plaintiffs*

Jeffrey W. Kilduff  
Seth A. Aronson  
Michael J. Walsh, Jr.  
O'Melveny & Myers LLP  
1625 Eye Street, N.W.  
Washington, D.C. 20006  
*Counsel for Defendant Fannie Mae, Thomas P. Gerrity, Taylor C. Segue, III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl*

Kevin M. Downey  
Alex G. Romain  
Daniel N. Marx  
Joseph M. Terry, Jr.  
Michelle D. Schwartz  
Williams & Connolly LLP  
725 Twelfth Street, N.W.  
Washington, D.C. 20005-5091  
*Counsel for Defendant Franklin D. Raines*

Steven M. Salky  
Eric R. Delinsky  
Ellen D. Marcus  
Holly Ann Pal  
Tammy Gershoni  
Zuckerman Spaeder LLP  
1800 M Street, N.W., Suite 1000  
Washington, D.C. 20036-2638  
*Counsel for Defendant Timothy J. Howard*

David S. Krakoff  
Christopher F. Regan  
Mayer, Brown, Rowe & Maw LLP  
1909 K Street, N.W.  
Washington, D.C. 20006-1101  
*Counsel for Defendant Leanne G. Spencer*

Robert Romano  
Bonnie Altro  
Morgan, Lewis & Bockius  
101 Park Avenue  
New York, NY 10178-0060  
*Counsel for Defendant Thomas P. Gerrity*

Fred F. Fielding  
Barbara Van Gelder  
Wiley Rein & Fielding LLP  
1776 K Street N.W.  
Washington, D.C. 20006  
*Counsel for Defendants Anne M. Mulcahy and Frederic V. Malek*

David I. Ackerman  
James Hamilton  
Swidler Berlin LLP  
3000 K Street N.W. Suite 300  
Washington, D.C. 20007  
*Counsel for Defendant Joe Pickett*

Erica Lynne Salmon  
Piper, Rudnick, Gray & Carey LLP  
1200 19th Street N.W. Suite 700  
Washington, D.C. 20036  
*Counsel for Defendants Stephen B. Ashley, Donald B. Marron, and Ann Korologos*

Julie E. Guttman  
Baker Botts LLP  
The Warner  
1299 Pennsylvania Ave., N.W.  
Washington, D.C. 20004-2400  
*Counsel for Defendant Jamie S. Gorelick*

James D. Wareham
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
*Counsel for Defendant Daniel H. Mudd*

Daniel John Healy
John H. Doyle, III
Rhonda D. Orin
Anderson Kill & Olick LLP
2100 M Street N.W. Suite 650
Washington, D.C. 20037
*Counsel for Defendant Leslie Rahl*

Shannon Ratliff
Ratliff Law Firm
600 Congress Avenue
Suite 3100
Austin, TX 78701
*Counsel for Manuel Justiz*

David Smith
Dionna K. Litvin
Jonathan S. Liss
Jonathan Michael Stern
Schnader Harrison Segal & Lewis LLP
1600 Market Street
Philadelphia, PA 19103-7286
*Counsel for Radian Group Inc.*

Richard H. Klapper
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
*Counsel for Goldman Sachs*

/s/ Henry C. Whitaker
Henry C. Whitaker