UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | MDL No. 1668 |

| | |
|---|---|
| **In re Fannie Mae Securities Litigation** | Consol. Civil Action No. 1:04-cv-01639<br>Judge Richard J. Leon |
| **Evergreen Equity Trust, *et al.*, v. Federal National Mortgage Association, *et al.*** | Case No. 1:06CV00082 |
| **and** | |
| **Franklin Managed Trust, *et al.*, v. Federal National Mortgage Association, *et al.*** | Case No. 1:06CV00139 |

**CONSENT MOTION TO THE EXTENSION OF TIME AND PAGE LIMITS FOR BRIEFING ON MOTIONS TO DISMISS BY FANNIE MAE, RADIAN, AND THE INDIVIDUAL DEFENDANTS IN THE *EVERGREEN* AND *FRANKLIN* ACTIONS**

The plaintiffs in *Evergreen Equity Trust, et al. v. Federal National Mortgage Association, et al.* and *Franklin Managed Trust, et al. v. Federal National Mortgage Association, et al.* ("Plaintiffs"), with the consent and agreement of defendants Fannie Mae, Ashley, Duberstein, Gerrity, Gorelick, Harvey, Howard, Justiz, Korologos, Malek, Marron, Mudd, Mulcahy, Pickett, Segue, Spencer, Swygert, Raines, Rahl, and Radian Group (the "Consenting Defendants"), hereby respectfully request that the Court: (a) grant Plaintiffs leave to file a single, omnibus brief of up to 100 pages in length in response to the Consenting Defendants' motions to dismiss Plaintiffs' Second Amended Complaints; (b) extend the deadline for Plaintiffs to respond to the Consenting Defendants' motions to dismiss by one week until October 13, 2006; and (c) extend the deadline for the Consenting Defendants to file replies until November 7, 2006.

2

The grounds for this motion are that the Consenting Defendants filed six separate briefs, totaling 139 pages, in support of their motions to dismiss Plaintiffs' complaints.  Due to the similarity of the issues raised by those motions, Plaintiffs believe it would be most efficient to address the motions in a single brief, rather than in six separate opposition briefs.  To do so, Plaintiffs require an extension of the page limit, as well as a one-week extension of time.  Each of the Consenting Defendants has consented to the relief requested.

Dated:  October 2, 2006                                                             Respectfully submitted,

                                                                                                  __/s/  Stuart M. Grant_____
                                                                                                  Stuart M. Grant (D.C. Bar No. 450895)
                                                                                                  Grant & Eisenhofer P.A.
                                                                                                  Chase Manhattan Centre
                                                                                                  1201 N. Market Street
                                                                                                  Wilmington, DE  19801
                                                                                                  T:  302/622-7000
                                                                                                  F:  302/622-7100

                                                                                                  Counsel for Plaintiffs in *Evergreen* and *Franklin* Actions

**<u>CERTIFICATE OF SERVICE</u>**

      I certify that on October 2, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF.

                                                                 /s/ Megan D. McIntyre
                                                        Megan D. McIntyre