**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | Consolidated Civil Action No. 1:04-cv-01639 (RJL) |
| FRANKLIN MANAGED TRUST et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION et al.,<br><br>*Defendants*. | No. 1:06-cv-00139 (RJL) |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR AN EXTENSION OF TIME**

The Court, after considering KPMG LLP's consent motion for an extension of time, hereby GRANTS the consent motion and ORDERS that KPMG will file a reply in support of its motion to dismiss the amended Franklin-Templeton complaint on or before October 27, 2006.

Dated:                                                                       _____
                                                                                   Richard J. Leon, U.S. District Judge