UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Fannie Mae Securities Litigation ) | Consolidated Civil Action<br>No. 1:04-cv-1639 (RJL) |
| Evergreen Equity Trust, *et al.*, )<br>  Plaintiffs, )<br>  v. )<br>Federal National Mortgage Association, *et al.*, )<br>  Defendants. ) | No. 1:06-cv-00082 (RJL) |
| Franklin Managed Trust, *et al.*, )<br>  Plaintiffs, )<br>  v. )<br>Federal National Mortgage Association, *et al.*, )<br>  Defendants. ) | No. 1:06-cv-00139 (RJL) |

### [PROPOSED] ORDER DENYING DEFENDANTS FANNIE MAE, THE DIRECTOR DEFENDANTS, RADIAN GUARANTY, AND DEFENDANTS HOWARD, RAINES AND SPENCER'S MOTION TO DISMISS

The Court having considered Fannie Mae, The Director Defendants, Radian Guaranty, and Defendants Howard, Raines and Spencer Motions To Dismiss and the supporting documents thereto, the opposition papers and supporting documents thereto, the authorities cited by the parties, the oral argument of counsel, and the record in this case:

IT IS HEREBY ORDERED:

The motions by Fannie Mae, The Director Defendants, Radian Guaranty, and Defendants Howard, Raines and Spencer to dismiss the Evergreen Plaintiffs' and Franklin Plaintiffs' Second Amended Complaints in the matters of *Franklin Managed Trust, et al. v. Federal National Mortgage Association, et al.*, No. 1:06-cv-00139 (RJL) and *Evergreen Equity Trust, et al. v.*

*Federal National Mortgage Association, et al.*, No. 1:06-cv-00082 (RJL) are DENIED in their entirety.

  Dated this _____ day of _____, 2006.

                      _____
                      Judge Richard J. Leon
                      United States District Court Judge