UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-1639 (RJL) |
| Evergreen Equity Trust, *et al.*, Plaintiffs, v. Federal National Mortgage Association, *et al.*, Defendants. | No. 1:06-cv-00082 (RJL) |
| Franklin Managed Trust, *et al.*, Plaintiffs, v. Federal National Mortgage Association, *et al.*, Defendants. | No. 1:06-cv-00139 (RJL) |

**[PROPOSED] ORDER DENYING FANNIE MAE'S AND THE DIRECTOR DEFENDANTS' JOINT REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTIONS TO DISMISS THE EVERGREEN AND FRANKLIN SECOND AMENDED COMPLAINTS**

The Court having considered Fannie Mae's and The Director Defendants' Joint Request for Judicial Notice in Support of Their Motions to Dismiss the Evergreen and Franklin Second Amended Complaints and the supporting documents thereto, the opposition papers and supporting documents thereto, the authorities cited by the parties, the oral argument of counsel, and the record in this case:

IT IS HEREBY ORDERED that the joint motion by Fannie Mae and The Director Defendants' for Judicial Notice in Support of Their Motions to Dismiss the Evergreen Plaintiffs' and Franklin Plaintiffs' Second Amended Complaints in the matters of *Franklin Managed Trust,*

*et al. v. Federal National Mortgage Association, et al.*, No. 1:06-cv-00139 (RJL) and *Evergreen Equity Trust, et al. v. Federal National Mortgage Association, et al.*, No. 1:06-cv-00082 (RJL) is DENIED to the extent it asks the Court to take judicial notice of (1) the Washington Post article dated October 23, 2004; (2) Senator Warren B. Rudman's statement before the Committee on Financial Services; and (3) the truth of matters set forth in Fannie Mae's filing with the SEC.

Dated this _____ day of ____________________, 2006.

______________________________
Judge Richard J. Leon
United States District Court Judge