IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae Securities Litigation | Consolidated Civil Action<br>No. 1:04-CV-1639<br>Judge Richard J. Leon |
| Franklin Managed Trust, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>Federal National Mortgage Association, et al.,<br><br>        Defendants | No. 1:06-CV-139 (RJL) |
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In re Fannie Mae Derivative Litigation | No. 1:04-CV-1783 |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW, the undersigned as the sponsoring member of the Bar of this Court and, pursuant to Local Civil Rule 83:2(d) of the Local Rules of the United States District Court for the District of Columbia, moves the Court for an order granting admission *pro hac vice* of Rachelle M. Barstow and Robert M. Romano to appear and participate in proceedings in this Court in the above referenced actions. The grounds for this motion are set forth in the attached hereto and incorporated herein signed declarations of Ms. Barstow and Mr. Romano.

Ms. Barstow and Mr. Romano acknowledge the power and jurisdiction of the United States District Court for the District of Columbia over their professional conduct if they are

admitted *pro hac vice* in these matters.

The undersigned is a member in good standing of the Bar of the United States District Court for the District of Columbia with whom Ms. Barstow and Mr. Romano will be associated in these cases.

WHEREFORE, for these and other such reasons, we respectfully request the Court grant this Motion and enter the Order for admission *pro hac vice*.

Respectfully submitted this 3rd day of November, 2006.

By: _____/s/_____
Patrick D. Conner
DC Bar No. 472298
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.739.5594 (direct dial)
202.739.3001 (fax)
pconner@morganlewis.com

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-CV-1639<br>Judge Richard J. Leon |
| Franklin Managed Trust, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Federal National Mortgage Association, et al.,<br><br>Defendants | No. 1:06-CV-139 (RJL) |
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In re Fannie Mae Derivative Litigation | No. 1:04-CV-1783 |

## DECLARATION OF RACHELLE M. BARSTOW
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, RACHELLE M. BARSTOW, hereby declare and state as follows:

1. My full name is Rachelle Marie Barstow. I am a member of Morgan, Lewis & Bockius LLP, attorneys for defendant Thomas Gerrity in *In re Fannie Mae Derivative Litigation* and *Franklin Managed Trust, et al. v. Federal National Mortgage Association, et al.*

2. I make this declaration in support of my application pursuant to Local Rule 83.2(d) for permission to appear *pro hac vice* on behalf of defendant Thomas Gerrity.

3. My office address, telephone number, facsimile number and email address are as follows: Rachelle M. Barstow, Esq., Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, New York 10178, telephone (212) 309-6208, facsimile (212) 309-6001, email rbarstow@morganlewis.com.

4. I am a member of the state bar of New York and a member of the federal bars of the Southern and Eastern Districts of New York.

5. I have never been disciplined by any bar.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

7. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia bar, nor do I have an application for membership pending.

I declare, pursuant to 28 U.S.C. §1746 under penalty of perjury, that the foregoing is true and correct.

Dated: November 1, 2006

/s/
_____
Rachelle M. Barstow

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-CV-1639 Judge Richard J. Leon |
| Franklin Managed Trust, et al., <br><br>Plaintiffs, <br><br>v. <br><br>Federal National Mortgage Association, et al., <br><br>Defendants | No. 1:06-CV-139 (RJL) |
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In re Fannie Mae Derivative Litigation | No. 1:04-CV-1783 |

## DECLARATION OF ROBERT M. ROMANO
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, ROBERT M. ROMANO, hereby declare and state as follows:

1. My full name is Robert Michael Romano. I am a member of Morgan, Lewis & Bockius LLP, attorneys for defendant Thomas Gerrity in *In re Fannie Mae Derivative Litigation* and *Franklin Managed Trust, et al. v. Federal National Mortgage Association, et al.*

2. I make this declaration in support of my application pursuant to Local Rule 83.2(d) for permission to appear *pro hac vice* on behalf of defendant Thomas Gerrity.

3. My office address, telephone number, facsimile number and email address are as follows: Robert M. Romano, Esq., Morgan, Lewis & Bockius LLP, 101 Park Avenue, New

York, New York 10178, telephone (212) 309-7083, facsimile (212) 309-6001, email rromano@morganlewis.com.

4. I am a member of the state bar of New York and a member of the federal bars of the Southern and Eastern Districts of New York.

5. I have never been disciplined by any bar.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

7. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia bar, nor do I have an application for membership pending.

