**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04-cv-01639 (RJL) |
| FRANKLIN MANAGED TRUST *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION *et al.*,<br><br>*Defendants*. | No. 1:06-cv-00139 (RJL) |

**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT KPMG LLP TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

The Motion Of Defendant KPMG LLP To Dismiss Plaintiffs' Second Amended Complaint is GRANTED.  It is hereby ORDERED that Plaintiffs' second amended complaint is DISMISSED with prejudice.

_____

Dated:                                                                             Richard J. Leon, U.S. District Judge