UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FEDERAL NATIONAL MORTGAGE ASSOCIATION SECURITIES, DERIVATIVE AND ERISA LITIGATION | MDL No. 1668 |
| IN RE: FANNIE MAE DERIVATIVE LITIGATION | Cons. C. A. No. 1:04-CV-01783 (RJL) |
| IN RE FANNIE MAE SECURITIES LITIGATION | Cons. C.A. No. 1:04-CV-01639 (RJL) |
| EVERGREEN EQUITY TRUST, et al., <br><br> Plaintiffs, <br><br> - against – <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., <br><br> Defendants. | Case No. 1:06-CV-00082 (RJL) |
| FRANKLIN MANAGED TRUST, et al., <br><br> Plaintiffs, <br><br> - against – <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., <br><br> Defendants. | Case No. 1:06-CV-00139 (RJL) |

NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND
ALL PARTIES OF RECORD:

Please enter the appearance of the undersigned Cristen Sikes Rose as counsel for

defendants Stephen B. Ashley, Ann Korologos and Donald B. Marron in this action as

substitute counsel for Erica Salmon Byrne.

Dated  November 13, 2006

                DLA PIPER US LLP

| Of Counsel: | By: /s/ Cristen Sikes Rose |
|---|---|
| | Cristen Sikes Rose (D.C. Bar No. 473461) |
| John J. Clarke, Jr. | |
| DLA PIPER US LLP | 1200 Nineteenth Street, N.W. |
| 1251 Avenue of the Americas | Washington, D.C.  20036-2412 |
| New York, New York  10020 | (202) 861-3900 |
| (212) 835-6000 | cristen.rose@dlapiper.com |
| john.clarke@dlapiper.com | |
| | Attorneys for |
| | Stephen B. Ashley, Ann Korologos |
| | and Donald B. Marron |

2

<u>CERTIFICATE OF SERVICE</u>

  I certify that on November 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record who are registered on the CM/ECF system.

              <u>/s/ Cristen Sikes Rose</u>
              Cristen Sikes Rose (DC Bar No. 473461)