UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FEDERAL NATIONAL MORTGAGE ASSOCIATION SECURITIES, DERIVATIVE, AND "ERISA" LITIGATION | MDL No. 1668 |
| IN RE FANNIE MAE SECURITIES LITIGATION | Case No. 1:04-cv-01639 (RJL) |
| EVERGREEN EQUITY TRUST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*; <br><br> Defendants. | Case No. 1:06CV00082 (RJL) |
| FRANKLIN MANAGED TRUST, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.* <br><br> Defendants. | Case No. 1:06CV00139 (RJL) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND
ALL PARTIES OF RECORD:

Please enter the appearance of Rhonda D. Orin as counsel in this case for:

Defendant Leslie Rahl.

| | |
|---|---|
| Dated: November 14, 2006 | Respectfully submitted, |

*/s/ Rhonda D. Orin*
Rhonda D. Orin (Bar # 439216)
Daniel J. Healy (Bar # 476233)

Anderson Kill & Olick, LLP
2100 M. Street, NW
Suite 650
Washington, DC 20037
Tel: (202) 218-0040
Fax: (202) 218-0055

**CERTIFICATE OF SERVICE**

I certify that on November 14, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this case who are registered on the CM/ECF.

                                                */s/ Rhonda D. Orin*
                                                Rhonda D. Orin