**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04-cv-01639 (RJL) |
| FRANKLIN MANAGED TRUST *et al.*, *Plaintiffs*, v. FEDERAL NATIONAL MORTGAGE ASSOCIATION *et al.*, *Defendants*. | No. 1:06-cv-00139 (RJL) |

**[PROPOSED] ORDER QUASHING IN PART SUBPOENAS OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AND DENYING IN PART MOTIONS TO COMPEL COMPLIANCE WITH THOSE SUBPOENAS**

The subpoenas issued by Lead Plaintiffs and J. Timothy Howard to Paul, Weiss, Rifkind, Wharton, & Garrison LLP are quashed to the extent they seek any information and documents provided by KPMG LLP to Paul Weiss in connection with Paul Weiss's investigation of Fannie Mae's accounting practices, including notes of interviews of KPMG personnel conducted by Paul Weiss and memoranda or summaries of such interviews. Lead Plaintiffs' and Mr. Howard's motions to compel Paul Weiss to comply with those subpoenas are denied to the extent they seek any information and documents provided by KPMG to Paul, Weiss, Rifkind, Wharton & Garrison LLP, including notes of interviews of KPMG personnel conducted by Paul Weiss and memoranda or summaries of such interviews.

Dated: _____

_____
Richard J. Leon, U.S. District Judge