# EXHIBIT A

**Full docket text:**
MINUTE ORDER denying [131] Lead Plaintiff's Motion to Compel Non-Party Witness KPMG, LLP to Comply with Subpoena in Accordance with Fed. R. Civ. P. 45, and granting [138] Non-Party Witness KPMG LLP's Motion to Quash in Part Lead Plaintiffs' Nonparty Subpoena to Paul, Weiss, Rifkind, Wharton & Garrison LLP. Signed by Judge Richard J. Leon on 7/28/06. Associated Cases: 1:04-cv-01639-RJL,1:04-cv-01783-RJL,1:04-cv-01843-RJL,1:05-cv-00620-RJL,1:05-cv-01198-RJL,1:06-cv-00082-RJL,1:06-cv-00139-RJL(lcrjl1)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/08/2007 17:28:33 | | | |
| **PACER Login:** | zs0175 | **Client Code:** | 11093.0001 |
| **Description:** | History/Documents | **Search Criteria:** | 1:06-cv-00139-RJL |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |