# EXHIBIT C



# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 1625 Eye Street, NW | NEWPORT BEACH |
| BRUSSELS | Washington, D.C. 20006-4001 | NEW YORK |
| CENTURY CITY | TELEPHONE (202) 383-5300 | SAN FRANCISCO |
| HONG KONG | FACSIMILE (202) 383-5414 | SHANGHAI |
| LONDON | www.omm.com | SILICON VALLEY |
| LOS ANGELES | | TOKYO |

OUR FILE NUMBER
258,938-836

December 4, 2006

WRITER'S DIRECT DIAL
(202) 383-5383

Steven M. Salky, Esq.
Zuckerman Spaeder LLP
1201 Connecticut Avenue, N.W.
Washington, DC 20036-2638

WRITER'S E-MAIL ADDRESS
jkilduff@omm.com

James R. Cummins, Esq.
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202

Robert P. Parker, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1615 L Street, N.W., Suite 1300
Washington, DC 20036-5694

Re: *Subpoenas to Paul Weiss; Motions To Compel*

Gentlemen:

I am writing regarding your pending motions to compel production of certain documents from Paul Weiss relating to its investigation of Fannie Mae (the "Investigation"). This letter memorializes a proposal I have discussed with both of you that I believe will resolve the outstanding issues, allow the parties to obtain promptly certain materials they seek, and preserve all of the parties respective rights and remedies as to future discovery.

As counsel to Fannie Mae, and after consultation with counsel for Paul Weiss, I am authorized to make the following proposal on behalf of both Fannie Mae and Paul Weiss:

- Paul Weiss will produce to counsel for Lead Plaintiffs and Defendant J. Timothy Howard within 14 days hard copies of (i) all transcripts, memoranda, notes, recordings and/or other documentation of interviews conducted by Paul Weiss in connection with the Investigation that have been provided to the SEC, OFHEO, and/or the Department of Justice, including any exhibits or attachments thereto; (ii) any other materials provided by Paul Weiss to any government agency (e.g. the work plans); and (iii) correspondence between Paul Weiss and any government agency

DC1:689921.1

O'MELVENY & MYERS LLP

Steven M. Salky, Esq., James R. Cummins, Esq., Robert P. Parker, Esq., December 4, 2006 - Page 2

relating to the Investigation. The foregoing would not require Paul Weiss to produce any of the firm's documents and materials not provided to any government agency.

- Plaintiffs and Howard will withdraw their motions to compel without prejudice upon production of the documents specified above.

- Plaintiffs agree to withdraw their request that Paul Weiss identify confidential sources cited in the Paul Weiss Report.

- Plaintiffs and Howard agree that they will not use the fact of the production of any materials pursuant to this letter agreement to support any claim that Paul Weiss or the Company has waived any applicable privilege as to other documents, including, without limitation, the attorney-client, work product or bank examination privileges.

- The parties acknowledge that nothing in this letter is intended to waive or affect, and the parties specifically reserve, all rights, remedies and defenses relating to any future efforts to seek discovery by or between the parties to this agreement, including the service of additional subpoenas. Except as provided in this letter, nothing in this letter shall affect the parties' positions with respect to other documents demanded by subpoenas served on Paul Weiss.

If you are agreeable, please sign and return a copy of this letter to me at your earliest convenience. Thank you for your prompt consideration of this proposal.

Sincerely,

Jeffrey W. Kilduff
of O'MELVENY & MYERS LLP

JWK/tp

AGREED AND ACKNOWLEDGED
this ____ day of December, 2006.

_____
Steven M. Salky, Esq.

_____  12/4/06
Robert P. Parker, Esq.

_____  12/4/06
James R. Cummins, Esq.

DC1:689921.1

O'MELVENY & MYERS LLP

Steven M. Salky, Esq., James R. Cummins, Esq., Robert P. Parker, Esq., December 4, 2006 - Page 2

relating to the Investigation. The foregoing would not require Paul Weiss to produce any of the firm's documents and materials not provided to any government agency.

- Plaintiffs and Howard will withdraw their motions to compel without prejudice upon production of the documents specified above.

- Plaintiffs agree to withdraw their request that Paul Weiss identify confidential sources cited in the Paul Weiss Report.

- Plaintiffs and Howard agree that they will not use the fact of the production of any materials pursuant to this letter agreement to support any claim that Paul Weiss or the Company has waived any applicable privilege as to other documents, including, without limitation, the attorney-client, work product or bank examination privileges.

- The parties acknowledge that nothing in this letter is intended to waive or affect, and the parties specifically reserve, all rights, remedies and defenses relating to any future efforts to seek discovery by or between the parties to this agreement, including the service of additional subpoenas. Except as provided in this letter, nothing in this letter shall affect the parties' positions with respect to other documents demanded by subpoenas served on Paul Weiss.

If you are agreeable, please sign and return a copy of this letter to me at your earliest convenience. Thank you for your prompt consideration of this proposal.

Sincerely,

Jeffrey W. Kilduff
of O'MELVENY & MYERS LLP

JWK/tp

AGREED AND ACKNOWLEDGED
this ____ day of December, 2006.

~~Steven M. Salky, Esq.~~ Eric Delinsky    James R. Cummins, Esq.

Robert P. Parker, Esq.

DC1:689921.1