# EXHIBIT D

## PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1615 L STREET, NW
WASHINGTON, DC 20036-5694
TELEPHONE (202) 223-7300
FACSIMILE (202) 223-7420

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000
FACSIMILE (212) 757-3990

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101
FACSIMILE (81-3) 3597-8120

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300
FACSIMILE (86-10) 6530-9070/9080

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2536-9933
FACSIMILE (852) 2536-9622

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600
FACSIMILE (44 20) 7367 1650

WRITER'S DIRECT DIAL NUMBER
202-223-7334

WRITER'S DIRECT FACSIMILE
202-223-7474

WRITER'S DIRECT E-MAIL ADDRESS
aoh@paulweiss.com

PARTNER RESIDENT IN WASHINGTON
HENK BRANDS
PATRICK S. CAMPBELL
KENNETH A. GALLO
ALEX YOUNG K. OH
ROBERT F. PARKER
JOSEPH J. SIMONS
WARREN R. STERN, OF COUNSEL

PARTNERS NOT RESIDENT IN WASHINGTON
[partner names list]

*NOT AN ACTIVE MEMBER OF THE DC BAR

January 2, 2007

**By Telecopy and Hand**

Andrew Tulumello, Esq.
Gibson Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

Re: *Fannie Mae*

Dear Drew:

As discussed, we hereby notify KPMG that on January 8, 2007 — pursuant to the subpoena *duces tecum* issued by defendant J. Timothy Howard (a copy of which is attached as Exhibit A), and the letter agreement executed by Messrs. Robert P. Parker, Steven M. Salky, Jeffrey W. Kilduff and James R. Cummins on December 4, 2006 (a copy of which is attached as Exhibit B) — Paul Weiss intends to release certain summary memoranda of Paul Weiss's interviews of KPMG personnel ("KPMG memoranda")[1] to Mr. Howard and to the Lead Plaintiffs.

This notice (including the earlier e-mail notice dated December 26, 2006) is being provided pursuant to the access agreement between Paul Weiss and KPMG dated December 1, 2004.

---

[1] The KPMG memoranda relate to interviews of David Britt, Mark Serock, Ron Forster and Pamela Verick-Stone.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Andrew Tulumello, Esq.                                                                                     2

      As I explained in our discussion, the parties who negotiated the December 4, 2006 letter agreement on behalf of Paul Weiss operated under the assumption that the KPMG memoranda were precluded from discovery by Judge Leon's order dated July 28, 2006, which granted KPMG's motion to quash the Lead Plaintiffs' subpoena *duces tecum* directed to Paul Weiss.

      Paul Weiss has been advised by Mr. Howard's counsel, however, that in his view, Judge Leon's order only governs KPMG documents in Paul Weiss's possession and does not control Paul Weiss's interview memoranda. Given this assertion by Mr. Howard's counsel's, and the language of the December 4, 2006 agreement, Paul Weiss will produce the KPMG memoranda in accordance with the subpoena *duces tecum* on January 8, 2007 (the deadline set by Mr. Howard's counsel), pending such steps as KPMG may take to protect its rights in this matter.

      Please advise me before January 8 if you intend to object to our disclosure or take any other action.

                       Very truly yours,

                        Alex Young K. Oh

Attachment

cc:   Robert P. Parker
       Jeffrey W. Kilduff
       Steven M. Salky
       James R. Cummins