

**OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT**
*1700 G STREET NW  WASHINGTON DC 20552  (202) 414-3800*
*Office of General Counsel*

November 17, 2006

VIA FEDERAL EXPRESS

Melanie S. Corwin, Esq.
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202

Eric R. Delinsky, Esq.
Zuckerman Spaeder, LLP
1800 M Street, N.W.
Washington, D.C. 20036



Re:   *In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation*, MDL No. 1688, and *In re Fannie Mae Securities Litigation*, Consolidated Civil Action No. 1:04-cv-01639, D.D.C.

Dear Counsel:

We enclose a CD-ROM containing copies (in PDF format) of 34 transcripts, together with the related exhibits, of formal interviews of Fannie Mae former and current employees conducted by OFHEO in the course of the Special Examination of Fannie Mae.*

The enclosed Index identifies the interviewee, the date(s) of their interview(s), and the associated Bates number ranges (OFHEO-TR-00000001-00008371). These documents are responsive to: Plaintiffs' document request number 3; Mr. Raines's document request number 1; and Mr. Howard's document request number 9. We expect to continue with a rolling production of additional responsive documents.

These materials are confidential, privileged examination documents. The production of these examination materials is subject to Judge Richard J. Leon's order dated October 6, 2006. Any OFHEO document produced by non-party OFHEO, such as the enclosed transcripts and exhibits, is a "Confidential" document under the parties' "Amended Stipulated Pretrial Protective Order," entered on July 6, 2006. That said, the documents are labeled "Confidential;" an omission, if

---

* The specifics of a production protocol for productions going forward are under discussion. That said, future productions by OFHEO may take the same or a different form, depending upon the agreed protocol and the needs of OFHEO.



GOVERNMENT EXHIBIT A

any, of such label would be inadvertent and should not be construed as a waiver of the confidential treatment to be accorded under the protective order.

OFHEO reserves all applicable privileges, including the examination/supervision privilege. Thus, OFHEO does not waive any privilege on behalf of Fannie Mae where, to our knowledge, Fannie Mae has not waived any privileges or immunities that it may have or assert. The production of examination documents containing or reflecting Fannie Mae information, which may be subject to a claim of privilege or other protection from disclosure by Fannie Mae, including work product immunity, the attorney-client privilege, or the self-evaluation privilege, among others, should not be construed as a waiver of any such immunity or privilege, or as a waiver of the examination privilege. Accordingly, the production by OFHEO of any OFHEO document (or, as stated, any Fannie Mae document) that may be subject to or protected from disclosure under a claim of privilege is not intended to constitute a waiver of any immunity or privilege as to any portion of that document or any other document, communication, or information, whether involving the same or different subject matter.

OFHEO reserves all objections to the parties' respective requests for documents and the form of the parties' protective order.

Finally, we request that this letter and all other materials produced by OFHEO be afforded confidential treatment under the parties' protective order. Should any person request access to the information referred to herein, and should no other basis appear to exist for withholding such information, OFHEO must be notified and afforded an opportunity to assert its privileges, objections, and request for confidential treatment. If any further steps are required to secure confidential treatment of these documents, please notify me.

Sincerely,

Charlotte A. Reid
Associate General Counsel


Enclosures


cc:   John Truong (w/o encl)

## Index: First Production – OFHEO Interview Transcripts

| Interviewee | Date | Beginning Bates | Ending Bates |
|---|---|---|---|
| Barbieri, Al | 11/10/04 | OFHEO-TR-00000001 | OFHEO-TR-00000202 |
| Barnes, Roger | 9/1/04 | OFHEO-TR-00000203 | OFHEO-TR-00000417 |
| Eilers, Ann | 7/23/04 | OFHEO-TR-00000418 | OFHEO-TR-00000726 |
| Gangisetty, Venkat | 11/12/04 | OFHEO-TR-00000727 | OFHEO-TR-00000894 |
| Juliane, Jeffrey M. | 6/8/04 | OFHEO-TR-00000895 | OFHEO-TR-00001204 |
| Juliane, Jeffrey | 8/31/04 | OFHEO-TR-00001205 | OFHEO-TR-00001507 |
| Lawler, Tom | 6/24/04 | OFHEO-TR-00001508 | OFHEO-TR-00001733 |
| Lewers, Mary M. | 7/13/04 | OFHEO-TR-00001734 | OFHEO-TR-00002079 |
| Patel, Mona | 9/8/04 | OFHEO-TR-00002080 | OFHEO-TR-00002230 |
| Pennewell, Janet (exhibits first) | 6/15/04 | OFHEO-TR-00002231 | OFHEO-TR-00002535 |
| Pennewell, Janet | 10/28/04 | OFHEO-TR-00002536 | OFHEO-TR-00002801 |
| Philip, Joyce | 7/21/04 | OFHEO-TR-00002802 | OFHEO-TR-00003073 |
| Quinn, William | 7/26/04 | OFHEO-TR-00003074 | OFHEO-TR-00003252 |
| Salfi, Paul | 10/26/04 | OFHEO-TR-00003253 | OFHEO-TR-00003709 |
| Skinner, Michelle | 12/2/04 | OFHEO-TR-00003710 | OFHEO-TR-00003911 |
| Skladony, Katarina | 8/26/04 | OFHEO-TR-00003912 | OFHEO-TR-00004080 |
| Spencer, Leanne | 6/21/04 | OFHEO-TR-00004081 | OFHEO-TR-00004297 |
| Spencer, Leanne | 8/12/04 | OFHEO-TR-00004298 | OFHEO-TR-00004542 |
| Stawarz, Richard | 12/14/04 | OFHEO-TR-00004543 | OFHEO-TR-00004832 |
| Wells, Patricia | 11/30/04 | OFHEO-TR-00004833 | OFHEO-TR-00005088 |
| Amato, Joseph | 1/11/06 | OFHEO-TR-00005089 | OFHEO-TR-00005327 |

| Interviewee | Date | Beginning Bates | Ending Bates |
|---|---|---|---|
| Douthit, Matthew | 12/15/04 | OFHEO-TR-00005328 | OFHEO-TR-00005597 |
| Niculescu, Peter | 6/9/05 | OFHEO-TR-00005598 | OFHEO-TR-00005796 |
| Quinn, William | 2/24/06 | OFHEO-TR-00005797 | OFHEO-TR-00006041 |
| Quinn, William | 6/3/05 | OFHEO-TR-00006042 | OFHEO-TR-00006231 |
| Rajappa, Sam | 6/17/04 | OFHEO-TR-00006232 | OFHEO-TR-00006519 |
| Ross, Shawn | 5/25/05 | OFHEO-TR-00006520 | OFHEO-TR-00006709 |
| Sarkani, Shahryar | 11/4/04 | OFHEO-TR-00006710 | OFHEO-TR-00006965 |
| Small, Lawrence | 2/10/06 | OFHEO-TR-00006966 | OFHEO-TR-00007193 |
| Spencer, Leanne | 12/9/04 | OFHEO-TR-00007194 | OFHEO-TR-00007404 |
| Gerrity, Thomas P. | 2/28/06 | OFHEO-TR-00007405 | OFHEO-TR-00007547 |
| Rudin, Lorrie | 1/31/06 | OFHEO-TR-00007548 OFHEO-TR-00008370 | OFHEO-TR-00007860 OFHEO-TR-00008371 |
| Boyles, Jonathan | 8/3/04 | OFHEO-TR-00007861 | OFHEO-TR-00008170 |
| Ashley, Stephen | 4/20/06 | OFHEO-TR-00008171 | OFHEO-TR-00008369 |

2