

**OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT**
*1700 G STREET NW  WASHINGTON DC 20552  (202) 414-3800*
Office of General Counsel

December 6, 2006

Mr. John Capasso
Barrister Digital Solutions
1090 Vermont Ave., NW, Suite 1250
Washington, DC  20005

    Re:    Document Production of Examination Work Papers

Dear John:

    In accordance with our previous discussions and your agreement with Zuckerman Spaeder and Williams & Connolly, we provide to you the OFHEO documents, which are contained in binders and folders and are described in the enclosed index, that are responsive to the parties' requests for annual examination work papers for the years 1995- 2003.

    We understand that you will image the documents, Bates label them sequentially beginning with OFHEO_EWP_000000001, and will also label them "Confidential – Subject to Protective Order." Please return the original documents in the same order as they were provided to you along with one set of labeled images on CD-ROM(s). We also understand that you are to provide a copy of the CD-ROM(s) to counsel for Defendants Raines and Howard, as they separately have instructed you. Finally, it is our understanding that Defendants Raines and Howard are to bear the costs of the production, with the exception that OFHEO is to pay for the CD-ROM(s) we receive.

    Please note that these documents are extremely sensitive and it is important to keep them in the order in which they were provided to you in order to maintain the integrity of OFHEO official documentation. Equally important is maintaining confidentiality regarding these documents.

    We appreciate your assistance in this matter, and look forward to working with you throughout this discovery process. Please call me at 202-414-3750, if you have any questions concerning this matter.

Sincerely,

David A. Felt
Deputy General Counsel





**OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT**
*1700 G STREET NW  WASHINGTON DC 20552  (202) 414-3800*
*Office of General Counsel*

December 6, 2006

Mr. John Capasso
Barrister Digital Solutions
1090 Vermont Ave., NW, Suite 1250
Washington, DC  20005

    Re:    Document Production of Formal Interview Transcripts

Dear John:

    In accordance with our previous discussions and your agreement with Zuckerman Spaeder and Williams & Connolly, we are providing to you, in two boxes, formal interview transcripts as described in the respective cover letters. You are to image the documents, Bates label them sequentially beginning with OFHEO_TR_000008372, and will also label them "Confidential – Subject to Protective Order." Please return the original documents in the same order as they were provided to you along with one set of labeled images on CD-ROM(s).

    We also understand that you are to provide a copy of the CD-ROM(s) to counsel for Defendants Raines and Howard, as they separately have instructed you. Finally, it is our understanding that Defendants Raines and Howard are to bear the costs of the production, with the exception that OFHEO is to pay for the CD-ROM(s) we receive.

    These documents are responsive to the parties' respective requests for transcripts of formal interviews taken in connection with the Special Examination of Fannie Mae. These documents are to be maintained as confidential.

    We appreciate your assistance in this matter, and look forward to working with you throughout this discovery process. Please call Charlotte A. Reid at 202-414-3810, if you have any questions concerning this matter.

                                                      Sincerely,

                                                      David A. Felt
                                                      Deputy General Counsel