**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04-cv-01639 (RJL) |
| FRANKLIN MANAGED TRUST *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION *et al.*, <br><br> *Defendants*. | No. 1:06-cv-00139 (RJL) |

**REPLY MEMORANDUM OF DEFENDANT KPMG LLP IN FURTHER
SUPPORT OF RENEWED MOTION OF KPMG TO QUASH IN PART
SUBPOENAS OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP AND OPPOSITION IN PART TO MOTIONS TO COMPEL OF
LEAD PLAINTIFFS AND DEFENDANT J. TIMOTHY HOWARD**

Mr. Howard contends that that the discovery stay of the Private Securities Litigation Reform Act of 1995 protects the very documents attached to and discussed in memoranda summarizing interviews of KPMG LLP personnel, but that it does not protect the memoranda themselves. *See* Howard Opp. at 4-5, 6 n.2. That position is meritless. Just like the documents provided to Paul Weiss, the voluntary interviews KPMG gave to Paul Weiss conveyed "information" to Paul Weiss that is protected under KPMG's access agreement with Paul Weiss and therefore also under the PSLRA stay. KPMG Mem. at 5-6.

This Court ruled as much when it granted KPMG's earlier motion to quash. That motion sought to quash Lead Plaintiffs' subpoena to the extent it sought any "information" (in addition to "documents") KPMG provided to Paul Weiss. *See* D.E. 138. Mr. Howard does not deny that

KPMG's motion to quash asked the Court to preclude discovery of both "documents" and "information" provided to Paul Weiss. That, in fact, should be the end of the matter.

Mr. Howard contends that this Court granted only ***part*** of KPMG's motion—the part that asked the Court to quash the subpoena to the extent it sought "documents." Howard Opp. at 4-5. But the Court's minute order ***granted*** the motion ***in full***, and the motion expressly extended to "information" ***in addition to*** "documents." *See* D.E. 138. Indeed, KPMG would have been denied meaningful relief had the Court narrowly construed the stay to apply only to "documents." Such a rule would have allowed Lead Plaintiffs and Mr. Howard, among other things, to take depositions of KPMG during the pendency of the motion to dismiss. That is clearly not what the Court envisioned.

Mr. Howard urges the Court to interpret its earlier ruling narrowly based on a selective quotation from KPMG's briefing on the PSLRA stay issues. Mr. Howard contends that, in its memoranda in support of the motion to quash, KPMG argued that "the PSLRA stay ***merely*** 'precludes discovery of *documents KPMG provided to Paul Weiss . . .*'" Howard Opp. at 5. That, of course, mischaracterizes KPMG's briefing. KPMG nowhere contended that the PSLRA stay "merely" protected "documents" but not "information" provided to Paul Weiss—the word "merely" is Mr. Howard's embellishment on the KPMG quotation. The briefing elsewhere repeatedly and expressly contends that the access agreement with Paul Weiss protects ***any*** "information from Paul Weiss that Paul Weiss obtained from KPMG." D.E. 138, at 16. That was the argument presented to the Court on the motion to quash, and the Court granted the motion.

Mr. Howard also asserts that KPMG did not retain legal access and control over the Paul Weiss interview memoranda, apparently because Paul Weiss "generated," "created," or

"prepared" them.  Howard Opp. at 5.  But KPMG's access agreement with Paul Weiss makes clear that KPMG retains legal control over "information" provided by KPMG personnel to Paul Weiss—even if contained in documents "generated," "created," or "prepared," by Paul Weiss. *See* D.E. 138 Exhibit 1, at 2 (making clear that KPMG retained legal control over "documents" obtained from KPMG and "information" obtained "from KPMG personnel").  There is no question that interview memoranda summarizing interviews of KPMG personnel constitute "information" within the meaning of the access agreement.  They are therefore protected by the PSLRA stay.  KPMG Mem. at 5.

## CONCLUSION

For the foregoing reasons, as well as those stated in KPMG's opening memorandum, KPMG respectfully requests that this Court enter an order clarifying that the PSLRA discovery stay precludes Paul Weiss from producing any information Paul Weiss obtained from KPMG personnel, including notes and summaries of such interviews.

