IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04-cv-01639 (RJL) |

## NOTICE OF APPEARANCE OF MELANIE L. KATSUR

To the Clerk and all parties of record:

Please note my appearance in this action on behalf of KPMG LLP.

Respectfully submitted this 22nd day of January 2007.

/s/ Melanie L. Katsur
Melanie L. Katsur (D.C. Bar No. 484969)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, D.C.  20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for KPMG LLP*

## CERTIFICATE OF SERVICE

I hereby certify that I caused electronic copies of the foregoing to be transmitted on January 22, 2007, to the following counsel registered to receive electronic service:

Joshua S. Devore
Steven J. Toll
Matthew K. Handley
Daniel S. Sommers
Cohen, Milstein, Hausfeld & Toll P.L.L.C
West Tower, Suite 500
1100 New York Ave., N.W.
Washington, D.C. 20005
*Counsel for Plaintiffs Vincent Vinci; State Teachers Retirement System of Ohio; Anne E. Flynn; Robert L. Garber*

James R. Cummins
Melanie S. Corwin
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Julie A. Richmond
Kathleen M. Donovan-Maher
Jeffery C. Block
Joseph C. Merchman
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02190
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Alan J. Statman
Jeffery P. Harris
Statman, Harris & Eyrich LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Frank J. Johnson
Brett M. Weaver
Law Office of Frank J. Johnson
402 W. Broadway 27th Floor
San Diego, CA 92101
*Counsel for Plaintiff Sassan Shahrokhinia*

Robert W. Liles
Martyn Liles, PLLC
1054 31st Street, N.W.
Suite 415
Washington, D.C. 20007
*Counsel for Plaintiff Sassan Shahrokhinia*

| | |
|---|---|
| Stuart M. Grant<br>Christine M. MacKintosh<br>Megan D. McIntyre<br>Grant & Eisenhofer, P.A.<br>Chase Manhattan Centre<br>1201 N. Market Street<br>Wilmington, DE 19801<br>*Counsel for the Franklin Templeton Plaintiffs* | Jeffrey W. Kilduff<br>Seth A. Aronson<br>Michael J. Walsh, Jr.<br>O'Melveny & Myers LLP<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006<br>*Counsel for Fannie Mae, Thomas P. Gerrity, Taylor C. Segue, III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl* |
| Kevin M. Downey<br>Alex G. Romain<br>Daniel N. Marx<br>Joseph M. Terry, Jr.<br>Michelle D. Schwartz<br>Matthew L. Fore<br>John E. Clabby<br>Ilana T. Buschkin<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005-5091<br>*Counsel for Defendant Franklin D. Raines* | Steven M. Salky<br>Eric R. Delinsky<br>Ellen D. Marcus<br>Holly Ann Pal<br>Tammy Gershoni<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W., Suite 1000<br>Washington, D.C. 20036-2638<br>*Counsel for Defendant Timothy J. Howard* |
| David S. Krakoff<br>Christopher F. Regan<br>Mayer, Brown, Rowe & Maw LLP<br>1909 K Street, N.W.<br>Washington, D.C. 20006-1101<br>*Counsel for Defendant Leanne G. Spencer* | David I. Ackerman<br>Bingham McCutchen, LLP<br>2020 K Street, N.W.<br>Washington, D.C. 20006<br><br>James Hamilton<br>Swidler Berlin LLP<br>3000 K Street, N.W. Suite 300<br>Washington, D.C. 20007<br>*Counsel for Defendant Joe Pickett* |
| Erica Lynne Salmon<br>Cristen E. Sikes<br>Piper, Rudnick, Gray & Carey LLP<br>1200 19th Street, N.W. Suite 700<br>Washington, D.C. 20036<br>*Counsel for Defendants Stephen B. Ashley, Donald B. Marron, and Ann Korologos* | Julie E. Guttman<br>Baker Botts LLP<br>The Warner<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2400<br>*Counsel for Defendant Jamie S. Gorelick* |

2

Fred F. Fielding  
Barbara Van Gelder  
Wiley Rein & Fielding LLP  
1776 K Street, N.W.  
Washington, D.C. 20006  
*Counsel for Defendants Anne M. Mulcahy and Frederic V. Malek*

Daryl Andrew Libow  
Richard H. Klapper  
Michael T. Tomaino, Jr.  
Daniel H.R. Laguardia  
Jeremy C. Bates  
Patrice A. Rouse  
Sullivan & Cromwell LLP  
125 Broad Street  
New York, NY 10004-2498  
*Counsel for Goldman Sachs*

Shannon Ratliff  
Ratliff Law Firm  
600 Congress Avenue  
Suite 3100  
Austin, TX 78701  
*Counsel for Manuel Justiz*

Daniel John Healy  
John H. Doyle, III  
Rhonda D. Orin  
Anderson Kill & Olick LLP  
2100 M Street, N.W. Suite 650  
Washington, D.C. 20037  
*Counsel for Defendant Leslie Rahl*

James D. Wareham  
Paul, Hastings, Janofsky & Walker LLP  
875 15th Street, N.W.  
Washington, D.C. 20005  
*Counsel for Defendant Daniel H. Mudd*

David Smith  
Dionna K. Litvin  
Jonathan S. Liss  
Schnader Harrison Segal & Lewis LLP  
1600 Market Street  
Philadelphia, PA 19103-7286

Jonathan Michael Stern  
Schnader Harrison Segal & Lewis LLP  
2001 Pennsylvania Ave., N.W.  
Washington, D.C. 20006  
*Counsel for Radian Group Inc.*

Rachelle M. Barstow  
Robert M. Romano  
Morgan, Lewis & Bockius LLP  
101 Park Avenue  
New York, NY 10178-0060

Patrick D. Conner  
Morgan, Lewis & Bockius LLP  
1111 Pennsylvania Ave. N.W.  
Washington, D.C. 20004  
*Counsel for Defendant Thomas P. Gerrity*

/s/ Melanie L. Katsur  
Melanie L. Katsur

3