## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In Re Federal National Mortgage Assoc. Securities, Derivative, and "ERISA" Lit. | ) ) ) ) | MDL No. 1688 |
|  |  |  |
| In Re Fannie Mac Securities Lit. | ) ) ) | Consolidated Action: 04-1639 (RJL) |

### OFHEO'S MOTION TO RESCHEDULE
### THE FEBRUARY 16, 2007 HEARING

Pursuant Fed. R. Civ. P. 6(b), the Office of Federal Housing Enterprise Oversight ("OFHEO") respectfully requests that the Court reschedule the February 16, 2007 Hearing. See Jan. 26, 2007 Minute Order. Pursuant to Local Rule 7(m), counsel for OFHEO, Mr. Howard, and Mr. Raines conferred, and they do not oppose this Motion. The undersigned also conferred with other defendants and they do not oppose this Motion.

The undersigned reached out to Plaintiffs' counsel but at the time of this filing the undersigned has not heard from Plaintiffs. Specifically, on January 29, 2007, the undersigned sent an e-mail to Ms. Melanie Corwin (one of Plaintiffs' counsel)[1] explaining the need to reschedule the hearing. On the next day, January 30, 2007, the undersigned followed up and left her a voicemail but Ms. Corwin has not responded to the undersigned. The undersigned then reached out to Mr. Jim Cummins (another Plaintiffs' counsel) but, to date, has not heard from him. The undersigned waited until today to file this Motion hoping to hear from Plaintiffs'

---

[1] Ms. Corwin has been the point person with whom the undersigned regularly communicates involving document productions in this matter.

counsel.

There is good cause to grant this Motion. At the close of the status conference on January 25, 2007, the Court set another hearing on February 16, 2007, to hear arguments on Defendant Raines' Motion to Compel Compliance and Motion to Show Cause. See Jan. 26, 2007 Minute Order. At that time, the undersigned did not realize that he had a schedule conflict. More particular, the undersigned has a non-refundable airplane ticket going to Los Angeles, California, to visit his family for Chinese New Year. The undersigned is scheduled to leave on Thursday February 15, 2007, and will not return to Washington, D.C., until Monday February 19, 2007.

Defendants and OFHEO are generally available for a hearing on the two above-referenced motions at anytime during the weeks of February 19th, February 26th (except for February 27 - 29, 2007) , and March 2nd.[2] If the Court sets the hearing on a Friday, one of the defense counsel respectfully requests that – for religious reasons – the Court not set the hearing later than 1:00pm (as a start time).

---

[2]     The undersigned has a jury trial in Adams v. Mineta, No. 04-856 (RBW) before Judge Walton from March 5 - 9, 2007.

     For the foregoing reasons, the Court should grant OFHEO's Motion to Reschedule the February 16, 2007 hearing.

Dated: January 31, 2007.                    Respectfully Submitted,

                                                /s/   Jeffrey A. Taylor
                                       JEFFREY A. TAYLOR, D.C. BAR # 498610
                                       United States Attorney

                                                /s/   Rudolph Contreras
                                       RUDOLPH CONTRERAS, D.C. BAR #434122
                                       Assistant United States Attorney

                                                /s/   John C. Truong
                                       JOHN C. TRUONG, D.C. BAR #465901
                                       Assistant United States Attorney
                                       555 Fourth Street, N.W.
                                       Washington, D.C.  20530
                                       (202) 307-0406

                                       Attorneys for Office of Federal Housing
                                       Enterprise Oversight.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In Re Federal National Mortgage Assoc. Securities, Derivative, and "ERISA" Lit. | ) ) ) ) ) | MDL No. 1688 |
| In Re Fannie Mac Securities Lit. | ) ) ) ) | Consolidated Action: 04-1639 (RJL) |

### ORDER

Upon consideration of the Office of Federal Housing Enterprise Oversight's Motion to Reschedule the February 16, 2007 Hearing and the entire record herein, it is this_____ day of _____, 2007,

ORDERED that the Office of Federal Housing Enterprise Oversight's Motion to Reschedule the February 16, 2007 Hearing be and is hereby GRANTED; and it is

FURTHER ORDERED that the February 16th Hearing be and is hereby RESCHEDULED to _____ , at _____am/pm.

SO ORDERED.

_____

U.S. District Judge