IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04-cv-01639 (RJL) |
| FRANKLIN MANAGED TRUST *et al.*, *Plaintiffs*, v. FEDERAL NATIONAL MORTGAGE ASSOCIATION *et al.*, *Defendants*. | No. 1:06-cv-00139 (RJL) |

## NOTICE OF MOTION

KPMG has filed the attached motion to consolidate in *Fannie Mae v. KPMG LLP*, No. 1:06cv02111 (RJL) (docket entry 14).

Dated: March 2, 2007

Respectfully submitted,

/s/ Andrew S. Tulumello
F. Joseph Warin (D.C. Bar No. 235978)
Andrew S. Tulumello (D.C. Bar No. 468351)
Claudia M. Osorio (D.C. Bar No. 477594)
Melanie L. Katsur (D.C. Bar No. 484969)
Henry C. Whitaker (D.C. Bar No. 499210)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for KPMG LLP*

**CERTIFICATE OF SERVICE**

       I hereby certify that I caused copies of the foregoing to be transmitted on March 2, 2007, to the following counsel registered to receive electronic service:

| | |
|---|---|
| Joshua S. Devore<br>Steven J. Toll<br>Matthew K. Handley<br>Daniel S. Sommers<br>Cohen, Milstein, Hausfeld & Toll P.L.L.C<br>West Tower, Suite 500<br>1100 New York Ave., N.W.<br>Washington, D.C. 20005<br>*Counsel for Plaintiffs Vincent Vinci*; *State Teachers Retirement System of Ohio*; *Anne E. Flynn; Robert L. Garber* | James R. Cummins<br>Melanie S. Corwin<br>Jean Marie Geoppinger<br>Waite, Schneider, Bayless & Chesley Co., L.P.A.<br>1513 Fourth & Vine Tower<br>One West Fourth Street<br>Cincinnati, OH 45202<br>*Counsel for Plaintiffs Ohio Public Employees Retirement System*; *State Teachers Retirement System of Ohio* |
| Julie A. Richmond<br>Kathleen M. Donovan-Maher<br>Jeffery C. Block<br>Joseph C. Merchman<br>Berman Devalerio Pease Tabacco Burt & Pucillo<br>One Liberty Square<br>Boston, MA 02190<br>*Counsel for Plaintiffs Ohio Public Employees Retirement System*; *State Teachers Retirement System of Ohio* | Alan J. Statman<br>Jeffery P. Harris<br>Statman, Harris & Eyrich LLC<br>3700 Carew Tower<br>441 Vine Street<br>Cincinnati, OH 45202<br>*Counsel for Plaintiffs Ohio Public Employees Retirement System*; *State Teachers Retirement System of Ohio* |
| Frank J. Johnson<br>Brett M. Weaver<br>Law Office of Frank J. Johnson<br>402 W. Broadway 27th Floor<br>San Diego, CA 92101<br>*Counsel for Plaintiff Sassan Shahrokhinia* | Robert W. Liles<br>Liles Parker PLLC<br>1054 31st Street, N.W.<br>Suite 415<br>Washington, D.C. 20007<br>*Counsel for Plaintiff Sassan Shahrokhinia* |

Stuart M. Grant  
Megan D. McIntyre  
Christine M. MacKintosh  
Grant & Eisenhofer, P.A.  
Chase Manhattan Centre  
1201 N. Market Street  
Wilmington, DE 19801  
*Counsel for the Franklin Templeton Plaintiffs*

Jeffrey W. Kilduff  
Seth A. Aronson  
Michael J. Walsh, Jr.  
O'Melveny & Myers LLP  
1625 Eye Street, N.W.  
Washington, D.C. 20006  
*Counsel for Fannie Mae, Thomas P. Gerrity, Taylor C. Segue, III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl*

Kevin M. Downey  
Alex G. Romain  
Daniel N. Marx  
Joseph M. Terry, Jr.  
Michelle D. Schwartz  
Matthew L. Fore  
John E. Clabby  
Ilana T. Buschkin  
Williams & Connolly LLP  
725 Twelfth Street, N.W.  
Washington, D.C. 20005-5091  
*Counsel for Defendant Franklin D. Raines*

Steven M. Salky  
Eric R. Delinsky  
Ellen D. Marcus  
Holly Ann Pal  
Tammy Gershoni  
Richard M. Clark  
Zuckerman Spaeder LLP  
1800 M Street, N.W., Suite 1000  
Washington, D.C. 20036-2638  
*Counsel for Defendant Timothy J. Howard*

David S. Krakoff  
Christopher F. Regan  
Adam B. Miller  
Mayer, Brown, Rowe & Maw LLP  
1909 K Street, N.W.  
Washington, D.C. 20006-1101  
*Counsel for Defendant Leanne G. Spencer*

David I. Ackerman  
Bingham McCutchen, LLP  
2020 K Street, N.W.  
Washington, D.C. 20006

James Hamilton  
Swidler Berlin LLP  
3000 K Street, N.W. Suite 300  
Washington, D.C. 20007  
*Counsel for Defendant Joe Pickett*

Erica Lynne Salmon  
Cristen E. Sikes  
Piper, Rudnick, Gray & Carey LLP  
1200 19th Street, N.W. Suite 700  
Washington, D.C. 20036  
*Counsel for Defendants Stephen B. Ashley, Donald B. Marron, and Ann Korologos*

Julie E. Guttman  
Nicholas A. Brady  
Baker Botts LLP  
The Warner  
1299 Pennsylvania Ave., N.W.  
Washington, D.C. 20004-2400  
*Counsel for Defendant Jamie S. Gorelick*

Fred F. Fielding  
Barbara Van Gelder  
Wiley Rein & Fielding LLP  
1776 K Street, N.W.  
Washington, D.C. 20006  
*Counsel for Defendants Anne M. Mulcahy and Frederic V. Malek*

Daryl Andrew Libow  
Richard H. Klapper  
Michael T. Tomaino, Jr.  
Daniel H.R. Laguardia  
Jeremy C. Bates  
Patrice A. Rouse  
Sullivan & Cromwell LLP  
125 Broad Street  
New York, NY 10004-2498  
*Counsel for Goldman Sachs*

Shannon Ratliff  
Ratliff Law Firm  
600 Congress Avenue  
Suite 3100  
Austin, TX 78701  
*Counsel for Manuel Justiz*

Daniel John Healy  
John H. Doyle, III  
Rhonda D. Orin  
Anderson Kill & Olick LLP  
2100 M Street, N.W. Suite 650  
Washington, D.C. 20037  
*Counsel for Defendant Leslie Rahl*

James D. Wareham  
Paul, Hastings, Janofsky & Walker LLP  
875 15th Street, N.W.  
Washington, D.C. 20005  
*Counsel for Defendant Daniel H. Mudd*

David Smith  
Dionna K. Litvin  
Jonathan S. Liss  
Schnader Harrison Segal & Lewis LLP  
1600 Market Street  
Philadelphia, PA 19103-7286

Jonathan Michael Stern  
Schnader Harrison Segal & Lewis LLP  
2001 Pennsylvania Ave., N.W.  
Washington, D.C. 20006  
*Counsel for Radian Group Inc.*

Rachelle M. Barstow  
Robert M. Romano  
Morgan, Lewis & Bockius LLP  
101 Park Avenue  
New York, NY 10178-0060

Patrick D. Conner  
Morgan, Lewis & Bockius LLP  
1111 Pennsylvania Ave. N.W.  
Washington, D.C. 20004  
*Counsel for Defendant Thomas P. Gerrity*

/s/ Henry C. Whitaker  
    Henry C. Whitaker

4