## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "Erisa" Litigation | MDL No. 1668 |
| In re Fannie Mae Securities Litigation | Case No. 1:04-cv-01639 (RJL) |
| In re Fannie Mae Derivative Litigation | Case No. 1:04-cv-01783 (RJL) |
| Evergreen Equity Trust, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>Federal National Mortgage Association, *et al.*; <br><br>Defendants. | Case No. 1:06CV00082 (RJL) |
| Franklin Managed Trust, *et al.* <br><br>Plaintiffs, <br><br>v. <br><br>Federal National Mortgage Association, *et al.* <br><br>Defendants. | Case No. 1:06CV00139 (RJL) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that, pursuant to Local Rule 83.6(b), Daniel J.

Healy of Anderson Kill & Olick, L.L.P. hereby withdraws his appearance as

counsel for Defendant Leslie Rahl in the above-captioned cases. John H. Doyle,

2

III of Anderson Kill & Olick, P.C. and Rhonda D. Orin of Anderson Kill & Olick,

L.L.P. will continue to represent Ms. Rahl in those cases.  Please remove Mr.

Healy from the service lists in those cases.

_____
Daniel J. Healy

_____
Leslie Rahl

Respectfully submitted,


_____/s/ Rhonda D. Orin_____
Rhonda D. Orin (Bar # 439216)
Anderson Kill & Olick, LLP
2100 M. Street, NW
Suite 650
Washington, DC  20037
Tel:  (202) 218-0040
Fax: (202) 218-0055

## CERTIFICATE OF SERVICE

I certify that on March 9, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this case who are registered on the CM/ECF.

_/s/ Rhonda D. Orin_
Rhonda D. Orin