UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re Fannie Mae Securities Litigation | ) ) ) | Consolidated Civil Action No. 1:04-cv-1639 (RJL) |
| Evergreen Equity Trust, *et al.*,<br><br>                Plaintiffs,<br><br>           v.<br><br>Federal National Mortgage Association, *et al.*,<br><br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:06-cv-00082 (RJL) |
| Franklin Managed Trust, *et al.*,<br><br>                Plaintiffs,<br><br>           v.<br><br>Federal National Mortgage Association, *et al.*,<br><br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:06-cv-00139 (RJL) |

**DECLARATION OF MEGAN D. MCINTYRE IN SUPPORT OF
THE EVERGREEN PLAINTIFFS' AND FRANKLIN PLAINTIFFS'
SUPPLEMENTAL SUBMISSION IN OPPOSITION TO THE
MOTIONS TO DISMISS BY FANNIE MAE, THE DIRECTOR DEFENDANTS,
RADIAN GUARANTY, AND DEFENDANTS HOWARD, RAINES, AND SPENCER**

I, Megan D. McIntyre, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a director of Grant & Eisenhofer P.A., counsel for Plaintiffs Evergreen Equity Trust, et al. and Plaintiffs Franklin Managed Trust, et al. in the above-referenced actions.

2. I make this declaration in support of the Evergreen Plaintiffs' and Franklin Plaintiffs' Supplemental Submission in Opposition to the Motions to Dismiss by Fannie Mae, the Director Defendants, Radian Guaranty, and Defendants Howard, Raines, and Spencer.

3. Exhibit A to this declaration is a true and correct copy of the Financial Institutions' Opposition to Fleming & Associates, LLP's Motion for Leave to File Amended Complaints, from the case of *In re Enron Corp. Securities Litigation*, MDL Dkt. No. 1446 (S.D. Tex.).

4. Exhibit B to this declaration is a true and correct copy of an excerpt (pages 280-301) from the Report of the Special Examination of Fannie Mae by the Office of Federal Housing Enterprises Oversight, dated May 2006.

5. Exhibit C to this declaration is a copy of the transcript from an April 20, 2006 hearing in *In re AIG, Inc. Securities Litigation*, No. 04 CV 8141 (JES) (S.D.N.Y.). I am informed that this transcript is in the form in which it was sent to counsel in that case by the Southern District of New York court reporters.

6. Exhibit D to this declaration is a true and correct copy of an excerpt (pages 1-3) from the Report to the Special Review Committee of the Board of Directors of Fannie Mae by Paul, Weiss, Rifkind, Wharton & Garrison LLP, dated February 23, 2006.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed in Wilmington, Delaware on March 15, 2007.

/s/ *Megan D. McIntyre*
Megan D. McIntyre