IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **In re Fannie Mae Securities Litigation** ) | Consolidated Civil Action |
| ) | No. 1:04-cv-1639 |
| ) | |
| ) | Judge Richard J. Leon |
| ) | |
| Evergreen Equity Trust, *et al.* v. ) | Case No. 1:06CV00082 |
| National Mortgage Association, *et al.* ) | |
| ) | |
| and ) | |
| ) | |
| Franklin Managed Trust, *et al.*, v. ) | Case No. 1:06CV00139 |
| National Mortgage Association, *et al.* ) | |

## NOTICE OF APPEARANCE OF COUNSEL FOR THOMAS P. GERRITY

To the Clerk of the Court and All Parties of Record:

Please note the appearance of Carolyn M. Welshhans, as counsel for Defendant Thomas P. Gerrity.

                                  Respectfully Submitted,

                                  s/ Carolyn M. Welshhans

Dated: April 26, 2007

                                Carolyn M. Welshhans Esq.
                                D.C. Bar No. 489120
                                Dechert LLP
                                1775 I Street, N.W.
                                Washington, D.C.  20006
                                Tel:   (202) 261-3396
                                Fax:  (202) 261-3333

## CERTIFICATE OF SERVICE

I certify that on April 26, 2007, I caused a copy of the foregoing to be transmitted on this April 26, 2007 to the following counsel via electronic mail and first-class U.S. mail:

Joshua S. Devore
Steven J. Toll
Matthew K. Handley
Daniel S. Sommers
Cohen, Milstein, Hausfield & Toll, PLC
West Tower, Suite 500
1100 New York Ave., N.W.
Washington, D.C. 20006
*Counsel for Plaintiffs Vincent Vinici; State Teachers Retirement System of Ohio; Anne E. Flynn; Robert L. Garber*

Julia A. Richmond
Kathleen M. Donovan-Maher
Jeffrey C. Block
Joseph C. Merschman
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02190
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Frank J. Johnson
Brett M. Weaver
Law Office of Frank J. Johnson
402 W. Broadway 27th Floor
San Diego, CA 92101
*Counsel for Plaintiff Sassan Shahrokhinia*

James R. Cummins
Melanie S. Corwin
Jean Marie Geoppinger
Waite, Schneider, Bayless & Chesley Co., LPA
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Alan J. Statman
Jeffrey P. Harris
Statman, Harris & Eyrich LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Robert W. Liles
Liles Parker, PLLC
4400 MacArthur Blvd, N.W.
Suite 203
Washington, D.C. 20007
*Counsel for Plaintiff Sassan Shahrokhinia*

Stuart M. Grant
Megan D. McIntyre
Christine M. Mackintosh
Grant & Eisenhofer, PA
Chase Manhatten Centre
1201 N. Market Street
Wilmington, DE 19801
*Counsel for the Franklin Templeton Plaintiffs*

Kevin M. Downey
Alex G. Romain
Daniel N. Marx
Joseph M. Terry, Jr.
Matthew L. Fore
John E. Clabby
Williams & Connelly, LLP
725 Twelfth Street, N.W.
Washington, D.C. 2005-5091
*Counsel for Defendant Franklin D. Raines*

David S. Krakoff
Christopher F. Regan
Adam B. Miller
Mayer, Brown, Rowe & Maw, LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
*Counsel for Defendant Leanne G. Spencer*

James D. Wareham
James Edward Anklam
Paul, Hastings, Janofsky & Walker, LLP
875 Fifteenth Street, N.W.
Suite 12
Washington, D.C. 20005
*Counsel for Defendant Daniel H. Mudd*

Jeffrey W. Kilduff
Michael J. Walsh, Jr.
O'Melveny & Myers, LLP
1625 I Street, N.W.
Washington, D.C. 20006
*Counsel for Defendant Fannie Mae, Thomas P. Gerrity, Taylor C. Segue III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manual Justiz, H. Patrick Swygert, and Leslie Rahl*

Steven M. Salky
Eric R. Delinsky
Ellen D. Marcus
Holly Ann Pal
Tammy Gershoni
Zuckerman Spaeder, LLP
1800 M. Street, N.W.
Suite 1000
Washington, D.C. 20006-2638
*Counsel for Defendant Timothy J. Howard*

David I. Ackerman
James Hamilton
Bingham McCutchen, LLP
2020 K Street, N.W.
Washington, D.C. 20006
*Counsel for Defendant Joe Pickett*

Richard H. Klapper
Patrice A. Rouse
Mmichael T. Tomaino
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004-2498
*Counsel for Goldman Sachs*

Erica Lynne Salmon
Cristen E. Sikes
DLA Piper
1200 19th Street, N.W.
Suite 700
Washington, D.C. 20036
*Counsel for Defendants Steven B. Ashley,*
*Donald B. Marron, and Ann Korologos*

John H. Doyle III
Rhonda D. Orin
Anderson Kill & Olick LLP
2100 M Street, N.W.
Suite 650
Washington, D.C. 20037
*Counsel for Defendant Leslie Rahl*

F. Joseph Warin
Andrew S. Tulmello
Claudia M. Osorio
Melanie L. Katsur
Henry C. Whitaker
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
*Counsel for KPMG LLP*

William H. Jeffress
Julie E. Guttman
Nicholas A. Brady
Baker Botts LLP
The Warner
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
*Counsel for Defendant Jamie S. Gorelick*

David Smith
Jonathan S. Liss
Jonathan Michael Stern
Schnader Harrison Segal & Lewis LLP
1600 Market Street
Philadelphia, PA 19103-7286
*Counsel for Radian Group, Inc.*

   I hereby certify that I caused copies of the foregoing to be transmitted on April 26, 2007, to the following counsel by U.S. mail:

Barbara Van Gelder
Wiley Rein LLP
1776 K Street, N.W.
Washington, D.C. 20006
*Counsel for Defendants Anne M. Mulcahy and*
*Frederic V. Malek*

Robert Romano
Bonnie Altro
Rachelle M. Barstow
Morgan, Lewis & Bockius
101 Park Avenue
New York, NY 10178-0060
*Counsel for Defendant Thomas P. Gerrity*

Shannon Ratliff
Ratfliff Law Firm
600 Congress Avenue
Suite 3100
Austin, TX 78701
*Counsel for Manuel Justiz*

Seth Aronson
O'Melveney & Myers, LLP
400 South Hope Street
15th Floor
Los Angeles, CA 90071
*Counsel for Defendant Fannie Mae, Thomas P. Gerrity, Taylor C. Segue III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl*

s/ Carolyn M. Welshhans
_____
Carolyn M. Welshhans, Esq.