# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| **In re Fannie Mae Securities Litigation** | ) | Consolidated Civil Action |
| | ) | No. 1:04-cv-1639 |
| | ) | |
| | ) | Judge Richard J. Leon |
| | ) | |
| | ) | |
| Evergreen Equity Trust, *et al.* v. | ) | Case No. 1:06CV00082 |
| National Mortgage Association, *et al.* | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Franklin Managed Trust, *et al.,* v. | ) | Case No. 1:06CV00139 |
| National Mortgage Association, *et al.* | ) | |
| | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW the undersigned as the sponsoring member of the Bar of this Court and pursuant to Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, moves the Court for an order granting admission *pro hac vice* of William K. Dodds to appear and participate in proceedings in this Court in the above referenced action as Counsel for Defendant, Thomas P. Gerrity. The grounds for this motion are set forth in the attached hereto and incorporated herein signed certification of Mr. Dodds.

The undersigned is a member in good standing of the Bar of the United States District Court for the District of Columbia with whom Mr. Dodds will be associated in this case.

WHEREFORE, for these and other reasons, we respectfully request the Court to grant this Motion and enter the Order for admission *pro hac vice*.

Dated: April 26, 2007

Respectfully Submitted,

s/ Carolyn M. Welshhans

_____

Carolyn M. Welshhans (D.C. Bar #489120)
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
Tel:    (202) 261-3396
Fax:    (202) 261-3333

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| **In re Fannie Mae Securities Litigation** | ) | Consolidated Civil Action No. 1:04-cv-1639 |
| | ) | |
| | ) | Judge Richard J. Leon |
| | ) | |
| Evergreen Equity Trust, *et al.* v. National Mortgage Association, *et al.* | ) | Case No. 1:06CV00082 |
| and | ) | |
| Franklin Managed Trust, *et al.,* v. National Mortgage Association, *et al.* | ) | Case No. 1:06CV00139 |

**CERTIFICATION OF WILLIAM K. DODDS IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

William K. Dodds hereby certifies that:

1.    His full name is William K. Dodds;

2.    His address and telephone number is:

Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone:  (212) 698-3557
Facsimile:  (212) 698-3599

3.    He has been admitted to practice law in the State of New York and the

Commonwealth of Massachusetts.

4.    He is in good standing with all of the referenced Courts and has not been

disciplined by any bar.

5.    He has not been admitted *Pro Hac Vice* in this Court within the last two years.

Dated: April 26, 2007

Respectfully submitted

s/ William K. Dodds

_____

William K. Dodds
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
Tel:    (212) 698-3357
Fax:    (212) 698-3599


*Counsel for Defendant Thomas P. Gerrity*

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| **In re Fannie Mae Securities Litigation** | ) | Consolidated Civil Action No. 1:04-cv-1639 |
|  | ) | Judge Richard J. Leon |
| Evergreen Equity Trust, *et al.* v. National Mortgage Association, *et al.* | ) | Case No. 1:06CV00082 |
| and | ) |  |
| Franklin Managed Trust, *et al.,* v. National Mortgage Association, *et al.* | ) | Case No. 1:06CV00139 |

## PROPOSED ORDER

Upon consideration of the motion of Carolyn M. Welshhans, D.C. Bar Number 489120, active member of the Bar of this Court, for the admission *pro hac vice* of William K. Dodds, and for good cause shown, it is this ___ day of ___, 2007,

ORDERED:  The Motion for Admission *Pro Hac Vice* be and hereby is GRANTED, and that William K. Dodds be, and the same hereby is, admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action under Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

SO ORDERED.

_____

Judge Richard J. Leon, United States
District Court for the District of Columbia

## CERTIFICATE OF SERVICE

I certify that on April 26, 2007, I caused a copy of the foregoing to be transmitted on this

April 26, 2007 to the following counsel via electronic mail:


Joshua S. Devore
Steven J. Toll
Matthew K. Handley
Daniel S. Sommers
Cohen, Milstein, Hausfeld & Toll, PLC
West Tower, Suite 500
1100 New York Ave., N.W.
Washington, D.C. 20006
*Counsel for Plaintiffs Vincent Vinici; State Teachers Retirement System of Ohio; Anne E. Flynn; Robert L. Garber*

James R. Cummins
Melanie S. Corwin
Jean Marie Geoppinger
Waite, Schneider, Bayless & Chesley Co., LPA
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Julia A. Richmond
Kathleen M. Donovan-Maher
Jeffrey C. Block
Joseph C. Merschman
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02190
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Alan J. Statman
Jeffrey P. Harris
Statman, Harris & Eyrich LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Frank J. Johnson
Brett M. Weaver
Law Office of Frank J. Johnson
402 W. Broadway 27th Floor
San Diego, CA 92101
*Counsel for Plaintiff Sassan Shahrokhinia*

