## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| **In re Fannie Mae Securities Litigation** | ) ) ) ) ) ) | Consolidated Civil Action<br>No. 1:04-cv-1639<br><br>Judge Richard J. Leon |
| Evergreen Equity Trust, *et al.* v.<br>National Mortgage Association, *et al.* | ) ) ) | Case No. 1:06CV00082 |
| and | ) ) | |
| Franklin Managed Trust, *et al.,* v.<br>National Mortgage Association, *et al.* | ) ) ) ) | Case No. 1:06CV00139 |

### MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW the undersigned as the sponsoring member of the Bar of this Court and pursuant to Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, moves the Court for an order granting admission *pro hac vice* of Neil A. Steiner to appear and participate in proceedings in this Court in the above referenced action as Counsel for Defendant, Thomas P. Gerrity. The grounds for this motion are set forth in the attached hereto and incorporated herein signed certification of Mr. Steiner.

The undersigned is a member in good standing of the Bar of the United States District Court for the District of Columbia with whom Mr. Steiner will be associated in this case.

WHEREFORE, for these and other reasons, we respectfully request the Court to grant this Motion and enter the Order for admission *pro hac vice*.

Dated: April 27, 2007

Respectfully Submitted,

s/ Carolyn M. Welshhans

_____

Carolyn M. Welshhans (D.C. Bar #489120)
DECHERT LLP
1775 I Street, N.W.
Washington, D.C.  20006
Tel:     (202) 261-3396
Fax:     (202) 261-3333

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| **In re Fannie Mae Securities Litigation** | ) | Consolidated Civil Action No. 1:04-cv-1639 |
| | ) | Judge Richard J. Leon |
| Evergreen Equity Trust, *et al.* v. National Mortgage Association, *et al.* | ) | Case No. 1:06CV00082 |
| and | ) | |
| Franklin Managed Trust, *et al.,* v. National Mortgage Association, *et al.* | ) | Case No. 1:06CV00139 |

## CERTIFICATION OF NEIL A. STEINER IN SUPPORT OF
## MOTION FOR ADMISSION *PRO HAC VICE*

Neil A. Steiner hereby certifies that:

1.      My full name is Neil A. Steiner;

2.      My address and telephone number is:

Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone:  (212) 698-3822
Facsimile:  (212) 698-3599

3.      I have been admitted to practice law in the courts of the State of New York, the

United States Court of Appeals for the Second Circuit, and the United States District Courts for

the Southern District of New York, the Eastern District of New York, the Northern District of

New York, and the Eastern District of Michigan.

4.    I am in good standing with all of the referenced Courts and have not been
disciplined by any bar.

5.    I have not been admitted *Pro Hac Vice* in this Court within the last two years.

Dated: April 27, 2007                          Respectfully submitted

                                               s/ Neil A. Steiner
                                               _____

                                               Neil A. Steiner
                                               Dechert LLP
                                               30 Rockefeller Plaza
                                               New York, NY 10112
                                               Tel:    (212) 698-3822
                                               Fax:    (212) 698-3599


                                               *Counsel for Defendant Thomas P. Gerrity*

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| **In re Fannie Mae Securities Litigation** | Consolidated Civil Action No. 1:04-cv-1639 |
| | Judge Richard J. Leon |
| Evergreen Equity Trust, *et al.* v. National Mortgage Association, *et al.* | Case No. 1:06CV00082 |
| and | |
| Franklin Managed Trust, *et al.,* v. National Mortgage Association, *et al.* | Case No. 1:06CV00139 |

### PROPOSED ORDER

Upon consideration of the motion of Carolyn M. Welshhans, D.C. Bar Number 489120, active member of the Bar of this Court, for the admission *pro hac vice* of Neil A. Steiner, and for good cause shown, it is this ___ day of ___, 2007,

ORDERED:  The Motion for Admission *Pro Hac Vice* be and hereby is GRANTED, and that Neil A. Steiner be, and the same hereby is, admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action under Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

SO ORDERED.

