UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Fannie Mae Securities Litigation ) | Consolidated Civil Action<br>No. 1:04-cv-1639 (RJL) |
| Evergreen Equity Trust, *et al.*, )<br>  Plaintiffs, )<br>  v. )<br>Federal National Mortgage Association, *et al.*, )<br>  Defendants. ) | No. 1:06-cv-00082 (RJL) |
| Franklin Managed Trust, *et al.*, )<br>  Plaintiffs, )<br>  v. )<br>Federal National Mortgage Association, *et al.*, )<br>  Defendants. ) | No. 1:06-cv-00139 (RJL) |

## CERTIFICATION OF JEFF A. ALMEIDA

Jeff A. Almeida hereby certifies:

1. I am an associate with the law firm of Grant & Eisenhofer P.A.

2. Grant & Eisenhofer P.A. is located at 1201 North Market Street, Wilmington, Delaware, 19801 and the main number is (302) 622-7000.

3. I submit this Certification in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter.

4. I am a member in good standing of the Bar of the Commonwealth of Pennsylvania and the State of New Jersey. I am also admitted to practice and in good standing before the United States District Court for the Eastern District of Pennsylvania.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 3, 2007

Respectfully submitted,

Jeff A. Almeida