**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re Fannie Mae Securities Litigation | Consolidated Civil Action<br>No. 1:04-CV-1639<br>Judge Richard J. Leon |
| Franklin Managed Trust, et al.,<br>Plaintiffs,<br>v.<br>Federal National Mortgage Association, et al.,<br>Defendants | No. 1:06-CV-139 (RJL) |
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In re Fannie Mae Derivative Litigation | No. 1:04-CV-1783 |
| Evergreen Equity Trust, et al.,<br>Plaintiffs,<br>v.<br>Federal National Mortgage Association, et al.,<br>Defendants | No. 1:06-CV-00082 (RJL) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL PATRICK D. CONNER FOR DEFENDANT THOMAS P. GERRITY**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please take notice that, pursuant to Local Rule 83.6(b), Patrick D. Conner is hereby withdrawing his appearance as attorney for Defendant Thomas P. Gerrity. An

appearance by successor counsel has been entered and Mr. Gerrity's signature appears below. Please remove Patrick D. Conner from the service lists in this action.

Patrick D. Conner
D.C. Bar No. 472298

Thomas P. Gerrity

By: /s/

Patrick D. Conner
(D.C. Bar No. 472298)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.739.5594 (direct dial)
202.739.3001 (fax)
pconner@morganlewis.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused electronic copies of the foregoing to be transmitted on May 7, 2007 to the following counsel registered to receive electronic service and by U.S. mail to those not so registered:

Joshua S. Devore
Steven J. Toll
Matthew K. Handley
Daniel S. Sommers
Cohen, Milstein, Hausfeld & Toll P.L.L.C
West Tower, Suite 500
1100 New York Ave. N.W.
Washington, D.C. 20005
*Counsel for Plaintiffs Vincent Vinci; State Teachers Retirement System of Ohio; Anne E. Flynn; Robert L. Garber*

James R. Cummins
Melanie S. Corwin
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Julie A. Richmond
Kathleen M. Donovan-Maher
Jeffery C. Block
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02190
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Alan J. Statman
Jeffery P. Harris
Statman, Harris & Eyrich LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Frank J. Johnson
Brett M. Weaver
Law Office of Frank J. Johnson
402 W. Broadway 27th Floor
San Diego, CA 92101
*Counsel for Plaintiff Sassan Shahrokhinia*

Robert W. Liles
Martyn Liles, PLLC
1054 31st Street, N.W.
Suite 415
Washington, D.C. 20007
*Counsel for Plaintiff Sassan Shahrokhinia*

Stuart M. Grant
Christine M. MacKintosh
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801
*Counsel for the Franklin Templeton and Evergreen Plaintiffs*

Jeffrey W. Kilduff
Seth A. Aronson
Michael J. Walsh, Jr.
O'Melveny & Myers LLP
1625 Eye Street, N. W.
Washington, D.C. 20006
*Counsel for Defendant Fannie Mae, Taylor C. Segue, III, William R. Harvey, Kenneth M Duberstein, and H. Patrick Swygert*

Kevin M. Downey
Alex G. Romain
Daniel N. Marx
Joseph M. Terry, Jr.
Michelle D. Schwartz
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5091
*Counsel for Defendant Franklin D. Raines*

Steven M. Salky
Eric R. Delinsky
Ellen D. Marcus
Holly Ann Pal
Tammy Gershoni
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036-2638
*Counsel for Defendant Timothy J. Howard*

David S. Krakoff
Christopher F. Regan
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
*Counsel for Defendant Leanne G. Spencer*

Andrew Santo Tulumello
Henry C. Whitaker
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
*Counsel for KPMG LLP*

Fred F. Fielding
Barbara Van Gelder
Wiley Rein & Fielding LLP
1776 K Street, N.W.
Washington, D.C. 20006
*Counsel for Defendants Anne M Mulcahy and Frederic V. Malek*

David I. Ackerman
James Hamilton
Swidler Berlin LLP
3000 K Street N.W. Suite 300
Washington, D.C. 20007
*Counsel for Defendant Joe Pickett*

Erica Lynne Salmon
Piper, Rudnick, Gray & Carey LLP
1200 19th Street N.W., Suite 700
Washington, D.C. 20036
*Counsel for Defendants Stephen B. Ashley, Donald B. Marron, and Ann Korologos*

Julie E. Guttman
Baker Botts LLP
The Warner Building
1299 Pennsylvania Ave., N.W
Washington, D.C. 20004-2400
*Counsel for Defendant Jamie S. Gorelick*

James D. Wareham
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
*Counsel for Defendant Daniel H Mudd*

Daniel John Healy
John H. Doyle, III
Rhonda D. Orin
Anderson Kill & Orlick LLP
2100 M Street N.W. Suite 650
Washington, D.C. 20037
*Counsel for Defendant Leslie Rahl*

Shannon Ratliff
Ratliff Law Firm
600 Congress Avenue
Suite 3100
Austin, TX 78701
*Counsel for Manuel Justiz*

David Smith
Dionna K. Litvin
Jonathan S. Liss
Jonathan Michael Stern
Schnader Harrison Segal & Lewis LLP
1600 Market Street
Philadelphia, PA 19103-7286
*Counsel for Radian Group Inc.*

Daryl Andrew Libow
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20006

Jeremy C. Bates
Daniel H.R. Laguardia
Patrice A. Rouse
Michael T. Tomaino, Jr.
Richard H. Klapper
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
*Counsel for Goldman Sachs*

/s/______________________________
Patrick D. Conner