IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-1639 |
| | Judge Richard J. Leon |
| Franklin Managed Trust, *et al.*, | Case No. 1:06CV00139 |
| vs. | |
| Federal National Mortgage Association, *et al.* | |

### NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of Court and All Parties of Record:

Please enter the appearance of Ian Heath Gershengorn, as counsel in this case for Fannie Mae.

Respectfully Submitted,

Dated: May 9, 2007

Ian Heath Gershengorn, Esq.
D.C. Bar No. 448475
JENNER & BLOCK LLP
601 13th Street, N.W., Suite 1200S
Washington, D.C. 20005
Tel:   (202) 639-6083
Fax:   (202) 639-6066