IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae Securities Litigation ) | Consolidated Civil Action No. 1:04-cv-1639 |
| ) | |
| ) | Judge Richard J. Leon |
| Franklin Managed Trust, *et al.*, ) | Case No. 1:06CV00139 |
| ) | |
| vs. ) | |
| ) | |
| Federal National Mortgage Association, *et al.* ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of Court and All Parties of Record:

Please enter the appearance of Jerome L. Epstein, as counsel in this case for Fannie Mae.

Respectfully Submitted,

Dated: May 9, 2007

/s/ Jerome L. Epstein
Jerome L. Epstein, Esq.
D.C. Bar No. 412824
JENNER & BLOCK LLP
601 13th Street, N.W., Suite 1200S
Washington, D.C. 20005
Tel:   (202) 639-6062
Fax:   (202) 639-6066