## CERTIFICATE OF SERVICE

I certify that on May 29, 2007, service was accomplished on the following counsel via electronic mail and first-class U.S. Mail.

Michael J. Walsh, Esq.
O'Melveny & Meyers, LLP
1625 Eye Street, N.W.
Washington, DC  20006
*Counsel for Defendants Fannie Mae, Taylor C. Segue, III, William R. Harvey, Kenneth M. Duberstein and H. Patrick Swygert*

David S. Krakoff, Esq.
Mark W. Ryan, Esq.
Christopher F. Regan, Esq.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC  20006-1101
*Counsel for Defendant Leanne G. Spencer*

Kevin M. Downey, Esq.
Alex G. Romain, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC  20005-5901
*Counsel for Defendant Franklin D. Raines*

Steven M. Salky, Esq.
Eric R. Delinsky, Esq.
Zuckerman Spaeder LLP
1800 M Street, N.W. – 10th Floor
Washington, DC  20036
*Counsel for Defendant J. Timothy Howard*

Samuel K. Rosen, Esq.
Wechsler Harwood LLP
488 Madison Avenue
New York, New York  10022
-and-

Frank J. Johnson, Esq.
Brett M. Weaver, Esq.
Law Office of Frank J. Johnson
402 W. Broadway, 27th Floor
San Diego, CA  92101
and
Robert W. Liles, Esq.
Martyn Liles, PLLC
Liles Parker, PLLC
Attorneys & Counselors at Law
4400 MacArthur Blvd., N.W.
Suite 203
Washington, DC  20007
*Counsel for Plaintiff Sassan Shahrokhinia*

Megan D. McIntyre, Esq.
Grant & Eisenhofer P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE  19801
*Counsel for Evergreen Trust Plaintiffs and Franklin Funds Plaintiffs*

Randall J. Baron, Esq.
Benny C. Goodman, III, Esq.
Lerach Coughlin Stoia Geller Rudman
  & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Co-Lead Counsel for Plaintiffs in In Re Fannie Mae Derivative Litigation, Case No. 1:04-cv-01783

Douglas S. Johnston, Jr., Esq.
George E. Barrett, Esq.
Barrett, Johnston & Parsley
217 Second Avenue North
Nashville, Tennessee 37201
*Co-Lead Counsel for Plaintiffs in In Re Fannie Mae Derivative Litigation, Case No. 1:04-cv-01783*

John B. Ibister, Esq.
Lawrence J. Quinn, Esq.
Toyja E. Kelly, Esq.
Tydings & Rosenberg
100 East Pratt Street
Baltimore, MD  21202
*Counsel for Plaintiffs David Gwyer, Terry Gagliolo and Gloria Sheppard in ERISA Action*

Rhonda D. Orin, Esq.
Daniel J. Healy, Esq.
Anderson Kill & Olick, LLP
2100 M Street, NW, Suite 650
Washington, DC  20037
-and-
John H. Doyle, III, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020
*Counsel for Defendant Leslie Rahl*

James D. Wareham, Esq.
James E. Anklam, Esq.
Carolyn E. Morris, Esq.
Laura L. Flippin, Esq.
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, DC  20005
*Counsel for Defendant Daniel H. Mudd*

Earl J. Silbert, Esq.
Erica Salmon Byrne, Esq.
Cristen Sikes Rose, Esq.
DLA Piper US LLP
1200 19th Street, NW, Suite 700
Washington, DC  20036
-and-
John J. Clarke, Jr., Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York  10020-1104
*Counsel for Defendants Stephen B. Ashley, Ann Korologos and Donald B. Marron*

Cyrus Mehri, Esq.
Steven A. Skalet, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC  20036
*Local Counsel for Plaintiff in In Re Fannie Mae Derivative Litigation, Case No. 1:04-cv-01783*

F. Joseph Warin, Esq.
Andrew S. Tulumello, Esq.
Henry C. Whitaker, Esq.
Gibson Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
*Counsel for Defendant KPMG LLP*

Julie E. Guttman, Esq.
Baker Botts L.L.P.
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2400
*Counsel for Defendant Jamie S. Gorelick*

Barbara Van Gelder, Esq.
Mark B. Sweet, Esq.
Wiley Rein LLP
1776 K Street, NW
Washington, DC  20006
*Counsel for Defendants Frederic V. Malek and Anne M. Mulcahy and for Defendant Thomas P. Gerrity in the Evergreen Action*

James Hamilton, Esq.
David I. Ackerman, Esq.
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC  20006
*Counsel for Defendant Joe K. Pickett*

Shannon H. Ratliff, Esq.
Michael L. Navarre, Esq.
Ratliff Law Firm, P.L.L.C.
600 Congress Avenue, Suite 3100

Patrick D. Conner, Esq.
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
-and-
Robert M. Romano, Esq.
Rachelle M. Barstow, Esq.
Bonnie Altro, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0060
*Counsel for Defendant Thomas P. Gerrity in the Franklin Action*

Scott Schreiber, Esq.
Arnold & Porter, LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
*Counsel for Third-Party Deloitte & Touche USA, LLP*

Austin, Texas 78701
*Counsel for Defendant Manuel J. Justiz*

Glenn B. Manishin, Esq.
Stephanie A. Joyce, Esq.
Kelley Drye & Warren LLP
3050 K Street N.W., Suite 400
Washington, DC 20007
-and-
William A. Krohley, Esq.
David E. Barry, Esq.
Christopher C. Palermo, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178-0002
*Counsel for Defendant John Wulff*

Jonathan M. Stern, Esq.
Schnader Harrison Segal & Lewis LLP
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006-1825
-and-
David Smith, Esq.
Dionna K. Litvin, Esq.
Jonathan S. Liss, Esq.
Schnader Harrison Segal & Lewis LLP
1600 Market Street
Philadelphia, Pennsylvania 19103-7286
*Counsel for Defendant Radian Group, Inc.*

_____/s/ Jeffrey C. Block_____