**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04-cv-01639 (RJL) |
| FRANKLIN MANAGED TRUST, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>FANNIE MAE, *et al.*,<br><br>*Defendants*. | No. 1:06-cv-00139 (RJL) |

**[PROPOSED] ORDER DENYING FANNIE MAE'S MOTION
TO DISMISS COUNTS I-IV OF KPMG'S CROSS-CLAIMS**

Fannie Mae's motion to dismiss counts I-IV of KPMG's cross-claims is DENIED.

IT IS SO ORDERED on this ____ day of _____, 2007.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE