**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re Fannie Mae Securities Litigation | ) | Consolidated Civil Action |
| | ) | No. 1:04-cv-1639 |
| | ) | |
| | ) | Judge Richard J. Leon |
| | ) | |
| | ) | |
| Franklin Managed Trust, *et al.*, | ) | Case No. 1:06CV00139 |
| | ) | |
| vs. | ) | |
| | ) | |
| Federal National Mortgage Association, *et al.* | ) | |
| | ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

To the Clerk of Court and All Parties of Record:

Please enter the appearance of David W. DeBruin, as counsel in this case for Fannie Mae.

Respectfully Submitted,

_____

Dated: June 14, 2007

David W. DeBruin
D.C. Bar No. 337626
JENNER & BLOCK LLP
601 13th Street, N.W., Suite 1200S
Washington, D.C.  20005
Tel:    (202) 639-6015
Fax:    (202) 639-6066