**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | ) ) ) ) | MDL No. 1668 |
| | ) | |
| In Re Fannie Mae Securities Litigation | ) ) ) ) ) | Consolidated Civil Action No.: 1:04-CV-01639<br><br>Judge Richard J. Leon |

**UNOPPOSED MOTION TO EXTEND THE TIME FOR THIRD-PARTY**
**DELOITTE & TOUCHE USA LLP TO RESPOND TO LEAD PLAINTIFFS'**
**MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS**

Lead Plaintiffs and third-party Deloitte & Touche USA LLP ("Deloitte") respectfully submit this unopposed motion requesting that the time for Deloitte to file its opposition to Lead Plaintiffs' motion to compel be extended until July 6, 2007.

On May 29, 2007 Lead Plaintiffs filed a motion to compel the production of documents by third-party witness Deloitte & Touche USA LLP ("Deloitte") (D.E. 417). After the motion was filed, counsel for Deloitte represented that the "bulk" of Deloitte's final work papers would be produced by June 30, 2007. Based on the representation that the bulk of the documents will be produced by June 30, 2007, Lead Plaintiffs have agreed to extend Deloitte's time to respond to Lead Plaintiffs' motion to compel to July 6, 2007.

For the foregoing reason, Lead Plaintiffs and Deloitte jointly and respectfully request that the Court enter an order allowing Deloitte's time to file an opposition to Lead Plaintiffs' motion to compel be extended until July 6, 2007. A proposed order is attached.

Dated: June 14, 2007                    Respectfully submitted,

                                        ATTORNEY GENERAL OF OHIO
                                        MARC DANN

                                        WAITE, SCHNEIDER, BAYLESS
                                        & CHESLEY CO., L.P.A.
                                        s/ Stanley M. Chesley
                                        Stanley M. Chesley
                                        s/ James R. Cummins
                                        James R. Cummins (D.C. Bar #OH0010)
                                        Melanie S. Corwin
                                        1513 Fourth & Vine Tower
                                        One West Fourth Street
                                        Cincinnati, Ohio 45202
                                        Telephone: (513) 621-0267
                                        Facsimile: (513) 621-0262
                                        E-mail:  jcummins@wsbclaw.com
                                        *Special Counsel for the Attorney General of Ohio
                                        and Lead Counsel for Lead Plaintiffs*

                                        BERMAN   DEVALERIO   PEASE   TABACCO
                                        BURT & PUCILLO

                                        s/Jeffrey C. Block
                                        Jeffrey C. Block
                                        Glen DeValerio
                                        Kathleen M. Donovan-Maher
                                        Julie A. Richmond
                                        Autumn Smith
                                        One Liberty Square
                                        Boston, MA 02109
                                        Telephone: (617) 542-8300
                                        Facsimile: (617) 542-1194
                                        E-mail:  jblock@bermanesq.com
                                        *Co-Lead Counsel for Lead Plaintiffs*

                                        COHEN,  MILSTEIN,  HAUSFELD  &  TOLL,
                                        P.L.L.C.
                                        s/ Daniel S. Sommers
                                        Steven J. Toll (DC Bar #225623)
                                        Daniel S. Sommers (DC Bar #416549)
                                        Matthew K. Handley (DC Bar #489946)
                                        1100 New York Avenue, N.W.
                                        Washington, D.C.  20005
                                        Telephone:  (202) 408-4600

Facsimile:  (202) 408-4699
E-mail:  stoll@cmht.com
*Local Counsel for Lead Plaintiffs*


ARNOLD & PORTER
s/ Scott Schreiber            ___
Scott Schreiber (DC Bar #197681)
555 Twelfth Street, N.W.
Washington, D.C.  20004-1206
Telephone:  (202) 942-5672
Facsimile:  (202) 942-5999
E-mail:  scott.schreiber@aporter.com
*Counsel for Third-Party Deloitte & Touche*
*USA LLP*