UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-1639 (RJL) |
| Evergreen Equity Trust, *et al.*, Plaintiffs, v. Federal National Mortgage Association, *et al.*, Defendants. | No. 1:06-cv-00082 (RJL) |
| Franklin Managed Trust, *et al.*, Plaintiffs, v. Federal National Mortgage Association, *et al.*, Defendants. | No. 1:06-cv-00139 (RJL) |

**THE EVERGREEN PLAINTIFFS' AND FRANKLIN PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE A BRIEF IN RESPONSE TO THE DIRECTOR DEFENDANTS' PROPOSED SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTIONS TO DISMISS**

The Director Defendants have moved for leave to file a second supplemental brief in support of their motions to dismiss the claims asserted by the Evergreen and Franklin Plaintiffs. While their motion correctly states that the Evergreen and Franklin plaintiffs do not oppose the filing of a second supplemental brief, they fail to note that the Evergreen and Franklin Plaintiffs' non-opposition was expressly made subject to the understanding that the Director Defendants will not oppose the Evergreen and Franklin Plaintiffs' filing of a response to the Director Defendants' second supplemental brief.

Accordingly, the Evergreen and Franklin Plaintiffs respectfully request that, if the Court grants the Director Defendants' motion for leave to file their second supplemental brief, the Court likewise grant the Evergreen and Franklin Plaintiffs leave to file a response to that brief. The Evergreen and Franklin Plaintiffs further request that they be given until July 10, 2007, to file their responsive brief. During a telephone conference on June 29, 2007, counsel speaking on behalf of the Director Defendants indicated that the Director Defendants would not oppose this request by the Evergreen and Franklin Plaintiffs.

Dated: June 29, 2007

Respectfully submitted,

*/s/ Stuart M. Grant*

GRANT & EISENHOFER P.A.
Stuart M. Grant (DC Bar ID #450895)
Megan D. McIntyre
Christine M. Mackintosh
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
*Counsel for Plaintiffs Evergreen Equity Trust, et al. and Plaintiffs Franklin Managed Trust, et al.*

**CERTIFICATE OF SERVICE**

I certify that on June 29, 2007, the attached Evergreen Plaintiffs' And Franklin Plaintiffs' Consent Motion For Leave To File A Brief In Response To The Director Defendants' Proposed Second Supplemental Brief In Support Of Their Motions To Dismiss and Proposed Order were served on the following counsel of record by the method noted.

**VIA U.S. MAIL:**

Fred F. Fielding
Barbara Van Gelder
WILEY REIN & FIELDING LLP
1776 K Street, N.W.
Washington, D.C. 20006
*Counsel for Defendants Frederic V. Malek and Anne Mulcahy and for Defendant Thomas Gerrity in the Evergreen Action*

Jonathan S. Liss
Dionna K. Litvin
David Smith
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, 36th Floor
Philadelphia, PA 19103
*Counsel for Radian Guaranty Inc.*

William K. Dodds
Neil A. Steiner
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
*Counsel for Defendant Thomas Gerrity*

Phyllis E. Brown, Esq.
LAW OFFICE OF PHYLLIS BROWN
119 East Court Street
Cincinnati, OH 45202
*Counsel for State Teachers Retirement System of Ohio and Ohio Public Employees Retirement Systems*

**VIA CM/ECF NOTIFICATION**

Jeffrey C. Block
Kathleen M. Donovan-Maher
Julie A. Richmond
Joseph C. Merschman
BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
One Liberty Square
Boston, MA 02169
*Counsel for State Teachers Retirement System of Ohio and Ohio Public Employees Retirement Systems*

James R. Cummins
Melanie S. Corwin
Jean M. Geoppinger
WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
*Counsel for State Teachers Retirement System of Ohio and Ohio Public Employees Retirement Systems*

Steven Mark Salky
Eric R. Delinsky
Ellen D. Marcus
Holly Ann Pal
Tammy Gershoni
Richard Miles Clark
Caroline Reid
ZUCKERMAN SPAEDER, LLP
1800 M Street, NW Suite 1000
Washington, DC 20036
*Counsel for Timothy Howard*

David S. Krakoff
Eldad Zvi Malamuth
Christopher F. Regan
Adam B. Miller
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, DC 20006
*Counsel for Leanne Spencer*

Jeffrey William Kilduff
Seth Aronson
Michael J. Walsh, Jr.
O'MELVENY & MYERS L.L.P.
1625 I Street, N.W.
Washington, D.C. 20006
*Counsel for Fannie Mae, Taylor Segue, William Harvey, Kenneth Duberstein, Manuel Justiz, and H. Patrick Swygert*

James D. Wareham
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
*Counsel for Daniel Mudd*

John H. Doyle, III
Rhonda D. Orin
ANDERSON KILL & OLICK, LLP
2100 M Street, NW, Suite 650
Washington, DC 20037
*Counsel for Leslie Rahl*

Julia E. Guttman
Nicholas A. Brady
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
*Counsel for Jamie Gorelick*

Francis J. Warin
Andrew S. Tulumello
Melanie L. Katsur
Henry Charles Whitaker
Claudia M. Osorio
Scott A. Fink
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
*Counsel for KPMG LLP*

Cristen Sikes Rose
DLA PIPER RUDNICK, GRAY CARY US LLP
1200 19th Street, NW, Suite 700
Washington, DC 20036
*Counsel for Stephen Ashley, Donald Marron, and Ann Korologos*

James Hamilton
David I. Ackerman
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006
*Counsel for Joe Pickett*

Jonathan M. Stern
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006-1825
*Counsel for Radian Guaranty Inc.*

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006
*Counsel for Goldman, Sachs & Co*

Richard H. Klapper
Michael T. Tomaino, Jr.
Jeremy C. Bates
Patrice A. Rouse
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
*Counsel for Goldman, Sachs & Co.*

John C. Truong
U.S. Attorney's Office
for the District of Columbia
Civil Division
555 Fourth Street, NW, E4206
Washington, DC 20530
*Counsel for Interested Party OFHEO*

Aaron Futch
Alex Young K. Oh
Robert P. Parker
1615 L. Street, NW, Suite 1300
Washington, DC 20036-5694
*Counsel for Paul, Weiss, Rifkind, Wharton & Garrison LLP*

Carolyn M. Welshhans
DECHERT LLP
1775 I. Street, N.W.
Washington, DC 20006
*Counsel for Thomas Gerrity*

Ian Health Gershengorn
Jerome L. Epstein
David W. DeBruin
JENNER & BLOCK, LLP
601 13th Street, N.W., Suite 1200S
Washington DC 20005
*Counsel for Fannie Mae*

Alex Giscard Romain
2842 S. Columbus St
Arlington, VA 22206
*Counsel for Franklin Raines*

Kevin M. Downey
Michelle D. Schwartz
Joseph Marshall Terry, Jr.
Daniel N. Marx
Matthew L. Fore
John E. Clabby
Ilana T. Buschkin
Laura J. Hildner
WILLIAMS & CONNOLLY, LLP
725 12th Street, NW
Washington, DC 20005
*Counsel for Franklin Raines*

*/s/ Megan D. McIntyre*
Megan D. McIntyre