IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FRANKLIN MANAGED TRUST, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Consolidated Civil Action No. 1:06-CV00139 (RJL) |
| v. | ) ) | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**FANNIE MAE'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Fannie Mae respectfully requests an extension of time within which to file its answer to KPMG's Cross-Claims Against Fannie Mae. Fannie Mae seeks an extension from July 12, 2007 to and including July 23, 2007. KPMG does not oppose this extension request. A proposed order is attached.

1

Dated:   July 5, 2007

                                                Respectfully submitted.

                                                _____/s/_____

                                                JENNER & BLOCK LLP

| | |
|---|---|
| Jeffrey W. Kilduff (DC Bar No. 426632) | Jerome L. Epstein (DC Bar No. 412824) |
| Robert M. Stern (DC Bar No. 426632) | Ian Heath Gershengorn (DC Bar No. 448475) |
| Natasha Colton (DC Bar No. 479647) | Jenner & Block LLP |
| Michael J. Walsh, Jr. (DC Bar No. 483296) | 601 13th Street, N.W. |
| O'Melveny & Myers LLP | Suite 1200 |
| 1625 Eye Street, N.W. | Washington, D.C. 20005 |
| Washington, DC  2006 | 202-639-6062 (voice) |
| 202-383-5300 (voice) | 202-639-6066 (fax) |
| 202-383-5414 (fax) | jepstein@jenner.com |
| | |
| Seth Aronson | Ronald L. Marmer |
| O'Melveny & Myers LLP | C. John Koch |
| 400 South Hope Street, 15th Floor | Jenner & Block LLP |
| Los Angeles, CA  90071-2899 | 330 N. Wabash Ave. |
| 213-430-6000 (voice) | Chicago, IL  60611-7603 |
| 213-430-6407 (fax) | 312-222-9350 |

### CERTIFICATE OF SERVICE

      I certify that on July 5, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

                                            /s/
                                    Jerome L. Epstein

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANKLIN MANAGED TRUST, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Consolidated Civil Action |
| ) | No. 1:06-CV00139 (RJL) |
| v. ) | |
| ) | |
| FEDERAL NATIONAL MORTGAGE ) | |
| ASSOCIATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

Upon consideration of defendant Fannie Mae's unopposed motion for an extension of time, it is, this _____ day of July, 2007,

ORDERED, that the motion is granted; and it is

FURTHER ORDERED, that Fannie Mae shall have until July 23, 2007 to file its answer to KPMG's cross-claims against Fannie Mae.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE