# ARNOLD & PORTER LLP

**Scott B. Schreiber**
Scott_Schreiber@aporter.com

202.942.5672
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

June 14, 2007

**VIA OVERNIGHT DELIVERY**

Mr. Jeffrey C. Block, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

Re:   *In re Fannie Mae Securities Litigation*, No. 1:04-cv-1639 (D.D.C.)

Dear Jeff:

Pursuant to our previous correspondence and discussions, we are providing the accompanying materials in response to your subpoena issued to Deloitte & Touche LLP ("Deloitte") in connection with the above-captioned matter. In particular, Deloitte is producing documents (Deloitte-FNMA-M-042808 through Deloitte-FNMA-M-103581) from the final hard copy workpapers. These 22 CDs contain both confidential material, as well as materials stamped "ATTORNEYS' EYES ONLY." Per your request, included on these CDs are the group IV, multi-page tiff images. The last CD of the 22 contains the appropriate load files as described by counsel from your office to representatives from Ikon. We understand that you will make these documents available to other counsel in the litigation pursuant to previous agreement.

As discussed in our letter of June 5, 2007, in the event that the amended Protective Order has not yet been executed, we ask that no Fannie Mae representatives, other than counsel, be permitted to review any of the Deloitte working papers until its execution, as you suggested in your letter of April 18, 2007.

We are providing these documents with the agreement and understanding that if we have inadvertently included privileged documents or information, there shall be no waiver of the claimed privilege or protection. In addition, Deloitte retains the right not to provide copies of certain selected documents that contain trade secrets and/or proprietary business information of Deloitte.

In our letter dated June 11, 2007, we noted that there were 26 DVDs and 22 CDs containing an estimated 3 million pages of daily activity statements for securities at Fannie Mae, and you stated in a voicemail on June 12, 2007 that you would not like this

# ARNOLD & PORTER LLP

Mr. Jeffrey C. Block
June 14, 2007
Page 2

material produced at this time. Pursuant to that voicemail we are preserving these DVDs and CDs should you decide to see them at a later date.

Please call me at (202) 942-5672 at your earliest convenience if you have any comments or concerns.

Sincerely,

*[signature]* /KKP

Scott B. Schreiber