IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re Fannie Mae Securities Litigation ) | Consolidated Civil Action No. 1:04-cv-1639 |
|  | Judge Richard J. Leon |
| Franklin Managed Trust, *et al.*, )<br>        *Plaintiffs,* )<br>vs. )<br>Federal National Mortgage Association, *et al.* )<br>        *Defendants.* ) | Case No. 1:06CV00139 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Upon the attached Declaration, Jerome L. Epstein hereby moves this Court pursuant to Rule 83.2(d) of the Local Court Rules of the United States District Court for the District of Columbia, for an order admitting Ronald L. Marmer, to the Bar of this Court, *pro hac vice*, for the purpose of representing Fannie Mae in the above-captioned cases.

Mr. Marmer is a member of good standing of the Bars of the State of Illinois and the State of New York, and he has not been admitted *pro hoc vice* to the practice before this Court within the past two years. A declaration attesting to these facts is attached.

For the foregoing reasons, undersigned counsel respectfully requests that the Court grant this Motion and enter an Order for admission of Mr. Marmer *pro hac vice* in the above captioned cases. A proposed order is attached.

2

Respectfully submitted,

**ON BEHALF OF FANNIE MAE**

          /s/ Jerome L. Epstein          

JENNER & BLOCK LLP

Jerome L. Epstein (DC Bar #412824)
Jenner & Block LLP
601 13th Street, N.W.
Suite 1200
Washington, D.C. 20005
202-639-6062 (voice)
202-639-6066 (fax)
jepstein@jenner.com

Ronald L. Marmer
Jenner & Block LLP
330 N. Wabash Avenue
Suite 4400
Chicago, Illinois  60611-7603
(312) 923-2688 (phone)
(312) 840-7688 (facsimile)

Counsel for Fannie Mae

DATED:  July 9, 2007