IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re Fannie Mae Securities Litigation ) | Consolidated Civil Action No. 1:04-cv-1639 |
| ) | Judge Richard J. Leon |
| Franklin Managed Trust, *et al.*, Plaintiffs, vs. Federal National Mortgage Association, *et al.* Defendants. ) | Case No. 1:06CV00139 |

## DECLARATION OF RONALD L. MARMER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

In compliance with Rule 83.2(d) of the Local Court Rules of the United States District Court for the District of Columbia, and under penalty of perjury, I, Ronald Marmer, state the following in support of the motion for my admission *pro hac vice*:

1. My full name is Ronald L. Marmer.

2. I am a partner with Jenner & Block LLP, 330 N. Wabash Avenue, Chicago, Illinois 60611-7603. My office phone number is (312) 923-2688.

3. I am a member of the Illinois Bar and the New York Bar and the following federal Bars: U.S. Supreme Court, U.S. Court of Appeals for the Second, Sixth, Seventh, and Ninth Circuits, and the U.S. District Courts for the Northern District of Illinois, Eastern District of Michigan, Southern District of New York, and Eastern District of New York.

4.  I certify that I am a member in good standing of the Illinois Bar and the New York Bar and the above-listed federal Bars, and that I have not been disciplined by any bar.

5.  I have not been admitted *pro hac vice* in this Court within the past two years.

6.  I do not engage in the practice of law from an office located in the District of Columbia.

SO SAYETH THE DECLARANT

Ronald L. Marmer
Jenner & Block LLP
330 N. Wabash Avenue
Suite 4400
Chicago, Illinois 60611-7603
(312) 923-2688 (phone)
(312) 840-7688 (facsimile)

Counsel for Fannie Mae

DATED: July 6, 2007