IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re Fannie Mae Securities Litigation | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Consolidated Civil Action No. 1:04-cv-1639<br><br>Judge Richard J. Leon<br><br><br>Case No. 1:06CV00139 |
| Franklin Managed Trust, *et al.*, Plaintiffs, vs. Federal National Mortgage Association, *et al.* Defendants. | | |

## [PROPOSED] ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* and the Declaration of Ronald L. Marmer attached thereto filed July 9, 2007, it is hereby:

**ORDERED**, that Ronald L. Marmer shall be admitted to the Bar of this Court, *pro hac vice,* for the purpose of representing defendant Fannie Mae in the above-captioned cases.

_____
Richard J. Leon
United States District Court Judge

DATED: _____, 2007