**CERTIFICATE OF SERVICE**

      I certify that on July 10, 2007, the attached Evergreen Plaintiffs' And Franklin Plaintiffs' Joint Memorandum of Law in Response To The Director Defendants' Second Supplemental Brief In Support Of Their Motion To Dismiss The Evergreen and Franklin Second Amended Complaints were served on the following counsel of record by the method noted.

**VIA U.S. MAIL:**

| | |
|---|---|
| Fred F. Fielding<br>Barbara Van Gelder<br>WILEY REIN & FIELDING LLP<br>1776 K Street, N.W.<br>Washington, D.C. 20006<br>*Counsel for Defendants Frederic V. Malek*<br>*and Anne Mulcahy and for Defendant Thomas*<br>*Gerrity in the Evergreen Action* | Jonathan S. Liss<br>Dionna K. Litvin<br>David Smith<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>1600 Market Street, 36th Floor<br>Philadelphia, PA 19103<br>*Counsel for Radian Guaranty Inc.* |
| William K. Dodds<br>Neil A. Steiner<br>DECHERT LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>*Counsel for Defendant Thomas Gerrity* | Phyllis E. Brown, Esq.<br>LAW OFFICE OF PHYLLIS BROWN<br>119 East Court Street<br>Cincinnati, OH 45202<br>*Counsel for State Teachers Retirement System*<br>*of Ohio and Ohio Public Employees*<br>*Retirement Systems* |

**VIA CM/ECF NOTIFICATION**

| | |
|---|---|
| Jeffrey C. Block<br>Kathleen M. Donovan-Maher<br>Julie A. Richmond<br>Joseph C. Merschman<br>BERMAN DEVALERIO PEASE TABACCO<br>BURT & PUCILLO<br>One Liberty Square<br>Boston, MA 02169<br>*Counsel for State Teachers Retirement System*<br>*of Ohio and Ohio Public Employees*<br>*Retirement Systems* | James R. Cummins<br>Melanie S. Corwin<br>Jean M. Geoppinger<br>WAITE, SCHNEIDER, BAYLESS<br>& CHESLEY CO., L.P.A.<br>1513 Fourth & Vine Tower<br>One West Fourth Street<br>Cincinnati, OH 45202<br>*Counsel for State Teachers Retirement System*<br>*of Ohio and Ohio Public Employees*<br>*Retirement Systems* |
| Jeffrey William Kilduff<br>Seth Aronson<br>Michael J. Walsh, Jr.<br>O'MELVENY & MYERS L.L.P.<br>1625 I Street, N.W.<br>Washington, D.C. 20006<br>*Counsel for Fannie Mae, Taylor Segue,*<br>*William Harvey, Kenneth Duberstein, Manuel*<br>*Justiz, and H. Patrick Swygert* | James D. Wareham<br>PAUL, HASTINGS, JANOFSKY &<br>WALKER LLP<br>875 15th Street, N.W.<br>Washington, D.C. 20005<br>*Counsel for Daniel Mudd* |

John H. Doyle, III
Rhonda D. Orin
ANDERSON KILL & OLICK, LLP
2100 M Street, NW, Suite 650
Washington, DC 20037
*Counsel for Leslie Rahl*

Steven Mark Salky
Eric R. Delinsky
Ellen D. Marcus
Holly Ann Pal
Tammy Gershoni
Richard Miles Clark
Caroline Reid
ZUCKERMAN SPAEDER, LLP
1800 M Street, NW Suite 1000
Washington, DC 20036
*Counsel for Timothy Howard*

Alex Giscard Romain
2842 S. Columbus St
Arlington, VA 22206
*Counsel for Franklin Raines*

Francis J. Warin
Andrew S. Tulumello
Melanie L. Katsur
Henry Charles Whitaker
Claudia M. Osorio
Scott A. Fink
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
*Counsel for KPMG LLP*

Julia E. Guttman
Nicholas A. Brady
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
*Counsel for Jamie Gorelick*

David S. Krakoff
Eldad Zvi Malamuth
Christopher F. Regan
Adam B. Miller
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, DC 20006
*Counsel for Leanne Spencer*

Kevin M. Downey
Michelle D. Schwartz
Joseph Marshall Terry, Jr.
Daniel N. Marx
Matthew L. Fore
John E. Clabby
Ilana T. Buschkin
Laura J. Hildner
WILLIAMS & CONNOLLY, LLP
725 12th Street, NW
Washington, DC 20005
*Counsel for Franklin Raines*

Cristen Sikes Rose
DLA PIPER RUDNICK, GRAY CARY US LLP
1200 19th Street, NW, Suite 700
Washington, DC 20036
*Counsel for Stephen Ashley, Donald Marron, and Ann Korologos*

| | |
|---|---|
| James Hamilton<br>David I. Ackerman<br>BINGHAM MCCUTCHEN LLP<br>2020 K Street, NW<br>Washington, DC 20006<br>*Counsel for Joe Pickett* | Jonathan M. Stern<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>2001 Pennsylvania Avenue, NW, Suite 300<br>Washington, DC 20006-1825<br>*Counsel for Radian Guaranty Inc.* |
| Daryl A. Libow<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>*Counsel for Goldman, Sachs & Co* | Richard H. Klapper<br>Michael T. Tomaino, Jr.<br>Jeremy C. Bates<br>Patrice A. Rouse<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>*Counsel for Goldman, Sachs & Co.* |
| John C. Truong<br>U.S. Attorney's Office<br>for the District of Columbia<br>Civil Division<br>555 Fourth Street, NW, E4206<br>Washington, DC 20530<br>*Counsel for Interested Party OFHEO* | Aaron Futch<br>Alex Young K. Oh<br>Robert P. Parker<br>1615 L. Street, NW, Suite 1300<br>Washington, DC 20036-5694<br>*Counsel for Paul, Weiss, Rifkind, Wharton & Garrison LLP* |
| Carolyn M. Welshhans<br>DECHERT LLP<br>1775 I. Street, N.W.<br>Washington, DC 20006<br>*Counsel for Thomas Gerrity* | Ian Health Gershengorn<br>Jerome L. Epstein<br>David W. DeBruin<br>JENNER & BLOCK, LLP<br>601 13th Street, N.W., Suite 1200S<br>Washington DC 20005<br>*Counsel for Fannie Mae* |

*/s/ Megan D. McIntyre*
Megan D. McIntyre