UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation ) ) ) ) ) | MDL No. 1668 |
| In Re Fannie Mae Securities Litigation ) ) ) ) ) | Consolidated Civil Action No.: 1:04-CV-01639<br><br>Judge Richard J. Leon |

### DECLARATION OF JEFFREY C. BLOCK IN FURTHER SUPPORT OF LEAD PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM THIRD-PARTY DELOITTE & TOUCHE USA LLP

I, Jeffrey C. Block, being duly sworn, hereby state as follows:

1. I am a partner in the law firm of Berman DeValerio Pease Tabacco Burt & Pucillo ("Berman DeValerio"), co-lead counsel for Lead Plaintiffs in the captioned securities class action. I submit this declaration in further support of Lead Plaintiffs' Motion to Compel the Production of Documents from Third-Party Deloitte & Touche USA LLP ("Deloitte").

2. On May 14, 2007, Deloitte informed counsel for Lead Plaintiffs that the manual working papers were available at Deloitte's vendor, IKON, and IKON required that Lead Plaintiffs' counsel approve a billing arrangement before the documents could be produced. Given the large cost associated with producing the over 100,000 pages of manual working papers, Lead Plaintiffs' counsel sought a lower rate from IKON and compared the rates available at another vendor, Xerox. After obtaining an acceptable rate from IKON, counsel for Lead Plaintiffs then contacted counsel for the other parties to the litigation to obtain their approval for the billing arrangement.

2

3.  On May 25, 2007, Deloitte produced 948 documents, totaling less than 20,000 pages.

4.  Attached as Exhibit A is a true and correct copy of the June 19, 2007 letter from Deloitte's counsel promising that Deloitte would produce "the bulk" of its final audit working papers by June 30, 2007.

5.  Attached as Exhibit B is a true and correct copy of the June 29, 2007 letter from Deloitte's counsel. This letter accompanied a production of approximately 146,000 additional pages of audit working papers.

6.  According to Deloitte's counsel, Kavita Kumar Puri, she and another associate in May, 2007 reviewed the hard copy of the working papers for privilege and to determine which working papers should be made available to current Fannie Mae employees. Deloitte never produced a privilege log with regard to the hard copy working papers or indicated that any documents were withheld from production.

Signed under the pains and penalties of perjury this 13th day of July, 2007.

s/Jeffrey C. Block<br>Jeffrey C. Block

2