# EXHIBIT A

# ARNOLD & PORTER LLP

**Scott B. Schreiber**
Scott_Schreiber@aporter.com

202.942.5672
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

June 19, 2007

**VIA OVERNIGHT DELIVERY**

Mr. Jeffrey C. Block, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

    Re:    *In re Fannie Mae Securities Litigation*, No. 1:04-cv-1639 (D.D.C.)

Dear Jeff:

    I am writing this in response to your letter of June 14, 2007. Deloitte & Touche LLP ("Deloitte") has been in the process of producing documents to parties in the above-captioned litigation since April. As of today, Deloitte has produced some 170,000 pages and is working diligently to produce the bulk of its final workpapers, as reflected in the June 5, 2007 stipulation, by June 30, 2007.

    We have today produced 46,600 pages of the final electronic workpapers for the year-end 2004 audit of Fannie Mae, and plan on making additional productions before June 30. However, contrary to your letter it is impossible as a technological matter to produce "all" of them by June 30, 2007 and Deloitte never promised it would do so. Producing the final electronic workpapers, given the volume and the proprietary system Deloitte uses to store and manage its documents, is a labor- and time-intensive undertaking. These documents have been with Solutions Plus+ since March of this year. Solutions Plus+ has since been working diligently, including nights, weekends, and holidays, to resolve the numerous technical difficulties with respect to processing these documents. Solutions Plus+ anticipates that it can get the bulk of the final electronic workpapers produced by June 30, but it cannot guarantee that "all" the workpapers will be done at this time. As previously noted, had you selected a subset of the documents in the workpaper index that we forwarded to you in February, instead of selecting virtually all of them, this production could have been completed by now.

    With regard to other categories of documents, on April 9 and April 25, Deloitte produced an estimated 20,000 pages of documents from Deloitte's OFHEO engagement to Williams & Connolly, counsel for defendant Franklin D. Raines. We have been informed that, through no fault or knowledge of Deloitte's, counsel did not post those documents to the shared database until one month thereafter. From June 5 through June

Washington, DC    New York    London    Brussels    Los Angeles    Century City    Northern Virginia    Denver

# ARNOLD & PORTER LLP

Mr. Jeffrey C. Block
June 19, 2007
Page 2

14, Deloitte produced roughly 103,000 pages of hard copy final workpapers to your offices. As you know, and pursuant to our letter of May 23, 2007, this last set of documents would have been produced two weeks earlier had your office not delayed in authorizing Ikon Office Solutions, Inc. to begin processing the documents for production.

Please call me if you have any questions.

Sincerely,

Scott B. Schreiber

# EXHIBIT B

Case 1:06-cv-00139-RJL   Document 181-3   Filed 07/13/2007   Page 4 of 6

## ARNOLD & PORTER LLP

202.942.5000
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

June 29, 2007

**VIA OVERNIGHT DELIVERY**

Mr. Jeffrey C. Block, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

      Re:    *In re Fannie Mae Securities Litigation*, No. 1:04-cv-1639 (D.D.C.)

Dear Jeff:

      Pursuant to our previous correspondence and discussions, we are providing the accompanying materials in response to your subpoena issued to Deloitte & Touche LLP ("Deloitte") in connection with the above-captioned matter. In particular, Deloitte is producing documents (Deloitte-FNMA-0046601 through Deloitte-FNMA-0192220) from the final electronic workpapers. Please note that the bates numbers have changed from six to seven digits. These 3 discs contain both confidential material, as well as materials stamped "ATTORNEYS' EYES ONLY." Please also note that certain of the excel spreadsheets, due to the reformatting requirements imposed, are cumbersome to view. However, in the interests of time, we are providing the documents to you now with the caveat that we realize we may need to provide reformatted spreadsheets to you at a later date. We are also working to resolve the reformatting issue with respect to future production.

      As per the requirements sent directly from Xerox Litigation Services to Solutions Plus+, included on these three discs are the group IV, single-page tiff images and the appropriate load files. Also included on these discs, for your convenience, are additional fields entitled DOCREFID, containing the audit workpaper number accompanying the image; PREPARER, containing the preparer initials and date(s); and REVIEWER, containing the reviewer initials and date(s). We understand that you will make these documents available to other counsel in the litigation pursuant to previous agreement.

      As discussed in our letter of June 5, 2007, in the event that the amended Protective Order has not yet been executed, we ask that no Fannie Mae representatives, other than counsel, be permitted to review any of the Deloitte working papers until its execution, as you suggested in your letter of April 18, 2007.

Washington, DC    New York    London    Brussels    Los Angeles    Century City    Northern Virginia    Denver

# ARNOLD & PORTER LLP

Mr. Jeffrey C. Block
June 29, 2007
Page 2

      We are providing these documents with the agreement and understanding that if we have inadvertently included privileged and/or proprietary documents or information, there shall be no waiver of the claimed privilege or protection. In addition, Deloitte retains the right not to provide copies of certain selected documents that contain trade secrets and/or proprietary business information of Deloitte.

      Please call me at (202) 942-5672 at your earliest convenience if you have any comments or concerns.

Sincerely,

*Scott Schreiber /ses*

Scott B. Schreiber