IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | ) )<br>) No. 1:04-cv-01639 (RJL)<br>) ) |

### NOTICE OF APPEARANCE OF C. SIMON DAVIDSON

To the Clerk and all parties of record:

Please note my appearance in this action on behalf of KPMG LLP.

Respectfully submitted this 6th Day of August 2007.

/s/ C. Simon Davidson
C. Simon Davidson (D.C. Bar No. 490422)
McGUIREWOODS LLP
1050 Connecticut Ave., N.W., Suite 1200
Washington, D.C. 20036
Telephone: (202) 857-1715
Facsimile: (202) 857-1737

*Counsel for KPMG LLP*

## CERTIFICATE OF SERVICE

I hereby certify that I caused electronic copies of the foregoing to be transmitted on August 6, 2007, to the following counsel registered to receive electronic service:

| | |
|---|---|
| Joshua S. Devore<br>Steven J. Toll<br>Matthew K. Handley<br>Daniel S. Sommers<br>Cohen, Milstein, Hausfeld & Toll P.L.L.C.<br>West Tower, Suite 500<br>1100 New York Ave., N.W.<br>Washington, D.C. 20005<br>*Counsel for Plaintiffs Vincent Vinci; State Teachers Retirement System of Ohio; Anne E. Flynn; Robert L. Garber* | James R. Cummins<br>Melanie S. Corwin<br>Jean Marie Geoppinger<br>Waite, Schneider, Bayless & Chesley Co., L.P.A.<br>1513 Fourth & Vine Tower<br>One West Fourth Street<br>Cincinnati, OH 45202<br>*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio* |
| Julie A. Richmond<br>Kathleen M. Donovan-Maher<br>Jeffery C .Block<br>Joseph C. Merschman<br>Berman Devalerio Pease Tobacco Burt & Pucillo<br>One Liberty Square<br>Boston, MA 02190<br>*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio* | Alan J. Statman<br>Jeffery P. Harris<br>Statman, Harris & Eyrich LLC<br>3700 Carew Tower<br>441 Vine Street<br>Cincinnati, OH 45202<br>*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio* |
| Frank J. Johnson<br>Brett M. Weaver<br>Law Office of Frank J. Johnson<br>402 W. Broadway 27th Floor<br>San Diego, CA 92101<br>*Counsel for Plaintiff Sassan Shahrokhinia* | Robert W. Liles<br>Liles Parket, PLLC<br>4400 MacArthur Blvd., N.W.<br>Suite 203<br>Washington, D.C. 20007<br>*Counsel for Plaintiff Sassan Shahrokhinia* |
| Stuart M. Grant<br>Megan D. McIntyre<br>Christine M. Mackintosh<br>Jeff A. Almeida<br>Grant & Eisenhofer, P.A.<br>Chase Manhattan Centre<br>1201 N. Market Street<br>Wilmingotn, DE 19801<br>*Counsel for the Franklin Templeton Plaintiffs* | Jeffrey W. Kilduff<br>Michael J. Walsh, Jr.<br>O'Melveny & Myers LLP<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006<br>*Counsel for Defendant Fannie Mae, Thomas P. Gerrity, Taylor C. Segue, III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl* |

Kevin M. Downey  
Alex G. Romain  
Daniel N. Marx  
Joseph M. Terry, Jr.  
Matthew L. Fore  
John E. Clabby  
Williams & Connolly LLP  
725 Twelfth Street, N.W.  
Washington, D.C. 20005-5091  
*Counsel for Defendant Franklin D. Raines*

David S. Krakoff  
Christopher F. Regan  
Adam B. Miller  
Mayer, Brown, Rowe & Maw LLP  
1909 K Street, N.W.  
Washington, D.C. 20006-1101  
*Counsel for Defendant Leanne G. Spencer*

James D. Wareham  
Paul, Hastings, Janofsky & Walker LLP  
875 15th Street, N.W., Suite 12  
Washington, D.C. 20005  
*Counsel for Defendant Daniel H. Mudd*

Cristen Sikes Rose  
Edward S. Scheideman III  
DLA Piper US LLP  
1200 19th Street, N.W.  
Washington, D.C. 20036  
*Counsel for Defendants Stephen B. Ashley, Donald B. Marron, and Ann Korologos*

David Smith  
Jonathan S. Liss  
Jonathan Michael Stern  
Schnader Harrison Segal & Lewis LLP  
1600 Market Street  
Philadelphia, PA 19103-7286  
*Counsel for Radian Group Inc.*

Steven M. Salky  
Eric R. Delinsky  
Ellen D. Marcus  
Holly Ann Pal  
Tammy Gershoni  
Zuckerman Spaeder LLP  
1800 M Street, N.W., Suite 1000  
Washington, D.C. 20036-2638  
*Counsel for Defendant Timothy J. Howard*

David I. Ackerman  
James Hamilton  
Bingham McCutchen, LLP  
2020 K Street, N.W.  
Washington, D.C. 20006  
*Counsel for Defendant Joe Pickett*

William H. Jeffress  
Julie E. Guttman  
Nicholas A. Brady  
Baker Botts LLP  
The Warner; 1299 Pennsylvania Ave., N.W.  
Washington, D.C. 20004-2400  
*Counsel for Defendant James S. Gorelick*

John H. Doyle, III  
Rhonda D. Orin  
Anderson Kill & Olick LLP  
2100 M Street, N.W., Suite 650  
Washington, D.C. 20037  
*Counsel for Defendant Leslie Rahl*

Ian Heath Gershengorn  
Jerome Lewis Epstein  
Jenner & Block  
601 13th Street, N.W.  
Suite 1200S  
Washington, D.C. 20005  
*Counsel for Defendant Fannie Mae*

Carolyn M. Welshhans
Dechert LLP
1775 Eye Street, N.W.
Washington, D.C. 20006
*Counsel for Defendant Thomas P. Gerrity*

William K. Dodds
Neil A. Steiner
Dechert LLP
30 Rockefeller Plaza
New York, N.Y. 10112
*Counsel for Defendant Thomas P. Gerrity*

Barbara Van Gelder
Wiley Rein LLP
1776 K Street, N.W.
Washington, D.C. 20006
*Counsel for Defendants Anne M. Mulcahy and Frederic V. Malek*

Bonnie Altro
Morgan, Lewis & Bockius
101 Park Avenue
New York, N.Y. 10178-0060
*Counsel for Defendant Thomas P. Gerrity*

Shannon Ratliff
Ratliff Law Firm
600 Congress Avenue
Suite 3100
Austin, TX 78701
*Counsel for Manuel Justiz*

F. Joseph Warin, Esq.
Andrew S. Tulumello, Esq.
Melanie L. Katsur, Esq.
Gibson Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
*Counsel for Defendant KPMG LLP*

Seth Aronson
O'Melveny & Myers, LLP
400 South Hope Street
15th Floor
Los Angeles, CA 90071
*Counsel for Defendant Fannie Mae, Thomas P. Gerrity, Taylor C. Segue, III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl*

/s/ C. Simon Davidson
C. Simon Davidson

3