UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In Re Fannie Mae Securities Litigation ) | Consolidated Civil Action No. 1:04-cv-1639 (RJL) |
| ) |  |
| Evergreen Equity Trust, *et al.*, ) |  |
| ) |  |
| Plaintiffs, ) | No. 1:06-cv-00082 (RJL) |
| ) |  |
| v. ) |  |
| ) |  |
| Federal National Mortgage Association, *et al.*, ) |  |
| ) |  |
| Defendants. ) |  |

**[PROPOSED] ORDER GRANTING THE EVERGREEN PLAINTIFFS' MOTION FOR (I) RECONSIDERATION OF THE COURT'S DISMISSAL OF THEIR SECTION 18 CLAIM AGAINST DEFENDANTS FANNIE MAE, FRANKLIN RAINES, TIMOTHY HOWARD, AND LEANNE SPENCER, AND (II) MODIFICATION OF THE COURT'S ORDER DATED JULY 31, 2007 TO INCLUDE THE ENTRY OF FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 54(b) ON THE EVERGREEN PLAINTIFFS' STATE LAW CLAIMS**

The Court having considered the Evergreen Plaintiffs' Motion For (I) Reconsideration Of The Court's Dismissal Of Their Section 18 Claim Against Defendants Fannie Mae, Franklin Raines, Timothy Howard, and Leanne Spencer, And (II) Modification Of The Court's Order Dated July 31, 2007 To Include The Entry Of Final Judgment Pursuant To Federal Rule Of Civil Procedure 54(b) On The Evergreen Plaintiffs' State Law Claims, the opposition papers and supporting documents thereto, the authorities cited by the parties, and the record in this case, it is this _____ day of _____, 2007, hereby

**ORDERED** that the Evergreen Plaintiffs' Motion For Reconsideration Of The Court's Dismissal Of Their Section 18 Claim Against Defendants Fannie Mae, Franklin Raines, Timothy Howard, and Leanne Spencer is **GRANTED**; and it is further

**ORDERED** that, upon reconsideration, the Motions to Dismiss by defendants Fannie Mae, Franklin Raines, Timothy Howard, and Leanne Spencer [#208, #212, #213, and #216 in Case No. 1:04-cv-1639] are **DENIED** to the extent they seek dismissal of the Evergreen Plaintiffs' Section 18 claim, as set forth in Count III of the Evergreen Plaintiffs' Second Amended Complaint; and it is further

**ORDERED** that the Evergreen Plaintiffs' Motion For Modification Of The Court's Order Dated July 31, 2007 To Include The Entry Of Final Judgment Pursuant To Federal Rule Of Civil Procedure Rule 54(b) On Plaintiffs' State Law Claims is **GRANTED**; and it is further

**ORDERED** that this Court's Order dated July 31, 2007 [#482] is hereby **AMENDED** to include the following statement:

> Having determined that there is no just reason for delay, this Court hereby directs the entry of final judgment pursuant to Rule 54(b) as to the dismissal of Counts VI, VII, VIII and IX of the Evergreen Plaintiffs' Second Amended Complaint.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Court Judge