IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANKLIN MANAGED TRUST, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FEDERAL NATIONAL MORTGAGE ) <br> ASSOCIATION, *et al.* ) <br> ) <br> Defendants. ) <br> ) | Consolidated Civil Action <br> No. 1:06-CV00139 (RJL) |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of the undersigned, Tammy Gershoni, Esquire, as attorney of record on behalf of J. Timothy Howard in the above-captioned matter. In support of such notice, undersigned counsel states the following: As of August 24, 2007, Ms. Gershoni is no longer at the law firm of Zuckerman Spaeder LLP. Zuckerman Spaeder LLP continues to be counsel of record in this matter.

Dated: August 23, 2007

Respectfully submitted,

_____
Tammy Gershoni
D.C. Bar # 473382
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Washington, DC 20036
(202) 778-1800

*Counsel for Defendant, J. Timothy Howard*

1428948.1

CERTIFICATE OF SERVICE

      I certify that on August 23, 2007, I electronically filed the foregoing with the Clerk of court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

_____
Tammy Gershoni

1428948.1