UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Fannie Mae Securities Litigation )<br><br>Evergreen Equity Trust, *et al.*, )<br><br>                    Plaintiffs, )<br><br>          v. )<br><br>Federal National Mortgage Association, *et al.*, )<br><br>                    Defendants. ) | Consolidated Civil Action<br>No. 1:04-cv-1639 (RJL)<br><br><br><br>No. 1:06-cv-00082 (RJL) |

**CONSENT MOTION FOR EXTENSION OF TIME**

The Evergreen Plaintiffs, with the consent and agreement of Defendant Radian Guaranty Inc. ("Radian"), respectfully request a three-day extension of time to file their reply to Radian's Memorandum of Law in Opposition to the Evergreen Plaintiffs' Motion for Entry of a Final Judgment Under Rule 54(b). The Evergreen Plaintiffs request that the Court allow them to file their reply on or before September 7, 2007, which is the date the Evergreen Plaintiffs' reply to the other defendants' opposition brief is due. A proposed order is attached.

Dated: August 30, 2007                    Respectfully submitted,

                         */s/ Stuart M. Grant*
                         Stuart M. Grant (D.C. Bar # 450895)
                         Megan D. McIntyre
                         Christine M. Mackintosh
                         GRANT & EISENHOFER P.A.
                         Chase Manhattan Centre
                         1201 N. Market St.
                         Wilmington, DE 19801
                         (302) 622-7000
                         (302) 622-7100 (facsimile)

                         *Attorneys for the Evergreen Plaintiffs*