UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In re Fannie Mae Securities Litigation | Civil Action No. 1:04-cv-01639<br><br>Judge Richard J. Leon |

### STIPULATED ORDER

Upon consideration of Defendant Franklin D. Raines's Motion to Hold the Office of Federal Housing Enterprise Oversight in Contempt (Dkt. No. 499), Defendants Leanne G. Spencer's and J. Timothy Howard's Joinder and Motion to Hold the Office of Federal Housing Enterprise Oversight in Contempt (Dkt. No. 500), the evidentiary hearing held on September 26, 2007, and with the agreement of the parties,

IT IS HEREBY ORDERED:

1. By September 28, 2007, the Individual Defendants will identify fifteen (15) back-up tape sets to be restored. OFHEO will restore these back-up tape sets for all custodial data. If any particular back-up tape sets fail, the Individual Defendants may select one back-up tape set as a replacement for each failed back-up tape set.

2. By October 12, 2007, the Individual Defendants will identify an additional nine (9) OFHEO custodians, for a total of thirty (30) OFHEO custodians.

3. The relevant time period for the Individual Defendants' requests is January 1, 1999 to December 31, 2005.

4. The Individual Defendants will select an outside vendor to consult with and monitor the work of Forensic Consulting Solutions (FCS) throughout this process.



1

5. OFHEO will work with the Individual Defendants to provide the necessary information (without individual document review) to develop appropriate search terms. By October 19, 2007, the Individual Defendants will specify the search terms to be used.

6. OFHEO will search for and produce all non-privileged Outlook-related files and contents (with attachments) for the custodians and the specified search terms and extracted from the active data and restored data (i.e., back-up tapes). OFHEO will not produce the following documents:

   a. documents relating exclusively to Freddie Mac;

   b. documents created after December 31, 2004, that discuss remedial measures taken or to be taken by new management to address any accounting practices and policies or other allegations identified by OFHEO during the course of its Special Examination or in other examination reports produced after that date; and

   c. documents created after December 31, 2004, that pertain solely to Fannie Mae's ongoing compliance with or implementation of Fannie Mae's September 27, 2004 and March 7, 2005 Regulatory Agreements.

7. The Individual Defendants reserve the right to request specific native files.

8. By November 30, 2007, OFHEO will produce all documents, as specified in Paragraph 6, for the twenty-one (21) custodians identified in the Individual Defendants' letters dated February 18 and June 12, 2007. OFHEO will produce a detailed privilege log for any documents withheld as privileged by November 30, 2007.

9. By January 4, 2008, OFHEO will produce all documents, as specified in Paragraph 6, responsive to the additional nine (9) custodians to be identified in Paragraph 2. OFHEO will produce a detailed privilege log for any documents withheld as privileged by January 4, 2008.

10. The Individual Defendants reserve the right to identify an additional five (5) OFHEO custodians by no later than January 31, 2008, limited to the existing back-up tape set restorations (as specified in Paragraph 1). If the Individual Defendants identify any of these custodians after October 12, 2007, then the dates for production of all documents specified in Paragraph 6, along with the corresponding privilege logs, will be negotiated by the parties.

11. Compliance with this Order will fulfill OFHEO's obligations to respond to the *subpoenas duces tecum* that the Individual Defendants caused to be served on June 21, 2006, July 18 and 24, 2006, and February 6, 2007.

The pending motions (Dkt. Nos. 499 and 500) are held in abeyance.

Date:   September 27, 2007

*[signature]*
Richard J. Leon
United States District Court Judge