UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FEDERAL NATIONAL MORTGAGE ASSOCIATION SECURITIES, DERIVATIVE AND ERISA LITIGATION | MDL No. 1668 |
| IN RE: FANNIE MAE DERIVATIVE LITIGATION | Cons. C. A. No. 1:04-CV-01783 (RJL) |
| IN RE FANNIE MAE SECURITIES LITIGATION | Cons. C.A. No. 1:04-CV-01639 (RJL) |
| EVERGREEN EQUITY TRUST, et al., <br><br> Plaintiffs, <br><br> - against – <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., <br><br> Defendants. | Case No. 1:06-CV-00082 (RJL) |
| FRANKLIN MANAGED TRUST, et al., <br><br> Plaintiffs, <br><br> - against – <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., <br><br> Defendants. | Case No. 1:06-CV-00139 (RJL) |

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the address and telephone number have changed for the Washington, D.C. office of DLA Piper US LLP, counsel for defendants Stephen B.

WASH1\4931140.1
313932-20

Ashley, Ann McLaughlin Korologos and Donald B. Marron.  The new address, telephone number and facsimile number for that office are:

>DLA Piper US LLP
>500 8th Street, N.W.
>Washington, D.C.  20004
>Tel (202) 799-4000
>Fax (202) 799-5000

Dated: Washington, D.C.
       October 26, 2007

Respectfully submitted,

Of Counsel:

John J. Clarke, Jr.
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York  10020
(212) 335-4500
john.clarke@dlapiper.com

By: /s/ Cristen E. Sikes
    Cristen E. Sikes (D.C. Bar No. 473461)
    DLA Piper US LLP
    500 8th Street, N.W.
    Washington, D.C.  20004
    Tel:  (202) 799-4000
    Fax:  (202) 799-5000
    cristen.rose@dlapiper.com

    Attorneys for Stephen B. Ashley, Ann McLaughlin Korologos and Donald B. Marron

2

CERTIFICATE OF SERVICE

I certify that on October 26, 2007, I electronically filed the foregoing Defendants' Notice of Change of Address with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record who are registered on the CM/ECF system.

/s/ Cristen E. Sikes
Cristen E. Sikes

WASH1\4931140.1
313932-20