# ARNOLD & PORTER LLP

**Scott B. Schreiber**
Scott.Schreiber@aporter.com
202.942.5672
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

October 17, 2007

**VIA HAND DELIVERY**

Charles Wm. McIntyre, Esq.
McGuire Woods LLP
Washington Square
Suite 1200
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5317

Re:   *In re Fannie Mae Securities Litigation*, No. 1:04-cv-1639 (D.D.C.)

Dear Mr. McIntyre:

I am responding to your letter of October 10, 2007 summarizing our conversation regarding Deloitte & Touche LLP's ("Deloitte") response to KPMG LLP's ("KMPG") subpoena *duces tecum* in the above-referenced matter.[1] While most of your letter comports with our understanding of the conversation as well, a few matters warrant further explanation and clarification.

First, to the best of our current understanding, Deloitte does not have any documents concerning Investigation SID-04-0034-1, and so does not have any documents responsive to Subpoena Request Nos. 130-134.

Second, with regard to the OFHEO documents, all responsive, non-privileged material has been produced from the categories you identified in your letter. Enclosed with this letter is a copy of the OFHEO E-Room index, which highlights the documents, requested by counsel for Defendant Franklin Raines and which were then produced by Deloitte. Should you require additional documents for production, please select them on the index and we will undertake to produce them to you. (*See, e.g.*, Subpoena Request No. 24.) Please note that this index redacts a limited number of documents Deloitte believes are proprietary or non-responsive.

---

[1] Before receiving KPMG's subpoena, Deloitte had already produced nearly two million pages of final audit workpapers, both hard copy and electronic, and approximately 100,000 pages of documents relating to Deloitte's engagement by the Office of Federal Housing Enterprise Oversight ("OFHEO").



EXHIBIT
H

# ARNOLD & PORTER LLP

Charles Wm. McIntyre, Esq.
October 17, 2007
Page 2

Third, Deloitte will not be producing any documents outside the class period except for the final audit workpapers of the 2004 restated financials. Based on conversations with members of the Deloitte audit team, we do not believe there would be anything in the 2005 or 2006 audit workpapers that would be relevant to the above-captioned litigation or lead to the admissibility of relevant evidence.

Fourth, any policies, manuals and guidelines explicitly relied upon by Deloitte in connection with its audit of Fannie Mae's 2004 restated financial statements in the ordinary course would be incorporated and/or referenced within the workpapers, in particular within the 9000 series (*see* Deloitte-FNMA-1643106 through Deloitte-FNMA-1660092). Deloitte does not believe policies not referenced are discoverable under the federal rules, and will not produce any additional such documents at this time. However, as we discussed, if you have a specific, narrowly crafted request we will consider it.

Fifth, contrary to your suggestion, documents from the computers of individuals providing audit services have been incorporated into the final audit workpapers that Deloitte has produced. In particular, Deloitte produced the Preparer and Reviewer fields to facilitate the parties' ability to identify which individuals were affiliated with or responsible for the various workpapers. Documents, apart from the final workpapers, maintained by individuals in large measure are either sections of the composite final workpapers or redundant versions thereof. Once the parties decide which individuals from Deloitte they would like to depose, we can discuss whether any additional production will be required at that time. As indicated, we will be conferring with Melanie Corwin about this topic.

Sixth, as far as we can determine, documents reflecting Deloitte's communications with the Audit Committee of Fannie Mae's Board of Directors have been included in the final workpapers (*see, e.g.*, Deloitte-FNMA-0155137 through Deloitte-FNMA-0155156). We will continue to search for these documents in other sources and produce them as appropriate. (*See, e.g.*, Subpoena Request Nos. 37, 127).

Finally, as we discussed, we will endeavor to locate and produce the following categories of documents:

1. Billing Records. We are in the process of locating billing records for audit services provided to Fannie Mae. (*See, e.g.*, Subpoena Request No. 11.) We anticipate being able to produce certain of these documents within the next few weeks.

