McGuireWoods LLP
Washington Square
1050 Connecticut Avenue N.W.
Suite 1200
Washington, DC 20036-5317
Phone: 202.857.1700
Fax: 202.857.1737
www.mcguirewoods.com

Charles Wm. McIntyre
Direct: 202.857.1742

cmcintyre@mcguirewoods.com

# McGuireWoods

December 18, 2007

**Via Email and First-Class Mail**

Scott B. Schreiber
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004

Re: *In Re Fannie Mae Securities Litigation*

Dear Scott,

On Tuesday, December 11, I sent you a letter regarding workpapers related to the 2004 audit of Fannie Mae that Deloitte has withheld from production based on the assertion that they are proprietary. As I stated in my letter, we do not believe that Deloitte has a valid legal basis for withholding these workpapers. I also noted that the workpapers are important to KPMG's defense and that they are responsive to the subpoenas issued by both Lead Plaintiff and KPMG. We therefore requested that you produce the remaining workpapers immediately.

A full week has passed since you received my letter and I have not heard back from you. This letter serves as final notice of our attempt to meet and confer regarding production of these workpapers. If I do not hear from you immediately, we will move the Court to compel production of these documents.

Please let me know if you have any questions.

Sincerely,

Charles Wm. McIntyre

EXHIBIT 2