IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-1639 |
| | Judge Richard J. Leon |
| Franklin Managed Trust, *et al.*, Plaintiffs, vs. Federal National Mortgage Association, *et al.* Defendants. | Case No. 1:06CV00139 |

**DECLARATION OF ALEX LIPMAN IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE***

In compliance with Rule 83.2(d) of the Local Court Rules of the United States District Court for the District of Columbia, and under penalty of perjury, I, Alex Lipman, state the following in support of the motion for my admission *pro hac vice*:

1. My full name is Alex Lipman.

2. I am a partner with Jenner & Block LLP, 919 Third Avenue, 37th Floor, New York, New York 10022-3908. My office phone number is (212) 891-1605.

3. I am a member of the New York Bar and the following federal Bars: U.S. District Courts for the Southern District of New York, and Eastern District of New York.

4. I certify that I am a member in good standing of the New York Bar and the above-listed federal Bars, and that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the past two years.

6.  I do not engage in the practice of law from an office located in the District of Columbia.

SO SAYETH THE DECLARANT

_____
Alex Lipman
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
(212) 891-1605 (phone)
(212) 891-1699 (facsimile)

Counsel for Fannie Mae

DATED: January 9, 2008