IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re Fannie Mae Securities Litigation | ) ) ) ) ) ) | Consolidated Civil Action No. 1:04-cv-1639<br><br>Judge Richard J. Leon |
| Franklin Managed Trust, *et al.*,<br>    *Plaintiffs,*<br>vs.<br><br>Federal National Mortgage Association, *et al.*<br>    *Defendants.* | ) ) ) ) ) ) ) ) | Case No. 1:06CV00139 |

## [PROPOSED] ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* and the Declaration of Alex Lipman attached thereto filed January 9, 2008, it is hereby:

**ORDERED**, that Alex Lipman shall be admitted to the Bar of this Court, *pro hac vice,* for the purpose of representing defendant Fannie Mae in the above-captioned cases.

_____
Richard J. Leon
United States District Court Judge

DATED: _____, 2008