## Epstein, Jerome L

| | |
|---|---|
| **From:** | Epstein, Jerome L |
| **Sent:** | Friday, January 04, 2008 11:33 AM |
| **To:** | Tulumello, Andrew S. |

**Subject:** Document Productions by FNM and KPMG

Drew:

You asked about our production in response to KPMG's first set of requests for production of documents.

Fannie Mae completed a reasonable search for documents responsive to KPMG's first set of document requests prior to December 15, consistent with our response and objections to KPMG's request and our meet-and-confer agreements. In the course of preparing for depositions, we also identified additional potentially responsive documents from the files of Henry Kim and Paul Salfi. We have already produced the Kim documents, and intend to review and release for production in the next 10 days documents from Paul Salfi. With that production, we will have completed a more than reasonable search in response to KPMG's first request, amounting to well over 4 million pages of documents produced (in addition to the more than 22 million pages previously produced).

We are just beginning our collection in response to the new document request KPMG served on December 26. That request, as you know, potentially covers a substantial number of restatement-related and other documents, including additional documents relevant to Mr. Salfi and other persons whose depositions have been scheduled.

Please let me know if KPMG has completed its production in response to Fannie Mae's July 2, 2007 request, and, if not, when KPMG intends to complete that production.

Thanks.

Jerry