## Epstein, Jerome L

| | |
|---|---|
| **From:** | Epstein, Jerome L |
| **Sent:** | Friday, January 18, 2008 3:00 PM |
| **To:** | Tulumello, Andrew S.; Osorio, Claudia |
| **Subject:** | Letter re KPMG Document Production |
| **Attachments:** | Epstein Letter to Tulumello January 18 2008.pdf |

Please see the attached letter, which is also being hand-delivered.

**JENNER&BLOCK**

January 18, 2008

VIA EMAIL AND MESSENGER

Jenner & Block LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005
Tel 202-639-6000
www.jenner.com

Chicago
Dallas
New York
Washington, DC

Andrew S. Tulumello
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Washington D.C. 20036

Jerome L. Epstein
Tel 202 639-6062
Fax 202 661-4837
jepstein@jenner.com

Dear Drew:

It is now January 18, more than one month past the document production deadline. As you are well aware, without explanation for this delay, KPMG has not completed producing documents that were due at that time. The production that has occurred to date is grossly inadequate. And although KPMG has acknowledged that the production is not complete, it has nonetheless refused even to provide a date by which it will meet its production obligations. KPMG's actions to date stand in stark contrast to the cooperative, good faith efforts of every other party to this case, and are already resulting in unwarranted delay.

Fannie Mae began its production in August, and produced thousands of documents on a rolling basis well in advance of the production deadline. By the time of the December 15 production deadline, almost 4 million pages of documents had been released by Fannie Mae in response to KPMG's request. In stark contrast, KPMG had produced only a fraction of its documents by the deadline, and the majority of those were produced on or near the deadline itself.

As you know, we established a deadline of January 15, 2008 for final document requests in order to accommodate KPMG's specific request to be given 30 days to review the first set of productions before formulating final document requests. All parties agreed to that request, and also requested the same 30 days to review other parties' productions and formulate any additional document requests suggested by the productions. Nonetheless, KPMG waited until 4:47 p.m. on January 15 – the day of the deadline for final document requests – to produce 347,000 pages of documents. On January 16, 2008 – the day *after* the final document request deadline – KPMG produced an additional 263,000 pages of documents. Fannie Mae had already served its final document requests on January 15 without having had any opportunity to review any of these 610,000 pages of KPMG documents.

Fannie Mae has worked cooperatively with all other parties through the life of this litigation, and has routinely consented to additional response time when needed and appropriate. KPMG has, however, abused the parties' patience and good-faith efforts to cooperate in the discovery process and engaged in what appears to be a deliberate effort to game the process.
This history would be problematic enough if KPMG were, at long last, finished with its production. But KPMG does not appear to be at all close to completing its production even now. Nor will KPMG even provide a date of when it intends to complete production in response to

Andrew S. Tulumello
January 18, 2008
Page 2


Fannie Mae's first request – which was served more than six months ago – or an estimated volume of documents yet to be produced.

Especially given KPMG's repeated insistence for this same information from Fannie Mae – which we provided – it is untenable that KPMG will not give the parties a date of exactly how many weeks or months past the deadline it intends to take to complete its production. We asked you for this information before the document deadline, and in the weeks after the production deadline, most recently on January 10, 2008, but KPMG has consistently refused to provide an end date and anticipated volume for its production.

So that we can advise the Court next week of precisely what KPMG's position is, please let me know no later than noon on Tuesday, January 22 whether KPMG intends to complete its production by January 31, 2008. In addition, although we have a number of issues with the position KPMG has taken on the scope of its search and production which we will address separately, please let me know by the same time if KPMG's completed production on or before January 31, 2008 will include the following types of documents, which we understand KPMG has already agreed to produce (or confirm that a complete set of the following documents is included in the 600,000 pages KPMG produced this week):

- "[V]ersions of KPMG's relevant audit-related manuals from January 1, 2000 to December 31, 2004 that we could identify after a reasonable search."[1]

- "[E]ach monthly version of the relevant audit-related manuals that we could reasonably locate."

- All "PPLs in effect from 2000 through 2004 that could be located during a reasonable search."

- All training materials from KPMG's national training center that could be located during a reasonable search, assuming a cut-off of December 2004.

- All CPE profiles for members of the Fannie Mae audit engagement.

- Responsive documents from the "DPP personnel whose files were searched as part of the SEC investigation, as well as certain KPMG 'executives' and KPMG's 'communications/press organization'"[2]

---

[1] The quotations and summaries below are from your letter to me dated January 14, 2008. I will respond separately to that letter, but in the meantime want only to confirm the production date for the categories of documents KPMG agreed to produce.

[2] As noted above, we have a number of issues with the scope of KPMG's collection, including the woefully inadequate search terms KPMG just identified in its letter of January 14, which, among other problems, do not even mention any of the accounting issues in the litigation. The

Andrew S. Tulumello
January 18, 2008
Page 3

To be clear, for each of the items on the above list, the question is not whether your recent production and planned future production includes *some* of these types of documents, but whether KPMG has already completed its production of the documents described above, or will do so by January 31.

Please provide an unambiguous response by noon on January 22.

Sincerely,

Jerome L. Epstein

---

immediate question, however, is whether KPMG will produce by January 31 responsive files noted in this category based on the very narrow and underinclusive search terms you just identified to us this week.