# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

1050 Connecticut Avenue, N.W. Washington, D.C. 20036-5306
(202) 955-8500
www.gibsondunn.com

ATulumello@gibsondunn.com

January 22, 2008

Direct Dial
(202) 955-8657
Fax No.
(202) 530-9678

Client No.
71004-01296

Jerome L. Epstein
Jenner & Block LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, D.C. 200005

BY ELECTRONIC AND FIRST-CLASS MAIL

Re:   Discovery Issues

Dear Jerry:

I have received your letter dated January 18, which was delivered late Friday afternoon on the eve of the three-day Martin Luther King holiday weekend. I note that you demand a response by noon today—the first business day after the holiday weekend. I will respond to your letter in due course, with the aim of doing so before the upcoming status conference.

Let me again reiterate that I find this style of litigation unnecessary and unproductive. I recommend that, in the spirit of moving forward constructively, you refrain from sending letters late on Friday afternoons and demanding immediate responses.

Sincerely yours,

Andrew S. Tulumello