### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04CV01639 (RJL) |
| FRANKLIN MANAGED TRUST *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION *et al.*,<br><br>*Defendants*. | No. 1:06CV00139 (RJL) |
| FANNIE MAE,<br><br>*Plaintiff*,<br><br>v.<br><br>KPMG LLP,<br><br>*Defendant*. | No. 1:06CV02111 (RJL) |

### [PROPOSED] ORDER

Upon consideration of Fannie Mae's Motion for an Order To Show Cause Concerning KPMG's Violation Of Discovery Deadlines, and Request For Expedited Briefing, it is, this ____ day of ____, 2008,

ORDERED, that Fannie Mae's motion is granted; and it is

FURTHER ORDERED, that KPMG shall file a response to the Motion to Show Cause by January 28, 2008, including a detailed explanation of why KPMG produced more than 90% of its documents more than one month past the document production deadline; and it is

2

FURTHER ORDERED, that KPMG shall complete its production in response to Fannie Mae's First Request for Production of Documents no later than February 1, 2008; and it is

FURTHER ORDERED, that Fannie Mae shall be entitled to serve additional document requests within 15 business days of receiving KPMG's final production in response to Fannie Mae's First Request for Production, and KPMG shall complete its production in response to such requests within 45 days of service; and it is

FURTHER ORDERED, that KPMG shall pay the costs of Fannie Mae's motion.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE