**McGuireWoods LLP**
Washington Square
1050 Connecticut Avenue N.W.
Suite 1200
Washington, DC 20036-5317
Phone: 202.857.1700
Fax: 202.857.1737
www.mcguirewoods.com

Charles Wm. McIntyre
Direct: 202.857.1742

**McGUIREWOODS**

cmcintyre@mcguirewoods.com

January 16, 2008

<u>Via E-Mail and U.S. Mail</u>
Kimberly A. Newman
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

Re:   *In re Fannie Mae Securities Litigation*, No. 1:04-cv-1639 (D.D.C.)

Dear Kim:

I write regarding Fannie Mae's privilege assertions in this matter, in which you have stated that Fannie Mae would be "considering [KPMG's] position on privilege issues and expect to reach a final decision on privilege claims in the near future." Letter from Kimberly A. Newman, Counsel, Fannie Mae, to C. Simon Davidson, Counsel, KPMG (Nov. 29, 2007).

Almost seven weeks have passed since that statement and to date, Fannie Mae has not produced any additional privilege logs, revised privilege logs or any "final decision on privilege claims." Fannie Mae's failure to provide a privilege log or any decision on privilege claims has delayed resolution of the various privilege issues and has interfered with the deposition schedule in this case. Specifically, the deposition of Ann Kappler, which was scheduled for later this month, has now been postponed since these issues have not been resolved. Future depositions are subject to similar disruptions for the same reasons. Moreover, to the extent any withheld and unlogged documents are produced pertaining to witnesses whose depositions have concluded, there is the very real prospect of having to reopen those depositions. We would assume that Fannie Mae would bear the cost of any depositions having to be reopened as a result of its delay in producing timely privilege logs.

In fact, almost ten months have passed since Fannie Mae's first production of documents in this matter and yet to date, Fannie Mae has produced privilege logs for only 3,439 documents. See Letter from Melanie S. Corwin, Counsel, Lead Plaintiffs, to Kimberly A. Newman, Counsel, Fannie Mae (Oct. 24, 2007). Fannie Mae has to date failed to produce or log somewhere between 150,000 and 190,000 additional documents. For 150,000 of these documents, it remains unclear whether Fannie Mae even believes they are privileged as Fannie Mae has made various attempts to negotiate the production of these documents in exchange for protection for its privilege assertions over the 636 "unique" documents on Fannie Mae's miscellaneous privilege log. See Letter from Melanie S. Corwin, Counsel, Lead Plaintiffs, to Amy J. Longo, Counsel, Fannie Mae (Sept. 5, 2007). Such offers lead one to believe that Fannie Mae does not believe that these 150,000 documents are in fact privileged. In addition, we understand that these 150,000 documents were produced to various regulators, which waived any applicable privilege, yet Fannie Mae has still not made a final decision as to whether it will produce them or not.


EXHIBIT

January 16, 2008
Page 2

We also understand that the additional 40,000 documents (which is now something less than 40,000 because of de-duping) have been fully logged. Has that log been produced and if not, when can we expect it?

Finally, we understand that Fannie Mae has identified additional privileged documents in connection with its production to KPMG. At a minimum, we request that Fannie Mae immediately provide a log of privileged items for the Fannie Mae witnesses whose depositions are currently scheduled in February and March.

Given the upcoming deposition schedule, it is imperative that Fannie Mae immediately provide its final position on its various privilege assertions and either produce or log the remaining documents that it has to date failed to produce or log.

Please confirm whether Fannie Mae will produce or log these documents and the number of documents that will be included in the production and/or log and when they will be produced and/or logged. In addition, please confirm whether Fannie Mae intends to maintain the privilege it has asserted over the 3,439 documents logged to date and if not, when we can expect to receive revised privilege logs. I look forward to hearing from you so that we can move forward to resolve the various privilege issues and with discovery in general.

Sincerely,

Charles Wm. McIntyre

cc:   Jerome L. Epstein

\4983074.4