**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000
FACSIMILE (212) 757-3990

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3146

WRITER'S DIRECT FACSIMILE
(212) 492-0146

WRITER'S DIRECT E-MAIL ADDRESS
aoh@paulweiss.com

1615 L STREET, NW
WASHINGTON, DC 20036-5694
TELEPHONE (202) 223-7300
FACSIMILE (202) 223-7420

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (813) 3597-8101
FACSIMILE (813) 3597-8120

ORIENTAL PLAZA, TOWER E2
SUITE 1200
NO. 1 EAST CHANG AN AVENUE
DONG CHENG DISTRICT
BEIJING, 100738
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 6518-2766
FACSIMILE (86-10) 6518-2760/61

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2536-9933
FACSIMILE (852) 2536-9622

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600
FACSIMILE (44 20) 7367 1650

October 28, 2004

By Federal Express

Paul R. Berger, Esq.
Associate Director
SEC Division of Enforcement
450 Fifth Street, N.W.
Washington, DC 20549

*Fannie Mae Independent Counsel Investigation*

Dear Mr. Berger:

A Special Review Committee of the Board of Directors of the Federal National Mortgage Association, a/k/a Fannie Mae (the "Committee"), has engaged Warren B. Rudman, Esq. and Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss"), to commence an independent review of various issues raised by an interim report of the Office of Federal Housing Enterprise Oversight ("OFHEO") issued on or about September 17, 2004.

Paul Weiss expects to prepare interview memoranda and other investigative working papers in connection with this review. In light of the interest of the Staff of the U.S. Securities and Exchange Commission (the "Staff" or the "Commission") in determining whether there have been any violations of the federal securities laws, and the Committee's interests in investigating and analyzing the circumstances and people

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY FM SRC**

FM SRC 000001



HIGHLY CONFIDENTIAL

PW 8140

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Paul R. Berger, Esq.

involved in the events at issue, the Committee will provide to the Staff copies of interview memoranda and other investigative working papers, in addition to oral briefings ("Confidential Materials").

Please be advised that by producing the Confidential Materials pursuant to this agreement, the Committee does not intend to waive the protection of the attorney work product doctrine, attorney-client privilege, or any other privilege applicable as to third parties. The Committee believes that the Confidential Materials are protected by, at a minimum, the attorney work product doctrine and the attorney-client privilege. The Committee believes that the Confidential Materials warrant protection from disclosure.

The Staff will maintain the confidentiality of the Confidential Materials pursuant to this agreement and will not disclose them to any third party, except to the extent that the Staff determines that disclosure is otherwise required by law or would be in furtherance of the Commission's discharge of its duties and responsibilities.

The Staff will not assert that the Committee's production of the Confidential Materials to the Commission constitutes a waiver of the protection of the attorney work product doctrine, the attorney-client privilege, or any other privilege applicable as to any third party. The Staff agrees that production of the Confidential Materials provides the Staff with no additional grounds to subpoena testimony, documents or other privileged materials from the Committee, although any such grounds that may exist apart from such production shall remain unaffected by this agreement.

The Staff's agreement to the terms of this letter is signified by your signature on the line provided below.

Sincerely,

Alex Young K. Oh

AGREED AND ACCEPTED:
United States Securities and Exchange Commission

By: _____
Division of Enforcement

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY FM SRC**

FM SRC 000002

HIGHLY CONFIDENTIAL                                                                                                  PW 8141

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Paul R. Berger, Esq.

cc: Warren B. Rudman, Esq.
Daniel J. Kramer, Esq.
Robert P. Parker, Esq.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FM SRC

FM SRC 000003

HIGHLY CONFIDENTIAL

PW 8142