**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000
FACSIMILE (212) 757-3990

1615 L STREET, NW
WASHINGTON, DC 20036-5694
TELEPHONE (202) 223-7300
FACSIMILE (202) 223-7420

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101
FACSIMILE (81-3) 3597-8120

ORIENTAL PLAZA, TOWER E3
SUITE 1205
NO. 1 EAST CHANG AN AVENUE
DONG CHENG DISTRICT
BEIJING, 100738
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 8518-8418
FACSIMILE (86-10) 8518-7098

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2536-9933
FACSIMILE (852) 2536-9622

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600
FACSIMILE (44 20) 7367 1650

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3146

WRITER'S DIRECT FACSIMILE
(212) 492-0148

WRITER'S DIRECT E-MAIL ADDRESS
aoh@paulweiss.com



January 19, 2005

Federal Express

Kyra Armstrong, Esq.
Associate Director
Division of Enforcement
Public Company Accounting Oversight Board
1666 K Street, NW
Suite 8000
Washington, DC 20006-2803

*Fannie Mae Independent Counsel Investigation*

Dear Ms. Armstrong:

A Special Review Committee of the Board of Directors of the Federal National Mortgage Association, a/k/a Fannie Mae (the "Committee"), has engaged Warren B. Rudman, Esq. and Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss"), to commence an independent review of various issues raised by an interim report of the Office of Federal Housing Enterprise Oversight ("OFHEO") issued on or about September 17, 2004.

The Public Company Accounting Oversight Board's Division of Enforcement and Investigations ("PCAOB") has made a request of the Committee for production of certain materials collected in the course of the review. Based on the PCAOB's request, the Committee will provide to the PCAOB copies of certain

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY FM SRC**

FM SRC PCAOB 000001



Confidential                                                       PW 132

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP                                    2
Kyra Armstrong, Esq.

documents collected, interview memoranda and other investigative working papers, in addition to oral briefings ("Confidential Materials").

Please be advised that by producing the Confidential Materials pursuant to this agreement, the Committee does not intend to waive the protection of the attorney work product doctrine, attorney-client privilege, or any other privilege applicable as to third parties. The Committee believes that the Confidential Materials are protected by, at a minimum, the attorney work product doctrine and the attorney-client privilege. The Committee believes that the Confidential Materials warrant protection from disclosure.

The PCAOB will maintain the confidentiality of the Confidential Materials pursuant to this agreement and will not disclose them to any third party, except to the extent that the PCAOB determines that disclosure is otherwise required by law or would be in furtherance of the PCAOB's discharge of its duties and responsibilities.

The PCAOB will not assert that the Committee's production of the Confidential Materials to the PCAOB constitutes a waiver of the protection of the attorney work product doctrine, the attorney-client privilege, or any other privilege applicable as to any third party. The PCAOB agrees that production of the Confidential Materials provides the PCAOB with no additional grounds to subpoena privileged information from the Committee, although any such grounds that may exist apart from such production shall remain unaffected by this agreement.

The PCAOB's agreement to the terms of this letter is signified by your signature on the line provided below.

Sincerely,

Alex Young K. Oh

AGREED AND ACCEPTED:
Public Company Accounting Oversight Board

By: _____
Division of Enforcement and Investigation

cc:   Warren B. Rudman, Esq.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FM SRC

FM SRC PCAOB 000002

Confidential                                                          PW 133