UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Fannie Mae Securities Litigation ) | Consolidated Civil Action<br>No. 1:04-cv-1639 (RJL) |
| )<br>Franklin Managed Trust, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Federal National Mortgage Association, *et al.*, )<br>)<br>Defendants. )<br>) | No. 1:06-cv-00139 (RJL) |

**UNOPPOSED MOTION TO ENTER ORDER OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF
<u>*FRANKLIN MANAGED TRUST, ET AL. v. FANNIE MAE, ET AL.*</u>**

Plaintiffs Franklin Managed Trust, Institutional Fiduciary Trust, Franklin Investors Securities Trust, Franklin Value Investors Trust, Franklin Strategic Series, Franklin Capital Growth Fund, Franklin Templeton Investment Funds, Franklin Templeton Variable Insurance Products Trust, Franklin Custodian Funds, Inc., Franklin Templeton International Trust, Templeton MPF Investment Funds, Franklin Flex Cap Growth Corporate Class, Franklin Templeton Funds, Franklin Templeton Global Fund. Bissett Canadian Equity Fund, Bissett Institutional Balanced Trust, Franklin Templeton U.S. Rising Dividends Fund, Franklin World Growth Corporate Class, Franklin Global Trust, Franklin MPF U.S. Equity Fund, Lyxor/Templeton Global Long Short Fund Limited, Templeton Global Long-Short Fund PLC, Templeton Global Long-Short Fund Ltd., University of Hong Kong General Endowment Fund, and University of Hong Kong Staff Provident Fund (collectively, the "Franklin Plaintiffs") hereby request that the Court

enter the attached order dismissing, without prejudice, the action captioned *Franklin Managed Trust, et al. v. Federal National Mortgage Association, et al.*, No. 1:06-cv-00139 (RJL).  Defendants do not oppose this motion.

DATED:  February 7, 2008

  /s/ Stuart M. Grant_____
Stuart M. Grant
Megan D. McIntyre
Christine M. Mackintosh
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801
Telephone:  302-622-7000
Facsimile:  302-622-7100
*Counsel for the Evergreen Plaintiffs*

2

## CERTIFICATE OF SERVICE

      I certify that on February 7, 2008, the Unopposed Motion to Enter Order of Voluntary Dismissal Without Prejudice of *Franklin Managed Trust, et al. v. Fannie Mae, et al.*, together with the attached Stipulation and [Proposed] Order of Voluntary Dismissal Without Prejudice of *Franklin Managed Trust, et al. v. Fannie Mae, et al.*, were electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those counsel of record in this matter who are registered on the CM/ECF system.

      /s/ Megan D. McIntyre  
      Megan D. McIntyre