UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Fannie Mae Securities Litigation ) | Consolidated Civil Action No. 1:04-cv-1639 (RJL) |
| Franklin Managed Trust, *et al.*, ) Plaintiffs, ) v. ) Federal National Mortgage Association, *et al.*, ) Defendants. ) | No. 1:06-cv-00139 (RJL) |

**STIPULATION AND [PROPOSED] ORDER OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF
<u>*FRANKLIN MANAGED TRUST, ET AL.* v. *FANNIE MAE, ET AL.*</u>**

Plaintiffs Franklin Managed Trust, Institutional Fiduciary Trust, Franklin Investors Securities Trust, Franklin Value Investors Trust, Franklin Strategic Series, Franklin Capital Growth Fund, Franklin Templeton Investment Funds, Franklin Templeton Variable Insurance Products Trust, Franklin Custodian Funds, Inc., Franklin Templeton International Trust, Templeton MPF Investment Funds, Franklin Flex Cap Growth Corporate Class, Franklin Templeton Funds, Franklin Templeton Global Fund. Bissett Canadian Equity Fund, Bissett Institutional Balanced Trust, Franklin Templeton U.S. Rising Dividends Fund, Franklin World Growth Corporate Class, Franklin Global Trust, Franklin MPF U.S. Equity Fund, Lyxor/Templeton Global Long Short Fund Limited, Templeton Global Long-Short Fund PLC, Templeton Global Long-Short Fund Ltd., University of Hong Kong General Endowment Fund, and University of Hong Kong Staff Provident Fund (collectively, the "Franklin Plaintiffs") and defendants Federal

National Mortgage Association, Franklin D. Raines, Timothy Howard, Leanne G. Spencer and KPMG LLP (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate and agree, subject to Court approval, as follows:

1. The action captioned *Franklin Managed Trust, et al. v. Federal National Mortgage Association, et al.*, No. 1:06-cv-00139 (RJL) (the "Franklin Action"), is hereby dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear its own costs.

2. In consideration of the dismissal of the Franklin Action, Defendants shall not take the position that the Franklin Plaintiffs' filing, prosecution and/or dismissal of the Franklin Action has in any way limited any rights the Franklin Plaintiffs may have to participate as members of the plaintiff class in *In re Fannie Mae Securities Litigation*, No. 1:04-cv-1639 (RJL).

3. Pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(c)(1), it is hereby acknowledged and agreed that the Franklin Plaintiffs, the Defendants, and each of their attorneys conducted themselves in accordance with Rule 11(b) of the Federal Rules of Civil Procedure at all times during the course of this litigation, including with respect to all complaints, responsive pleadings, and dispositive motions.

Dated:  February 7, 2008

 /s/ Stuart M. Grant
Stuart M. Grant
Megan D. McIntyre
Christine M. Mackintosh
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801
Telephone:  302-622-7000
Facsimile:  302-622-7100
*Counsel for the Franklin Plaintiffs*

 /s/ Jeffrey W. Kilduff
Jeffrey W. Kilduff
Robert M. Stern
Michael J. Walsh, Jr.
O'MELVENY & MYERS L.L.P.
1625 Eye Street, NW
Washington, DC 20006
Telephone:  202-383-5300
Facsimile:  202-383-5414
*Counsel for Defendant Federal National Mortgage Association*

 /s/ Alex G. Romain
Kevin M. Downey
Alex G. Romain
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone:  202-434-5614
Facsimile:  202-434-5029
*Counsel for Defendant Franklin D. Raines*

 /s/ Eric R. Delinsky
Steven A. Salky
Eric R. Delinsky
ZUCKERMAN SPAEDER LLP
1800 M Street, NW - Suite 1000
Washington, DC 20036
Telephone:  202-778-1800
Facsimile:  202-822-8106
*Counsel for Defendant J. Timothy Howard*

 /s/ Christopher F. Regan
David S. Krakoff
Christopher F. Regan
MAYER BROWN LLP
1909 K Street, NW
Washington, DC 20006
Telephone:  202-263-3000
Facsimile:  202-263-3300
*Counsel for Defendant Leanne G. Spencer*

 /s/ Andrew S. Tulumello
F. Joseph Warin
Andrew S. Tulumello
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone:  202-955-8500
Facsimile:  202-467-0539
*Counsel for Defendant KPMG LLP*

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge