**CERTIFICATE OF SERVICE**

      I certify that on February 12, 2008, the Unopposed Motion to Enter Amended Order of Voluntary Dismissal Without Prejudice of *Franklin Managed Trust, et al. v. Fannie Mae, et al.*, together with the attached Amended Stipulation and [Proposed] Order of Voluntary Dismissal Without Prejudice of *Franklin Managed Trust, et al. v. Fannie Mae, et al.*, were electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those counsel of record in this matter who are registered on the CM/ECF system.

      /s/ Megan D. McIntyre  
      Megan D. McIntyre