8. I declare, pursuant to 28 U.S.C. §1746 under penalty of perjury, that the foregoing is true and correct.

Dated: November 1, 2006

/s/
Robert M. Romano

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae Securities Litigation | Consolidated Civil Action<br>No. 1:04-CV-1639<br>Judge Richard J. Leon |
| Franklin Managed Trust, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>Federal National Mortgage Association, et al.,<br><br>　　　　　Defendants | No. 1:06-CV-139 (RJL) |
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In re Fannie Mae Derivative Litigation | No. 1:04-CV-1783 |

### ORDER

Upon consideration of the Motion for Admission *pro hac vice* of Rachelle M. Barstow and Robert M. Romano, it is by this Court on the _____ day of November,

**ORDERED** that Rachelle M. Barstow and Robert M. Romano are hereby admitted *pro hac vice* to appear and participate fully in the above actions.

_____
Judge,
United States District Court for the
District of Columbia

## CERTIFICATE OF SERVICE

I hereby certify that I caused electronic copies of the foregoing to be transmitted on November 3, 2006, to the following counsel registered to receive electronic service and by U.S. mail to those not so registered:

Joshua S. Devore
Steven J. Toll
Matthew K. Handley
Daniel S. Sommers
Cohen, Milstein, Hausfeld & Toll P.L.L.C
West Tower, Suite 500
1100 New York Ave. N.W.
Washington, D.C. 20005
*Counsel for Plaintiffs Vincent Vinci; State Teachers Retirement System of Ohio; Anne E. Flynn; Robert L. Garber*

Julie A. Richmond
Kathleen M. Donovan-Maher
Jeffery C. Block
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02190
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Frank J. Johnson
Brett M. Weaver
Law Office of Frank J. Johnson
402 W. Broadway 27th Floor
San Diego, CA 92101
*Counsel for Plaintiff Sassan Shahrokhinia*

James R. Cummins
Melanie S. Corwin
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Alan J. Statman
Jeffery P. Harris
Statman, Harris & Eyrich LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Robert W. Liles
Martyn Liles, PLLC
1054 31st Street, N.W.
Suite 415
Washington, D.C. 20007
*Counsel for Plaintiff Sassan Shahrokhinia*

Stuart M. Grant
Christine M. MacKintosh
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801
*Counsel for the Franklin Templeton and Evergreen Plaintiffs*

Jeffrey W. Kilduff
Seth A. Aronson
Michael J. Walsh, Jr.
O'Melveny & Myers LLP
1625 Eye Street, N. W.
Washington, D.C. 20006
*Counsel for Defendant Fannie Mae, Taylor C. Segue, III, William R. Harvey, Kenneth M Duberstein, and H. Patrick Swygert*

Kevin M. Downey
Alex G. Romain
Daniel N. Marx
Joseph M. Terry, Jr.
Michelle D. Schwartz
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5091
*Counsel for Defendant Franklin D. Raines*

Steven M. Salky
Eric R. Delinsky
Ellen D. Marcus
Holly Ann Pal
Tammy Gershoni
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036-2638
*Counsel for Defendant Timothy J. Howard*

David S. Krakoff
Christopher F. Regan
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
*Counsel for Defendant Leanne G. Spencer*

Andrew Santo Tulumello
Henry C. Whitaker
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
*Counsel for KPMG LLP*

Fred F. Fielding
Barbara Van Gelder
Wiley Rein & Fielding LLP
1776 K Street, N.W.
Washington, D.C. 20006
*Counsel for Defendants Anne M Mulcahy and Frederic V. Malek*

David I. Ackerman
James Hamilton
Swidler Berlin LLP
3000 K Street N.W. Suite 300
Washington, D.C. 20007
*Counsel for Defendant Joe Pickett*

Erica Lynne Salmon
Piper, Rudnick, Gray & Carey LLP
1200 19th Street N.W., Suite 700
Washington, D.C. 20036
*Counsel for Defendants Stephen B. Ashley, Donald B. Marron, and Ann Korologos*

Julie E. Guttman
Baker Botts LLP
The Warner Building
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
*Counsel for Defendant Jamie S. Gorelick*

James D. Wareham
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
*Counsel for Defendant Daniel H Mudd*

Shannon Ratliff
Ratliff Law Firm
600 Congress Avenue
Suite 3100
Austin, TX 78701
*Counsel for Manuel Justiz*

Daryl Andrew Libow
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20006

Jeremy C. Bates
Daniel H.R. Laguardia
Patrice A. Rouse
Michael T. Tomaino, Jr.
Richard H. Klapper
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
*Counsel for Goldman Sachs*

Daniel John Healy
John H. Doyle, III
Rhonda D. Orin
Anderson Kill & Orlick LLP
2100 M Street N.W. Suite 650
Washington, D.C. 20037
*Counsel for Defendant Leslie Rahl*

David Smith
Dionna K. Litvin
Jonathan S. Liss
Jonathan Michael Stern
Schnader Harrison Segal & Lewis LLP
1600 Market Street
Philadelphia, PA 19103-7286
*Counsel for Radian Group Inc.*

/s/_____
Patrick D. Conner