Dated:  January 22, 2007

Respectfully submitted,

/s/ Andrew S. Tulumello
F. Joseph Warin (D.C. Bar No. 235978)
Andrew S. Tulumello (D.C. Bar No. 468351)
Melanie L. Katsur (D.C. Bar No. 484969)
Henry C. Whitaker (D.C. Bar No. 499210)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for KPMG LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused copies of the foregoing to be transmitted on January 22, 2007, to the following counsel registered to receive electronic service:

Joshua S. Devore
Steven J. Toll
Matthew K. Handley
Daniel S. Sommers
Cohen, Milstein, Hausfeld & Toll P.L.L.C
West Tower, Suite 500
1100 New York Ave., N.W.
Washington, D.C. 20005
*Counsel for Plaintiffs Vincent Vinci*; *State Teachers Retirement System of Ohio*; *Anne E. Flynn*; *Robert L. Garber*

James R. Cummins
Melanie S. Corwin
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
*Counsel for Plaintiffs Ohio Public Employees Retirement System*; *State Teachers Retirement System of Ohio*

Julie A. Richmond
Kathleen M. Donovan-Maher
Jeffery C. Block
Joseph C. Merchman
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02190
*Counsel for Plaintiffs Ohio Public Employees Retirement System*; *State Teachers Retirement System of Ohio*

Alan J. Statman
Jeffery P. Harris
Statman, Harris & Eyrich LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
*Counsel for Plaintiffs Ohio Public Employees Retirement System*; *State Teachers Retirement System of Ohio*

Frank J. Johnson
Brett M. Weaver
Law Office of Frank J. Johnson
402 W. Broadway 27th Floor
San Diego, CA 92101
*Counsel for Plaintiff Sassan Shahrokhinia*

Robert W. Liles
Martyn Liles, PLLC
1054 31st Street, N.W.
Suite 415
Washington, D.C. 20007
*Counsel for Plaintiff Sassan Shahrokhinia*

Stuart M. Grant
Christine M. MacKintosh
Megan D. McIntyre
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801
*Counsel for the Franklin Templeton Plaintiffs*

Jeffrey W. Kilduff
Seth A. Aronson
Michael J. Walsh, Jr.
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
*Counsel for Fannie Mae, Thomas P. Gerrity, Taylor C. Segue, III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl*

Kevin M. Downey
Alex G. Romain
Daniel N. Marx
Joseph M. Terry, Jr.
Michelle D. Schwartz
Matthew L. Fore
John E. Clabby
Ilana T. Buschkin
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5091
*Counsel for Defendant Franklin D. Raines*

Steven M. Salky
Eric R. Delinsky
Ellen D. Marcus
Holly Ann Pal
Tammy Gershoni
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036-2638
*Counsel for Defendant Timothy J. Howard*

David S. Krakoff
Christopher F. Regan
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
*Counsel for Defendant Leanne G. Spencer*

David I. Ackerman
Bingham McCutchen, LLP
2020 K Street, N.W.
Washington, D.C. 20006

James Hamilton
Swidler Berlin LLP
3000 K Street, N.W. Suite 300
Washington, D.C. 20007
*Counsel for Defendant Joe Pickett*

Erica Lynne Salmon
Cristen E. Sikes
Piper, Rudnick, Gray & Carey LLP
1200 19th Street, N.W. Suite 700
Washington, D.C. 20036
*Counsel for Defendants Stephen B. Ashley, Donald B. Marron, and Ann Korologos*

Julie E. Guttman
Baker Botts LLP
The Warner
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
*Counsel for Defendant Jamie S. Gorelick*

Fred F. Fielding
Barbara Van Gelder
Wiley Rein & Fielding LLP
1776 K Street, N.W.
Washington, D.C. 20006
*Counsel for Defendants Anne M. Mulcahy and*
*Frederic V. Malek*

Daryl Andrew Libow
Richard H. Klapper
Michael T. Tomaino, Jr.
Daniel H.R. Laguardia
Jeremy C. Bates
Patrice A. Rouse
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
*Counsel for Goldman Sachs*

Shannon Ratliff
Ratliff Law Firm
600 Congress Avenue
Suite 3100
Austin, TX 78701
*Counsel for Manuel Justiz*

Daniel John Healy
John H. Doyle, III
Rhonda D. Orin
Anderson Kill & Olick LLP
2100 M Street, N.W. Suite 650
Washington, D.C. 20037
*Counsel for Defendant Leslie Rahl*

James D. Wareham
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
*Counsel for Defendant Daniel H. Mudd*

David Smith
Dionna K. Litvin
Jonathan S. Liss
Schnader Harrison Segal & Lewis LLP
1600 Market Street
Philadelphia, PA 19103-7286

Jonathan Michael Stern
Schnader Harrison Segal & Lewis LLP
2001 Pennsylvania Ave., N.W.
Washington, D.C. 20006
*Counsel for Radian Group Inc.*

Rachelle M. Barstow
Robert M. Romano
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Patrick D. Conner
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave. N.W.
Washington, D.C. 20004
*Counsel for Defendant Thomas P. Gerrity*

/s/ Henry C. Whitaker
Henry C. Whitaker

3