Robert W. Liles
Liles Parker, PLLC
4400 MacArthur Blvd, N.W.
Suite 203
Washington, D.C. 20007
*Counsel for Plaintiff Sassan Shahrokhinia*

Stuart M. Grant
Megan D. McIntyre
Christine M. Mackintosh
Grant & Eisenhofer, PA
Chase Manhatten Centre
1201 N. Market Street
Wilmington, DE 19801
*Counsel for the Franklin Templeton Plaintiffs*

Jeffrey W. Kilduff
Michael J. Walsh, Jr.
O'Melveny & Myers, LLP
1625 I Street, N.W.
Washington, D.C. 20006
*Counsel for Defendant Fannie Mae, Thomas
P. Gerrity, Taylor C. Segue III, William R.
Harvey, Joe Pickett, Kenneth M. Duberstein,
Manual Justiz, H. Patrick Swygert, and
Leslie Rahl*

Kevin M. Downey
Alex G. Romain
Daniel N. Marx
Joseph M. Terry, Jr.
Matthew L. Fore
John E. Clabby
Williams & Connelly, LLP
725 Twelfth Street, N.W.
Washington, D.C. 2005-5091
*Counsel for Defendant Franklin D. Raines*

Steven M. Salky
Eric R. Delinsky
Ellen D. Marcus
Holly Ann Pal
Tammy Gershoni
Zuckerman Spaeder, LLP
1800 M. Street, N.W.
Suite 1000
Washington, D.C. 20006-2638
*Counsel for Defendant Timothy J. Howard*

David S. Krakoff
Christopher F. Regan
Adam B. Miller
Mayer, Brown, Rowe & Maw, LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
*Counsel for Defendant Leanne G. Spencer*

David I. Ackerman
James Hamilton
Bingham McCutchen, LLP
2020 K Street, N.W.
Washington, D.C. 20006
*Counsel for Defendant Joe Pickett*

James D. Wareham
James Edward Anklam
Paul, Hastings, Janofsky & Walker, LLP
875 Fifteenth Street, N.W.
Suite 12
Washington, D.C. 20005
*Counsel for Defendant Daniel H. Mudd*

Richard H. Klapper
Patrice A. Rouse
Mmichael T. Tomaino
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004-2498
*Counsel for Goldman Sachs*

Erica Lynne Salmon
Cristen E. Sikes
DLA Piper
1200 19th Street, N.W.
Suite 700
Washington, D.C. 20036
*Counsel for Defendants Steven B. Ashley,*
*Donald B. Marron, and Ann Korologos*

William H. Jeffress
Julie E. Guttman
Nicholas A. Brady
Baker Botts LLP
The Warner
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
*Counsel for Defendant Jamie S. Gorelick*

John H. Doyle III
Rhonda D. Orin
Anderson Kill & Olick LLP
2100 M Street, N.W.
Suite 650
Washington, D.C. 20037
*Counsel for Defendant Leslie Rahl*

David Smith
Jonathan S. Liss
Jonathan Michael Stern
Schnader Harrison Segal & Lewis LLP
1600 Market Street
Philadelphia, PA 19103-7286
*Counsel for Radian Group, Inc.*

F. Joseph Warin
Andrew S. Tulumello
Claudia M. Osorio
Melanie L. Katsur
Henry C. Whitaker
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
*Counsel for KPMG LLP*

I hereby certify that I caused copies of the foregoing to be transmitted on April 26, 2007,

to the following counsel by U.S. mail:

Barbara Van Gelder
Wiley Rein LLP
1776 K Street, N.W.
Washington, D.C. 20006
*Counsel for Defendants Anne M. Mulcahy and*
*Frederic V. Malek*

Robert Romano
Bonnie Altro
Rachelle M. Barstow
Morgan, Lewis & Bockius
101 Park Avenue
New York, NY 10178-0060
*Counsel for Defendant Thomas P. Gerrity*

Shannon Ratliff
Ratfliff Law Firm
600 Congress Avenue
Suite 3100
Austin, TX 78701
*Counsel for Manuel Justiz*

Seth Aronson
O'Melveney & Myers, LLP
400 South Hope Street
15th Floor
Los Angeles, CA 90071
*Counsel for Defendant Fannie Mae, Thomas P. Gerrity, Taylor C. Segue III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl*

s/ Carolyn M. Welshhans
_____
Carolyn M. Welshhans, Esq.