_____
Judge Richard J. Leon, United States
District Court for the District of Columbia

**CERTIFICATE OF SERVICE**

I certify that on April 27, 2007, I caused a copy of the foregoing to be transmitted to the

following counsel via electronic mail:

David A. Ackerman
Jeremy C. Bates
Jeffrey C. Block
Nicholas Aidan Brady
Ilana T. Buschkin
John E. Clabby
Richard Miles Clark
Patrick D. Conner
Melanie S. Corwin
James R. Cummins
Janet K. DeCosta
Eric R. Delinksy
Joshua S. Devore
Kathleen M. Donovan-Maher
Kevin Michael Downey
Matthew L. Fore
Aaron Futch
Jean Marie Geoppinger
Tammy Gershoni
Stuart Grant
Geoffrey J. Greeves
Julia Evans Guttman
James Hamilton
Sean M. Handler
Matthew K. Handley
Jeffrey P. Harris
Frank J. Johnson
Melanie L. Katsur
Jeffrey William Kilduff
Richard H. Klapper
David Sidney Krakoff
Robert W. Liles
Ellen D. Marcus
Daniel N. Marx
Adam B. Miller
Alex Young K. Oh
Rhonda D. Orin
Claudia M. Osorio

Holly Ann Pal
Robert P. Parker
Christopher F. Regan
Julie A. Richmond
Alex Giscard Romain
Patrice A. Rouse
Steven Mark Salky
Michelle D. Schwartz
Cristen E. Sikes
Daniel S. Sommers
Jonathan Michael Stern
Joseph Marshall Terry, Jr.
Steven J. Toll
Michael T. Tomaino
John C. Truong
Andrew Santo Tulumello
Michael J. Walsh, Jr.
James D. Wareham
Francis Joseph Warin
Brett M. Weaver
Henry Charles Whitaker

 I hereby certify that I caused copies of the foregoing to be transmitted on April 27, 2007,

to the following counsel by U.S. mail:

Seth Alben Aronson
O'Melveny & Myers, LLP
400 South Hope Street
15th Floor
Los Angeles, CA
90071-2899

Rachelle M. Barstow
Morgan, Lewis, & Bockius LLP
101 Park Avenue
New York, NY 10178

Stuart L. Berman
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA  19004

Darren J. Check
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Hal M. Hirsch
Greenburg Traurig, LLP
200 Park Avenue
New York, NY 10166

Jonathan S. Liss
Schnader Harrison Segal & Lewis, LLP
1600 Market Street
Philadelphia, PA 19103-7286

Dionna K. Litvin
Schnader Harrison Segal & Lewis, LLP
1600 Market Street
Philadelphia, PA 19103-7286

Christine M. MacKintosh
Grant & Eisenhofer, PA
1201 North Market Street
Wilmington, DE 19801

Eldad Zvi Malamuth
Mayer, Brown, Rowe & Maw
1909 K Street, N.W.
Washington, D.C. 20006

Megan D. McIntyre
Grant & Eisenhofer, PA
1201 North Market Street
Wilmington, DE 19801

Joseph C. Merschman
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

Robert Michael Romano
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Gerald L. Rutledge
Alfred G. Yates Jr., PC
429 Forbes Avenue
Suite 519 Allegheny Building
Pittsburg, PA 15219

Richard S. Schiffrin
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

David Smith
Schnader Harrison Segal & Lewis LLP
1600 Market Street
Philadelphia, PA 19103

Eryn Mead Starun
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1615 L Street, N.W.
Suite 1300
Washington, D.C. 20036

Alan J. Statman
Statman, Harris & Eyrich LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH 45202

Curtis V. Trinko
Law Offices of Curtis V. Trinko, LLP
16 West 46th Street
7th Floor
New York, NY 10036

Alfred G. Yates, Jr.
Alfred G. Yates, Jr., PC
429 Forbes Avenue
Suite 519 Allegheny Building
Pittsburg, PA 15219

Barbara L. Yates
Alfred G. Yates, Jr., PC
429 Forbes Avenue
Suite 519 Allegheny Building
Pittsburg, PA 15219

s/ Carolyn M. Welshhans

_____

Carolyn M. Welshhans, Esq.