# ARNOLD & PORTER LLP

Charles Wm. McIntyre, Esq.
October 17, 2007
Page 3

2. <u>Deloitte Audit Team List</u>. We will begin compiling a list of the various workstreams and affiliated key personnel that made up the Deloitte team providing audit services for Fannie Mae's 2004 restated financials. (*See, e.g.*, Subpoena Request No. 32.) However, as you recognized in your letter, this list will not include each Deloitte employee who worked on the audit.

3. <u>Privilege/Proprietary Logs re Final Audit Workpapers</u>. We are currently revising our log of documents withheld for privilege from the production of the final audit workpapers, and anticipate completing that revision by the end of this month. We also anticipate finalizing our log of documents withheld from the production of the final audit workpapers for proprietary reasons by the end of this month.

We will endeavor to provide these documents with the understanding that they are governed by the Second Amended Stipulated Pretrial Protective Order, and with the agreement and understanding that if we inadvertently include privileged and/or proprietary documents or information, there shall be no waiver of the claimed privilege or protection. In addition, Deloitte retains the right not to provide copies of certain selected documents that contain trade secrets and/or proprietary business information of Deloitte under the applicable law and under Paragraph 21 of the Second Amended Stipulated Protective Order.

Nothing in this letter is intended to waive or in any way modify the objections set forth by Deloitte in its August 31, 2007 letter. Please call me with any questions or concerns.

Sincerely,

*[signature]*

Scott B. Schreiber

cc:    Linda Beyer



Deloitte/OFHEO
Special Examination Engagement
E-Room Index

- Accounting Stream
  - Accounting Issues Memos
    - CapPremium.doc
    - Derivatives Offsetting Swaps.doc
    - Derivatives Redesignation.doc
    - FAS 91 Issue Write-up.doc
    - [redacted]
  - Document requests
    - Acctg Doc requestSRT.doc
    - OFHEO Accounting Additional Documentation Request List - 3-17-04.doc
    - OFHEO Accounting Correspondence Request 04-10-04.doc
    - FAS 133 Potential&Actual Exhibits.zip
    - [redacted]
  - Weekly Updates
    - Acctg Status 3-17.doc
    - Acctg Status 3-25.doc
- Accounting Training Presentations
  - ofheoFAS_115.ppt
  - ofheoFAS_133.ppt
  - ofheoFAS_140.ppt
  - ofheoFIN46_Ver2.ppt
- Bates "Intentionally Left Blank"
  - Intentionally Left Blank FNME Production Pages.xls
- Consent Order
  - consentorder12903.pdf
- Discussions by Fannie Employees about their Accounting Practices
  - Answers from the CEO
    - accounting.htm
    - bakerbottsreport.htm
    - derivativedisclosure.htm
    - derivativesaccounting.htm
    - discussion.htm
    - fairvaluebalancesheet.htm
    - FR discusses MPB at UBS conf.htm



- interestrate.htm
- marketvaluation.htm
- J. Boyles
  - accounting tutorial by LS, JB, JP.htm
  - Boyles at Lehman Conf. 2003 disc. FAS 133.htm
  - Boyles at Lehman Conf. 2003.pdf
  - FNM Accounting for Derivatives Tutorial LS, JB, JP.pdf
- Tim Howard
  - Howard at Bank of America Sec Conf.htm
  - Howard at Global Agency Debt Conf.htm
  - Howard before House SubComm.htm
  - Howard speaks to MLB and FS Conf.htm
  - TH disc. the changing mort market.htm
- Document Production Index - From OFHEO
  - Fannie Mae's Special Examination Production to OFHEO 11.22.xls
  - Old Versions
    - Copy of Fannie Mae's Special Examination Production to OFHEO 21 May 2004.xls
    - Copy of Fannie Mae's Special Examination Production to OFHEO 25 June 2004.xls
    - Copy of Fannie Mae's Special Examination Production to OFHEO 8.2.04.xls
    - Fannie Mae's Special Examination Production to OFHEO 07_28_04.xls
    - Fannie Mae's Special Examination Production to OFHEO 08-16-2004.xls
    - Fannie Mae's Special Examination Production to OFHEO 11.1.xls
    - Fannie Mae's Special Examination Production to OFHEO 21 May 2004.xls
    - Fannie Mae's Special Examination Production to OFHEO 8.2.04.xls
    - Fannie Mae's Special Examination Production to OFHEO 9.15.04.xls
    - Fannie Mae's Special Examination Production to OFHEO as of 02 June 2004.xls
    - Fannie Mae's Special Examination Production to OFHEO as of 10 June 2004.xls
    - Fannie Mae's Special Examination Production to OFHEO as of 25 May 2004.xls
    - Fannie Mae's Special Examination Production to OFHEO as of 26 May 2004.xls
    - Fannie Mae's Special Examination Production to OFHEO.xls
    - Fannie Mae's Special Examination Production to OFHEO1 as of 07 June 2004.xls
- Document Request Reconciliation
  - Consolidated Document Request Reconciliation- 1-21-05.xls
  - Old Versions
    - Consolidated Document Request Reconciliation- 10-1-042.xls
    - Consolidated Document Request Reconciliation- 1-21-05.xls

2

Case 1:06-cv-00139-RJL   Document 214-9   Filed 01/03/2008   Page 6 of 17



- Consolidated Document Request Reconciliation_Master_17 June 2004 (2).xls
- Consolidated Document Request Reconciliation_Master_17 June 2004.xls
- Copy of Consolidated Document Request Reconciliation-1-21-05.xls
- Copy of Consolidated Document Request Reconciliation_Master_17 June 2004 (2).xls
- Copy of Consolidated Document Request Reconciliation_Master_Week of 31 May 2004 v2.xls
- Document Request Reconciliation_Master_Week of 25 May 2004.xls

Document Review Worksheet and Index
- Archive - Consolidated Document Review Worksheets
  - Consolidated_DRW_07April2004.xls
  - Consolidated_DRW_11 May 2004.xls
  - Consolidated_DRW_14April2004.xls
  - Consolidated_DRW_18 May 2004.xls
  - Consolidated_DRW_20 April 2004.xls
  - Consolidated_DRW_25 May 2004.xls
  - Consolidated_DRW_27 April 2004.xls
  - Consolidated_DRW_30 June 2004.xls
  - Consolidated_DRW_4 May 2004.xls
- OFHEO Document Management
  - OFHEO Document Management Guidelines.doc

Document Review - Controls
- Controls_DRW_03 10 04.xls
- Controls_DRW_031904.xls
- Controls_DRW_032204.xls

Document Review - Valuation
- OFHEO Additional Documentation Request List_Val.doc
- Valuation Stream_DRW_27 April 2004.xls
- Valuation Stream030904.xls

Email Production
- Email Directory 082504.xls
- Email Directory 090204.xls
- Email Directory 101404.xls
- Email Production Letter - Wilmer
  - 144_Baer_2004-11-18-email.pdf

Exhibit Index
- Exhibit 080904.xls
- Exhibits 012105.xls
- Exhibits 072104.xls
- Exhibits 081704.xls
- Exhibits 111604.xls
- Exhibits 113004.xls
- Exhibits 121504.xls
- Exhibits Final 012405.xls

Fannie Mae Correspondence
- Additional Document Request Letters
  - 109_Kappler_2004-12-01.pdf
  - 14_Kappler_2004-05-04.pdf
  - 94_Kelley_2004-11-17.pdf
- Boyles/FASB Letters
  - 65_Kelley_2004-07-28.pdf

3

- 65a_Kelley_2004-07-28.pdf
- Electronic File Interrogation
  - 144_Baer_2004-11-18-email.pdf
  - 20_Kappler_2004-06-02.pdf
  - Fannie Mae E-Discovery Worksheet Response.TIF
  - Fannie Mae Email Request List_21 June 2004.doc
- Fannie Response to OFHEO Report sent to SEC
  - Fannie Fax 91 Letter 11.3.04.pdf
  - Fannie Mae response to OFHEO Report sent to SEC.TIF
- FNMA Documentation Received
  - 4_Kappler_2004-01-21_11bx.pdf
  - Comparison of Request to Documents Received 4_08_04
  - lms.xls
- FNMA Production Letters
  - 1_Kappler_2003-07-22.txt
  - 10_Kappler_2004-03-12_9bx.pdf
  - 11_Kappler_2004-03-12_9bx.pdf
  - 113_Remy_2004-10-12.pdf
  - 11a_attach_Kappler_2004-03-12.pdf
  - 12_Kelley_2004-03-181.pdf
  - 124_Remy_2004-10-26.pdf
  - 13_Kelley_2004-03-19.pdf
  - 134_Kelley_2004-11-05.pdf
  - 135_Remy_2004-11-08.pdf
  - 136_Remy_2004-11-10.pdf
  - 137_Kelley_2004-11-121.pdf
  - 14_Kappler_2004-05-04.pdf
  - 140_Remy_2004-11-15.pdf
  - 142_Griffith_2004-11-18.pdf
  - 149_Smollen_2004-11-30.pdf
  - 15_Kelley_2004-03-24.pdf
  - 16_Kelley_2004-04-01.pdf
  - 166_Kelley_2004-12-7 Wells.pdf
  - 167_Kelley_2004-12-7 Wells.pdf
  - 169_Remy_2004-12-9.pdf
  - 17_Kelley_2004-04-02.pdf
  - 170_Kelley_2004-12-9.pdf
  - 171_2004-12-10.pdf
  - 173_Griffith_2004-12-13.pdf
  - 174_Kelley_2004-12-14 Stawarz.pdf
  - 178_Kelley_2004-12-15 Boyles.pdf
  - 18_Kelley_2004-04-07.pdf
  - 183_Kelley_2004-12-20.pdf
  - 188_Bruemmer_2004-12-22.pdf
  - 19_Kelley_2004-04-14.pdf
  - 192_Bruemmer_2004-12-27 Boyles.pdf
  - 193_Bruemmer_2004-12-28 Boyles.pdf
  - 194_Bruemmer_2004-12-29.pdf
  - 197_Bruemmer_2004-12-30 Boyles.pdf
  - 198_Bruemmer_2004-12-30.pdf
  - 199_Bruemmer_2005-01-05.pdf
  - 2_Kappler_2003-11-07.pdf
  - 20_Kelley_2004-04-01.pdf
  - 200_Bruemmer_2005-01-10.pdf
  - 201_Bruemmer_2005-01-10.pdf

4

```
202_Griffith_2005-01-12.pdf
203_Bruemmer_2005-01-13.pdf
21a_attach_Kelley_2004-4-22_prodlist1.pdf
22_Kelley_2004-04-23.pdf
22a_attach_2004-4-23aud rpts.pdf
22b_#58.pdf
23_Kelley_MH_2004-04-091.pdf
24_Kappler_2004-04-27.pdf
25_FNM_2004-04-12.pdf
26_Kelley_2004-04-13.pdf
26_Kelley_2004-04-30.pdf
27_Kelley_2004-04-14.pdf
27_Kelley_2004-05-03.pdf
28_Kelley_2004-05-03.pdf
29_Kelley_2004-05-051.pdf
3_Raines_2003-11-25.pdf
30_Kelley_2004-05-07.pdf
31_Kelley_2004-05-10.pdf
32_Kelley_2004-5-13.pdf
33_Kelley_2004-05-14.pdf
34_Kelley_2004-05-18.pdf
34a_Kelley_2004-05-18.pdf
35_Kappler_2004-05-19.pdf
36_Kelley_2004-05-21.pdf
36a_Kelley_2004-05-21.pdf
37_Kelley_2004-05-21.pdf
38_Kelley_2004-05-24.pdf
39_Kelley-2004-05-24.pdf
4_Kappler_2004-01-21_11bx.pdf
41_Kelley_2004-05-28.pdf
42_Kelley_2004-05-28.pdf
42_Kelley_2004--05-28.pdf
44_Kelley_2004-06-4.pdf
45a_Kelley_2004-06-4.pdf
48_Kelley_2004-06-18.pdf
49_Kelley_2004-06-18.pdf
5_Kappler_2004-02-11.pdf
50_Kelley2003-06-25.pdf
51_Kelley_2004-07-02.pdf
55_Kelley_2004-07-14.pdf
56_Kelley_2004-07-20.pdf
56a_Kelley_2004-07-20.pdf
57_Kelley_2004-07-21.pdf
58_Kelley_2004-07-21.pdf
59_Kelley_2004-07-23.pdf
6_Kelley_2004-02-20.pdf
6_Kelley_MH_2004-04-19.pdf
60_Kelley_2004-07-26.pdf
60a_Kelley_2004-07-26.pdf
63_Kelley_2004-07-27.pdf
66_Kelley_2004-07-29.pdf
66a_Kelley_2004-07-29.pdf
67_Kelley_2004-07-29.pdf
67a_Kelley_2004-07-29.pdf
68_Kelley_2004-07-30.pdf
```

- 69_Kelley_2004-08-02.pdf
- 7_Kappler_2004-02-24.pdf
- 72_Kelley_2004-08-04.pdf
- 72a_Kelley_2004-08-04.pdf
- 73_Remy_2004-08-04_1CD.pdf
- 74_Remy_2004-08-05.pdf
- 75_Remy_2004-08-06.pdf
- 77_Remy_2004-08-09 (2).pdf
- 77_Remy_2004-08-09.pdf
- 78_Remy_2004-08-11.pdf
- 79_Remy_2004-13-04_#165 &1CD.pdf
- 7a_Kappler_2004-02-23.pdf
- 8_Kappler_2004-02-25_1sbx.pdf
- 80_Remy_2004-8-13_6CDs.pdf
- 82_Remy_2004-08-16.pdf
- 83_Remy_2004-08-17.pdf
- 84_Remy_2004-08-17.pdf
- 85_Remy_2004-08-18.pdf
- 86_Fannie_2004-08-20.pdf
- 87_Remy_2004-08-23.pdf
- 88_Remy_2004-08-23.pdf
- 89_Remy_2004-08-23.pdf
- 9_Kappler_2004-03-02_2bx.pdf
- 90_Kelley_2004-08-25.pdf
- 91_Kelley_2004-08-26.pdf
- 92_Kelley_2004-08-26.pdf
- 93_Kelley_2004-08-26.pdf
- 94_Kelley_2004-08-26.pdf
- 95_Kelley_2004-08-27.pdf
- KPMG Workpaper Access
  - 18_Britt_KPMG_2004-06-01.pdf
  - 19a_Britt_KPMG_2004-6-1.pdf
- OFHEO letters to the SEC
  - 4_Cutler/Berger OFHEO SEC SFAS 133.pdf
- Subpoena Letters
  - Barbieri
    - 66a_Levy_2004-10-29 subpoena Barbieri.pdf
  - Barnes
    - 41_Terri Legal Services_2004-08-13 subpoena barnes.pdf
    - 51_Kappler_2004-10-13 Barnes doc.pdf
  - Boyles
    - 105_Levy_2004-11-23 subpoena boyles.pdf
    - 106_Remy_2004-11-23 subpoena boyles.pdf
  - Document Requests
    - 85_Kappler_2004-11-04.pdf
  - Douthit
    - 71_Caldwell_2004-11-03 subpoena Douthit.pdf
  - E&Y
    - 69_Joseph_2004-11-03 Ernst & Young.pdf
  - Janet Pennewell
    - 52_Trager_2004-10-13.pdf
    - SUBPOENA - Pennewell.doc
  - Jeffrey Juliane
    - 21_Kelley_2004-06-03.pdf

6

```
    22_Kelley_2004-06-04.pdf
  Word Versions
    18_ Kappler 2005-5-20 subpoena.doc
    18a_JulianneSubpoena.doc
    18b_attachmentB definitions.doc
    Simpler document request for Juliane
    subpoena.doc
Other - Subpoena Related
    21_Kelley_2004-06-04.pdf
    25_Kappler_2004-6-10.pdf
    42_Remy_2004-08-16 subpoena dt.pdf
    44_Remy_sub.pdf
    45_Kappler_2004-08-26.pdf
    Copy of 42_Remy_2004-08-16 subpoena dt.pdf
    Kappler_07-01-04.pdf
    start subpoenas letter to Kappler 5-20-04.doc
Pennewell
    54_Remy_2004-10-13 subpoena Pennewell.pdf
Quinn and Howard
    27_Kelley_2004-6-28-Quinn-Ho.pdf
Sam Rajappa and Paul Jackson
    24_Kelley_2004-06-09.pdf
Sarkani
    53_Remy_2004-10-13 subpoena Sarkani.pdf
Skladony
    43_Remy_2004-08-16 subpoena Skladony.pdf
Spencer
    83_Remy_2004-11-04 subpoena Spencer.pdf
Wells
    90_Levy_2004-11-12 subpoena Wells.pdf
    91_Remy_2004-11-12 subpoena Wells.pdf
Fannie Mae Meeting Notes
  Minutes__Lewers_052004.doc
  Minutes__Boyles_052004.doc
  Minutes_5-10-04_document reconciliation.doc
  Minutes_Barnes_051904.doc
  Minutes_Benson_042204.doc
  Minutes_Bonzalle_050604.doc
  Minutes_Boyles_050704.doc
  Minutes_DeCastro_050504.doc
  Minutes_Donilon_051204.doc
  Minutes_Douthit_051104.doc
  Minutes_Gifford_042804.doc
  Minutes_Graham_042904.doc
  Minutes_Hairston_052004.doc
  Minutes_Howard_050704.doc
  Minutes_Knight_042304.doc
  Minutes_Martin_050604.doc
  Minutes_Marzol_042904.doc
  Minutes_McCormick_050504.doc
  Minutes_Mills_051204.doc
  Minutes_Niculescu_051204.doc
  Minutes_Quinn_051104.doc
  Minutes_Ramaswamy_051904.doc
  Minutes_Roman_042304.doc
```

7





- Internal Controls Stream
  - Group of 30 Report: Enhancing Public Confidence in Financial Reporting
    - G30Accounting Report - Final 12-17.pdf
    - G30summary.pdf
  - Internal Controls Meeting List_18 March 2004.xls
  - Interview Schedule: Identified Interviewees
    - 2005 Interviews
      - Interview Schedule 12_20.ppt
      - Prioritized interview list (High Med Low) 12004.doc
    - Inquiry Topics 10.27.04.xls
    - Interview Schedule 11.18.xls
    - OFHEO Subpoena Interview Schedule_03 Aug 2004.doc
    - OFHEO Subpoena Interview Schedule_09 Aug 2004.doc
    - OFHEO Subpoena Interview Schedule_15 June 2004.doc
    - OFHEO Subpoena Interview Schedule_18 Aug 2004.doc
    - OFHEO Subpoena Interview Schedule_23 July 2004.doc
    - OFHEO Subpoena Interview Schedule_25 Aug 2004.doc
    - OFHEO Subpoena Interview Schedule_29 July 2004.doc
    - Schedule as of 10.12.04.ppt
    - Schedule Deloitte 11_16.ppt
    - Schedule Deloitte 11_19.ppt
    - Schedule Deloitte 11_3.ppt
    - ScheduleO_371.ppt
    - Schedule11_2.ppt
  - KPMG Access Letter
    - 11_Britt_2004-06-03.pdf
  - [redacted]
  - News Clips
    - 1_1_04Independent Regulator Coming.doc
    - April 2004 News Items
      - new 042104.rtf
      - news 4 16 04.rtf
      - news 4.15.04.rtf
      - news 4.9.04.rtf
      - news 419 to 421 04.rtf
      - news 42604.rtf
      - news.4.1.04.rtf
      - NEWS.4.12.04RTF.rtf
      - news.4.2.04.rtf
      - news.4.5.04.rtf
      - news.4.6.04.rtf
      - news.4.8.04.rtf
      - news042804.rtf
      - news4.7.04.rtf
      - news42304.rtf
      - news42904.rtf
      - news43004.rtf
    - August04news
      - news080404.doc
      - news081104.doc

- news082704.doc
- news083004.doc
- June 2004 news items
    - news0060304.doc
    - news061004.doc
    - news061404.doc
    - news061604.doc
    - news061704.doc
    - news061804.doc
    - news062104.doc
    - news062504.doc
    - news062804.doc
    - news062904.doc
    - news063004.doc
    - news60104.doc
    - OFHEO0061504.doc
- May04 news items
    - news 514to517.rtf
    - news050604.rtf
    - news052504.doc
    - news052604.doc
    - news052704.doc
    - news501004.rtf
    - news50504.rtf
    - news51904.rtf
    - news51to5304.rtf
    - news52021.rtf
    - news52404.doc
- news 514to517.rtf
- News Items - March 2004
    - 3.10.04.rtf
    - 3.11.04.rtf
    - 3.25.04.rtf
    - News 3.02.04.rtf
    - news 3.12.04.rtf
    - news 3.17.04.rtf
    - news 3.18.04.rtf
    - News 3.3.04.doc.rtf
    - News 3.4.04.rtf
    - news 3.8.04.rtf
    - news 3.9.04.rtf
    - news. 3.23.04.rtf
    - news. 3.14.04.rtf
    - news. 3.16.04.rtf
    - news. 3.19.04.rtf
    - news. 3.24.04.rtf
    - news. 3.29.04.rtf
    - news. 3.30.04.rtf
    - news. 3.31.04.rtf
    - news. 3.5.04.rtf
    - news3.22 04.rtf
- News items July 04
    - news070104.doc
    - news070604.doc
    - news070704.doc

10

- news070804.doc
- news070904.doc
- news071204.doc
- news071404.doc
- news071504.doc
- news072104.doc
- news072304.doc
- news080604.rtf
- news090904.doc
- news092304.doc
- news092804.doc
- news901004.rtf
- news50504.rtf
- news51904.rtf
- news51to5304.rtf
- news52021.rtf
- Post Report News
  - Fannie Aide Voiced Concern.doc
  - Fannie Mae Faces Accusations.doc
  - Investors Fear That Fannie.doc
  - Mae Day Fannie's Now.doc
  - OFHEO Details Allegation Fannie Used 'Cookie Jar' Reserve.doc
  - OFHEO Fannie Accounting Problems Came From Flawed Culture.doc
  - OFHEO Releases Fannie Mae Accounting Report On Web Site.doc
  - Probe Raised Doubts Re Prev Fin Reports.htm
  - Regulator Pressures Fannie Officers.doc
  - Should Treasury Bears.doc
  - Two Dems Urge Immediate Release of OFHEO Fannie Mae Report.htm
  - UPDATE Fannie Acctg Problems More Serious Than Freddie's.doc
  - UPDATE Fannie Broadens Termination Terms For Top 3 Execs.doc
  - UPDATE OFHEO Clarifies Fannie Acctg Woes.doc;Exec Pay Amended.doc
  - UPDATE SEC Opens Fannie Probe; Board Hires Legal Counsel.doc
  - US Sen Shelby OFHEO Fannie Mae Report Deeply Troubling.htm
  - WSJ UPDATE Fannie Mae OFHEO Questions Accounting Methods.htm
- OFHEO Proposal
  - OFHEO-Fannie Vol I - Final.pdf
  - OFHEO-Fannie Vol II - Final.pdf
- Paul Weiss Production
  - Interview Notes
    - 1 Interview Memos 120704.pdf
    - Cov_Ltr_Interview Memos.pdf
  - Production
    - FAS 133 Work Plan Matrix.doc
    - Paul Weiss 1 120204.pdf
    - Paul Weiss 10 01012004.pdf

11

- Paul Weiss 11 1112004.pdf
- Paul Weiss 12 012004.pdf
- Paul Weiss 13 012004.pdf
- Paul Weiss 14 012004.pdf
- Paul Weiss 15 012004.pdf
- Paul Weiss 16 012004.pdf
- Paul Weiss 17 012004.pdf
- Paul Weiss 19 012004.pdf
- Paul Weiss 2 120204.pdf
- Paul Weiss 20 012004.pdf
- Paul Weiss 21 012004.pdf
- Paul Weiss 22 012004.pdf
- Paul Weiss 23 012004.pdf
- Paul Weiss 24 012004.pdf
- Paul Weiss 3 120204.pdf
- Paul Weiss 4 122804.pdf
- Paul Weiss 5 122804.pdf
- Paul Weiss 6 11104.pdf
- Paul Weiss 7 1112004.pdf
- Paul Weiss 8 1112004.pdf
- Paul Weiss 9 1112004.pdf

Production Letters
- 152_Parker_2004-11-23.pdf

[REDACTED]

PTO Calendar
  Old versions
  - PTO Calendar 5.22.04.xls
  - PTO Calendar 7.28.04.xls

Subpoena Request Lists
- Kappler_07-01-04.pdf
- subpoena document request 7-1-04.doc

Team Contact
- Contact List Deloitte Project Team 16_June_04.xls
- OCA (Wanda's Team) Contact List.doc
- Office of Compliance - OC (Chris Team).doc
- OFHEO Contacts.xls

Templates
- OFHEO Additional Documentation Request List Template.doc
- OFHEO PowerPoint Template.ppt
- Word Meeting_Agenda Template.doc

Transcripts
- Barbieri Transcript 1110.pdf
- Boyles3 Transcript 1207.pdf

Dirty Disks
- 1110 Barbieri.txt
- Sarkani dirtydisk11-4.txt

- Douthit_12152004.pdf
- EILERS0723.pdf
- Gangisetty transcript 111204.pdf
- Juxtane0608.pdf
- Lawler062404.pdf

- LeRouzes Transcript_0716.pdf
- Lewers Transcript 071304.pdf
- October 6th Hearing
  - Howard Testimony.PDF
  - OCT 6 HEARING ANN KOROLOGOS OPENING STATEMENT_5_.pdf
  - Raines Testimony.PDF
- Patel_Official Transcript_0908.pdf
- Pennewell Transcript_1028.pdf
- Pennewell0615.pdf
- QUINN0726.pdf
- Rajappa061704.pdf
- Saith Transcript 10.26.04.pdf
- Sarkam Transcript 110404.pdf
- Schiemmer Transcript070104.pdf
- Skladony Transcript 082604.pdf
- Spencer062204.pdf
- Spencer2_Transcript_0812.pdf
- Spencer3_Transcript_120920041.pdf
- Stawarz_12142004.pdf
- Testimony_Barnes_2004-09-01 (dirty disk).pdf
- Testimony_Barnes_2004-09-01.pdf
- Transcipt_Jackson0817.pdf
- Transcript Howard 0805.pdf
- Transcript Philip 0721.pdf
- Transcript_Boyles 0803.pdf
- Transcript_Boyles2_0824.pdf
- Transcript_Juliane_2004-8-31.rtf
- Wells Transcript 113004.pdf
- Update Memos - Final
  - Final Update Memos.zip
- Useful Links
  - Fannie Mae
  - Freddie Mac
  - OFHEO
- Weekly Client Status Meeting Agendas
  - OFHEO Status 022504_final.doc
  - OFHEO Status 030304 final.doc
  - OFHEO Status 031104Final.doc
  - OFHEO Status 031804Final.doc
  - OFHEO Status 032504Final.doc
  - OFHEO Status 04_01_04final.doc
  - OFHEO Status 04_08_04Final.doc
  - OFHEO Status 04_22_04 Final.doc
  - OFHEO Status 04_29_04 final.doc
  - OFHEO Status 05_13_04_final.doc
  - OFHEO Status 05_20_04_final.doc
  - OFHEO Status 05_27_04_final.doc
  - OFHEO Status 06_03_04_BACKUP_STATUS MEETING WAS CANCELLED.doc
  - OFHEO Status 06_10_04_BACKUP_STATUS MEETING WAS CANCELLED.doc
- Weekly Meeting Calendars
  - Archive
    - OFHEO Meeting Calendar - Week of 12 April 2004.doc

13

- OFHEO Meeting Calendar - Week of 19 April 2004.doc
- OFHEO Meeting Calendar - Week of 29 March 2004.doc
- OFHEO Meeting Calendar - Week of 5 April 2004.doc
- OFHEO Meeting Calendar - Week of March 01, 2004.doc
- OFHEO Meeting Calendar - Week of March 12, 2004.doc
- OFHEO Meeting Calendar - Week of March 15 and 22 2004.doc
- OFHEO Meeting Calendar - Week of 3 May 2004.doc
- Recycle Bin

14